**UNITED STATES COURT OF
APPEALS FOR THE FIFTH CIRCUIT**

RECEIVED

Apr 27, 2023

|  |  |  |
|---|---|---|
| SIERRA CLUB, | ) | |
| Petitioner, | ) | |
| | ) | No. _____ |
| v. | ) | |
| | ) | |
| LOUISIANA DEPARTMENT OF | ) | |
| ENVIRONMENTAL QUALITY; | ) | |
| and ROGER GINGLES, in his | ) | |
| official capacity as Secretary, | ) | |
| Louisiana Department of | ) | |
| Environmental Quality, | ) | |
| Respondents. | ) | |

---

### PETITION FOR REVIEW

Pursuant to Section 19(d)(1) of the Natural Gas Act, 15 U.S.C. § 717r(d)(1),

Federal Rule of Appellate Procedure 15, and Circuit Rule 15, Sierra Club petitions

the United States Court of Appeals for the Fifth Circuit for review of two

Louisiana Department of Environmental Quality permits, 0560-00997-V0 and

PSD-LA-841, as issued on March 28, 2023 to permit applicant Commonwealth

LNG, LLC. A copy of each permit is attached as Exhibit A.

In accordance with Federal Rule of Appellate Procedure 15(c)(1), Petitioner will serve a copy of this petition on Commonwealth LNG, LLC. In accordance with Federal Rule of Appellate Procedure 15(c)(2), a list of persons served is attached as Exhibit B. To assist the court clerk in serving Respondents, as provided by Federal Rule of Appellate Procedure 15(c), Petitioner has also attached, as Exhibit C, a list of addresses for Respondents.

This petition for review is automatically expedited pursuant to Section 19(d)(5) of the Natural Gas Act, 15 U.S.C. § 717r(d)(5).

Dated: April 27, 2023

Respectfully submitted,

*/s/ Thomas Gosselin*
Thomas Gosselin
Sierra Club
P.O. Box 4998
Austin, TX 78765
(424) 346-3276
tom.gosselin@sierraclub.org

Joshua D. Smith
2101 Webster St., Suite 1300
Oakland, CA 94612
(415) 977-5560
joshua.smith@sierraclub.org

Louisa Eberle
1536 Wynkoop St., Suite 200
Denver, CO 80202
(415) 977-5753
louisa.eberle@sierraclub.org
*Attorneys for Sierra Club*

## **Exhibit B - CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on April 27, 2023, I have

caused a copy of the foregoing Petition for Review to be served via email on the

following persons.

| | | |
|---|---|---|
| Commonwealth LNG, LLC | Scott Ray<br>Chief Operating Officer<br>Commonwealth LNG, LLC<br>1 Riverway STE 500<br>HOUSTON, TEXAS 77056<br>UNITED STATES<br>sray@teamcpl.com | Sandra Safro<br>Partner<br>1601 K Street NW<br>Washington, DISTRICT OF<br>COLUMBIA 20006<br>sandra.safro@klgates.com |

*/s/ Thomas Gosselin*
Thomas Gosselin
Sierra Club
P.O. Box 4998
Austin, TX 78765
(424) 346-3276
tom.gosselin@sierraclub.org

*Attorney for Sierra Club*

# **Exhibit A – PERMIT DOCUMENTS**

[Enclosed]



## AIR PERMIT ROUTING/APPROVAL SLIP-Permits

3-31-23

| AI No. | 221642 | Company | Commonwealth LNG, LLC | Date Received | |
|---|---|---|---|---|---|
| Activity No. | PER20210001 | Facility | Commonwealth LNG Facility | Permit Type | |
| CDS No. | | Permit No. | 0560-00997-V0 | Expedited | ☒yes ☐no |

| 1. Technical Review | | Approved | Date rec'd | Date FW | Comments |
|---|---|---|---|---|---|
| | Permit Writer | Dan | | 10/13/21 | |
| | Air Quality / Modeling | ymo | | 10/14/21 | OK Ammonia OK |
| | Toxics | | | | |
| | PSD/NNSR | | | | |
| | Technical Advisor | | | | |
| | Supervisor | | | | |
| | Other | | | | |
| 2. Management Review (if PN req'd) | | Approved | Date rec'd | Date FW | Comments |
| | Supervisor | | | | |
| | Manager | aunt | | 10/16/21 | |
| | Administrator | BDJ | | 12/13/21 | as noted |
| | Assistant Secretary (PN) | PN | | 12/16/21 | Public hearing ☒yes ☒no |
| 3. Response to Comments (if PN req'd) | | Approved | Date rec'd | Date FW | Comments |
| | Supervisor | | | | |
| | Manager | | | | |
| | Administrator | BDJ | | 3/28/23 | |
| | Legal (BFD) | | | | |
| 4. Final Approval | | Approved | Date rec'd | Date FW | Comments |
| | Supervisor | | | | |
| | Manager | | | | |
| | Administrator | BDJ | | 3/28/23 | |
| | Assistant Secretary | B— | | 3/28/23 | |

| 1. Technical Review | | | | | |
|---|---|---|---|---|---|
| PN of App needed | ☒ yes ☐ no | Date of PN of App | | Newspaper | |
| Fee paid | ☒ yes ☐ no | | | | |
| NSPS applies | ☒ yes ☐ no | PSD/NNSR applies | ☒ yes ☐ no | NESHAP applies | ☒ yes ☐ no |

| 2. Post-Technical Review | | | | | |
|---|---|---|---|---|---|
| Company technical review | ☒ yes ☐ no ☐ n/a | E-mail date | 9/23/21 | Remarks received | ☐ yes ☐ no |
| Surveillance technical review | ☐ yes ☐ no ☐ n/a | E-mail date | | Remarks received | ☐ yes ☐ no |

| 3. Public Notice | | | |
|---|---|---|---|
| Public Notice Required | ☒yes ☐no | Initial TV | |
| Library | | | |
| LDEQ Website | PN Date | 2/1/22 | |
| Company notification e-mail sent | Date e-mailed | 1/31/22 | |
| EPA PN notification e-mail sent | Date e-mailed | 1/31/22 | |
| OES PN mailout | Date mailed | 2/1/22 | |

| 4. Final Review | | | |
|---|---|---|---|
| Public comments received | ☒ yes ☐ no | EPA comments rec'd | ☐ yes ☒ no |
| Company comments received | ☐ yes ☒ no | PN info entered into Permit Sec VI | ☒ yes ☐ no |
| Comments | | | |

form_7193_r04
11/7/2017



**JOHN BEL EDWARDS**
GOVERNOR

**CHUCK CARR BROWN, PH.D.**
SECRETARY

# State of Louisiana

## DEPARTMENT OF ENVIRONMENTAL QUALITY
## ENVIRONMENTAL SERVICES

Certified Mail No.  7022 3330 0000 8660 5212

Agency Interest No. 221642
Activity No.: PER20210001

Mr. Hans Verswijver
Commonwealth LNG, LLC
One Riverway, Suite 500
Houston, TX  77056

RE:    Part 70 Operating Permit
       Commonwealth LNG, Commonwealth LNG, LLC
       Cameron, Cameron Parish, Louisiana

Dear Mr. Verswijver:

This is to inform you that the permit for the above referenced facility has been approved under LAC 33:III.501. The permit is both a state preconstruction and Part 70 operating permit. The submittal was approved on the basis of the emissions reported and the approval in no way guarantees the design scheme presented will be capable of controlling the emissions as to the types and quantities stated. A new application must be submitted if the reported emissions are exceeded after operations begin. The synopsis, data sheets and conditions are attached herewith.

It will be considered a violation of the permit if all proposed control measures and/or equipment are not installed and properly operated and maintained as specified in the application.

Operation of this facility is hereby authorized under the terms and conditions of this permit. This authorization shall expire at midnight on the _28th_ of _March_, 2028, unless a timely and complete renewal application has been submitted six months prior to expiration. Terms and conditions of this permit shall remain in effect until such time as the permitting authority takes final action on the application for permit renewal. The permit number and Agency Interest number cited above should be referenced in future correspondence regarding this facility.

Please be advised that pursuant to provisions of the Environmental Quality Act and the Administrative Procedure Act, the Department may initiate review of a permit during its term. However, before it takes any action to modify, suspend or revoke a permit, the Department shall, in accordance with applicable statutes and regulations, notify the permittee by mail of the facts or operational conduct that warrant the intended action and provide the permittee with the opportunity to demonstrate compliance with all lawful requirements for the retention of the effective permit.

Done this _28th_ day of _March_, 2023.

Permit No.: 0560-00997-V0

Sincerely,

Bliss M. Higgins
Assistant Secretary

BMH/DCN
c:  EPA Region 6

**AIR PERMIT BRIEFING SHEET**
**AIR PERMITS DIVISION**
**LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY**

**COMMONWEALTH LNG**
**AGENCY INTEREST NO.: 221642**
**COMMONWEALTH LNG, LLC**
**CAMERON, CAMERON PARISH, LOUISIANA**

I.    **Background**

Commonwealth LNG, LLC proposes to construct and operate a natural gas liquefaction and export facility (Commonwealth LNG) on the west side of the Calcasieu Ship Channel at its entrance to the Gulf of Mexico near Cameron in Cameron Parish, Louisiana.

II.    **Origin**

A permit application dated April 23, 2021, as well as additional information dated April 30, May 17, June 1, August 17, August 18, October 11, and November 19, 2021, was submitted requesting a Part 70 operating permit.

III.    **Description**

Commonwealth LNG will consists of six natural gas liquefaction trains and appurtenant facilities. Each train will have a liquefaction design capacity of approximately 65.1 billion cubic feet (Bcf) of natural gas per year. Equipment at the facility will include refrigeration turbines, generator turbines, flares, thermal oxidizers, firewater pump engines, storage tanks, a heater, and an emergency generator engine. Permitted emissions from Commonwealth LNG are as follows:

| Pollutant | Emissions (tons/year) |
|---|---|
| $PM_{10}/PM_{2.5}$ | 223.93 |
| $SO_2$ | 63.25 |
| $NO_X$ | 375.63 |
| CO | 917.40 |
| VOC, total | 151.91 |
| GHG | 3,546,686 |
| LAC 33:III.Chapter 51 Regulated Toxic Air Pollutants (TAPs) | |
| 1,3-Butadiene | 0.01 |
| 1,4-Dichlorobenzene | 0.01 |
| Acetaldehyde | 0.89 |
| Acrolein | 0.14 |
| Benzene | 1.03 |
| Ethylbenzene | 0.71 |
| Formaldehyde | 8.01 |
| n-Hexane | 2.82 |
| Naphthalenes (and methyl naphthalenes) | 0.03 |

1

**AIR PERMIT BRIEFING SHEET**
**AIR PERMITS DIVISION**
**LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY**

**COMMONWEALTH LNG**
**AGENCY INTEREST NO.: 221642**
**COMMONWEALTH LNG, LLC**
**CAMERON, CAMERON PARISH, LOUISIANA**

| Pollutant | Emissions (tons/year) |
|---|---|
| PAH | 0.05 |
| Toluene | 3.20 |
| Xylenes | 2.97 |
| Ammonia | 151.59 |
| Hydrogen sulfide | 0.02 |
| Arsenic (and compounds) | 0.010 |
| Barium (and compounds) | 0.010 |
| Beryllium (Table 51.1) | 0.010 |
| Cadmium (and compounds) | 0.010 |
| Chromium VI (and compounds) | 0.010 |
| Cobalt compounds | 0.010 |
| Copper (and compounds) | 0.010 |
| Lead compounds | 0.010 |
| Manganese (and compounds) | 0.010 |
| Mercury (and compounds) | 0.010 |
| Nickel (and compounds) | 0.010 |
| Selenium (and compounds) | 0.010 |
| Zinc (and compounds) | 0.010 |

**IV.    Type of Review**

This application was reviewed for compliance with the Louisiana Part 70 operating permit program, Louisiana Air Quality Regulations, NESHAP, and NSPS. The facility will be a major source of toxic air pollutants (TAPs) pursuant to LAC 33:III.Chapter 51.

$PM_{10}/PM_{2.5}$, $SO_2$, $NO_X$, CO, VOC, and greenhouse gas (GHG) emissions from the proposed facility will be more than the PSD major source threshold or PSD significance levels. These pollutants are subject to PSD regulations. PSD requirements are documented in Permit PSD-LA-841. Provisions of the PSD permit are incorporated into this Part 70 operating permit.

**V.    Credible Evidence**

Notwithstanding any other provisions of any applicable rule or regulation or requirement of this permit that state specific methods that may be used to assess compliance with applicable requirements, pursuant to 40 CFR Part 70 and EPA's Credible Evidence Rule, 62 Fed. Reg. 8314 (Feb. 24, 1997), any credible evidence or information relevant to

**AIR PERMIT BRIEFING SHEET**
**AIR PERMITS DIVISION**
**LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY**

**COMMONWEALTH LNG**
**AGENCY INTEREST NO.: 221642**
**COMMONWEALTH LNG, LLC**
**CAMERON, CAMERON PARISH, LOUISIANA**

whether a source would have been in compliance with applicable requirements if the appropriate performance or compliance test or procedure had been performed shall be considered for purposes of Title V compliance certifications. Furthermore, for purposes of establishing whether or not a person has violated or is in violation of any emissions limitation or standard or permit condition, nothing in this permit shall preclude the use, including the exclusive use, by any person of any such credible evidence or information.

**VI.    Public Notice**

In accordance with LAC 33:III.531.A.3, a notice requesting public comment on the proposed permit was published on the department's website on February 1, 2022. On February 1, 2022, copies of the public notice were mailed to the individuals who have requested to be placed on the mailing list maintained by the Office of Environmental Services (OES). The proposed permit was submitted to EPA on January 31, 2022. A public hearing was held on March 17, 2022 at 148 Smith Circle, Cameron, LA 70631. Comments received during the comment period and at the hearing were considered prior to the permit decision.

**VII.    Effects on Ambient Air**

Emissions associated with the proposed facility were reviewed by LDEQ to assure compliance with the federal national ambient air quality standards (NAAQS) for criteria pollutants and Louisiana ambient air standards (AAS) for toxic air pollutants.

Dispersion Model Used:  AERMOD (2021)

| Preliminary Screening | Averaging Period | Modeling Results ($\mu g/m^3$) | SIL ($\mu g/m^3$) | Refined Modeling |
|---|---|---|---|---|
| $PM_{2.5}$ | 24-hour | **2.61** | 1.2 | Required |
|  | Annual | 0.169 | 0.2 | Not Required |
| $PM_{10}$ | 24-hour | 2.76 | 5 | Not Required |
|  | Annual | 0.188 | 1 | Not Required |
| $SO_2$ | 1-hour | **11.0** | 7.8 | Required |
|  | 3-hour | 10.4 | 25 | Not Required |
|  | 24-hour | 2.7 | 5 | Not Required |
|  | Annual | 0.14 | 1 | Not Required |
| $NO_2$ | 1-hour | **37.7** | 7.5 | Required |
|  | Annual | **3.02** | 1 | Required |
| CO | 1-hour | 449 | 2,000 | Not Required |
|  | 8-hour | 280 | 500 | Not Required |

3

**AIR PERMIT BRIEFING SHEET**
**AIR PERMITS DIVISION**
**LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY**

**COMMONWEALTH LNG**
**AGENCY INTEREST NO.: 221642**
**COMMONWEALTH LNG, LLC**
**CAMERON, CAMERON PARISH, LOUISIANA**

| Refined Modeling | Averaging Period | Background ($\mu g/m^3$) | Modeling Results ($\mu g/m^3$) | Total ($\mu g/m^3$) | NAAQS ($\mu g/m^3$) |
|---|---|---|---|---|---|
| $PM_{2.5}$ | 24-hour | 19.8 | 2.18 | 21.98 | 35 |
| $SO_2$ | 1-hour | 57.1 | 8.14 | 65.24 | 195 |
| $NO_2$ | 1-hour | 46.7 | 182 | 228.7(*) | 189 |
| | Annual | 6.6 | 4.36 | 10.96 | 100 |

(*) Refined modeling predicted 1-hour $NO_2$ concentrations will be more than the standard of 189 $\mu g/m^3$; however, Commonwealth LNG's contributions to these amounts will be no more than 0.07 $\mu g/m^3$, which is below the SIL of 7.5 $\mu g/m^3$, thereby demonstrating in accordance with EPA regulations and guidance that the $NO_2$ emissions from the facility will not cause or contribute to any NAAQS exceedances.

| Increment Analysis | Averaging Period | Increment Consumption ($\mu g/m^3$) | Class II Increment ($\mu g/m^3$) |
|---|---|---|---|
| $PM_{2.5}$ | 24-hour | 3.53 | 9 |
| $NO_2$ | Annual | 4.36 | 25 |

The impact of $NO_X$ and VOC emissions on ozone concentrations will be less than the SIL.

## VIII.  General Condition XVII Activities

| Description | Schedule (per year) | Emissions (tons/year) | | | | |
|---|---|---|---|---|---|---|
| | | $PM_{10}$ | $SO_2$ | $NO_X$ | CO | VOC |
| (None) | | | | | | |

## IX.  Insignificant Activities (LAC 33:III.501.B.5)

| ID No.: | Description | Capacity (gallons) | Citation |
|---|---|---|---|
| T-6003 | Diesel Storage Tank | 750 | A.3 |
| | Diesel Storage Tank | 4,000 | A.3 |

4

## LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY

### COMMONWEALTH LNG
### AGENCY INTEREST NO.: 221642
### COMMONWEALTH LNG, LLC
### CAMERON, CAMERON PARISH, LOUISIANA

**X.    Applicable Louisiana and Federal Air Quality Requirements**

| EQT No. | ID No. | Description | LAC 33:III. | | | | | | | | LAC 33:III.Chapter | | | | | | | |
|---------|--------|-------------|-----|------|------|------|------|------|------|------|-----|---|----|----|----|-----|-----|-----|----|-----|
| | | | 509 | 2103 | 2111 | 2113 | 2115 | 2121 | 2122 | 2147 | 5▲ | 9 | 11 | 13 | 15 | 29* | 51* | 53* | 56 | 59* |
| EQT0001 | GT-A1101 | Refrigeration Turbine A | 1 | | | | | | | | | | 3 | 1 | 3 | | | | | |
| EQT0002 | GT-B1101 | Refrigeration Turbine B | 1 | | | | | | | | | | 3 | 1 | 3 | | | | | |
| EQT0003 | GT-C1101 | Refrigeration Turbine C | 1 | | | | | | | | | | 3 | 1 | 3 | | | | | |
| EQT0004 | GT-D1101 | Refrigeration Turbine D | 1 | | | | | | | | | | 3 | 1 | 3 | | | | | |
| EQT0005 | GT-E1101 | Refrigeration Turbine E | 1 | | | | | | | | | | 3 | 1 | 3 | | | | | |
| EQT 0006 | GT-F1101 | Refrigeration Turbine F | 1 | | | | | | | | | | 3 | 1 | 3 | | | | | |
| EQT0007 | FLR-WF | Wet Flare (L-4009) | 1 | | | | | | | | | | 1 | 1 | 3 | | | | | |
| EQT0008 | FLR-DF | Dry Flare (L-4010) | 1 | | | | | | | | | | 1 | 1 | 3 | | | | | |
| EQT0009 | FLR-SF | Spare Flare (L-4011) | 1 | | | | | | | | | | 1 | 1 | 3 | | | | | |
| EQT0010 | L-4012 | Marine Flare | 1 | | | | | | | | | | 1 | 1 | 3 | | | | | |
| EQT0011 | TO-A | Thermal Oxidizer A | 1 | | | | | | | | | | 3 | 1 | 1 | | | | | |
| EQT0012 | TO-B | Thermal Oxidizer B | 1 | | | | | | | | | | 3 | 1 | 1 | | | | | |
| EQT0013 | GCT-A | Generator Turbine A | 1 | | | | | | | | | | 3 | 1 | 3 | | | | | |
| EQT0014 | GCT-B | Generator Turbine B | 1 | | | | | | | | | | 3 | 1 | 3 | | | | | |
| EQT0015 | GCT-C | Generator Turbine C | 1 | | | | | | | | | | 3 | 1 | 3 | | | | | |
| EQT0016 | G-5901 | Essential Generator | 1 | | | | | | | | | | 1 | 1 | 3 | | | | | |
| EQT0017 | P-6003A | Main Firewater Pump Engine | 1 | | | | | | | | | | 1 | 1 | 3 | | | | | |
| EQT0018 | P-6003B | Main Firewater Pump Engine | 1 | | | | | | | | | | 1 | 1 | 3 | | | | | |
| EQT0019 | P-6003C | Main Firewater Pump Engine | 1 | | | | | | | | | | 1 | 1 | 3 | | | | | |
| EQT0020 | P-6006 | Canal Firewater Pump Engine | 1 | | | | | | | | | | 1 | 1 | 3 | | | | | |

5

## LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY

### COMMONWEALTH LNG
### AGENCY INTEREST NO.:  221642
### COMMONWEALTH LNG, LLC
### CAMERON, CAMERON PARISH, LOUISIANA

## X.    Applicable Louisiana and Federal Air Quality Requirements

| EQT No. | ID No. | Description | LAC 33:III. | | | | | | | | LAC 33:III.Chapter | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 509 | 2103 | 2111 | 2113 | 2115 | 2121 | 2122 | 2147 | 5▲ | 9 | 11 | 13 | 15 | 29* | 51* | 53* | 56 | 59* |
| EQT0021 | Z-06601 | Hot Oil Heater | 1 | | | | | | | | | | 3 | 1 | 3 | | | | | |
| EQT0022 | T-3000 | Condensate Tank | 1 | 1 | | | | | | | | | | | | | | | | |
| EQT0023 | T-4013 | Mixed Amine Tank | 1 | 3 | | | | | | | | | | | | | | | | |
| EQT0024 | T-4016 | Hot Oil Tank | 1 | 3 | | | | | | | | | | | | | | | | |
| EQT0025 | T-4029 | Propylene Glycol Tank | 1 | 3 | | | | | | | | | | | | | | | | |
| EQT0026 | T-4031 | Diesel 1 Tank | 1 | 3 | | | | | | | | | | | | | | | | |
| FUG0001 | FUG | Fugitive Emissions | 1 | | 1 | | | 3 | | | | | | | | | | | | |
| UNF0001 | AI-221642 | Commonwealth LNG | 1 | | | 1 | | | | | 1 | 1 | 1 | 1 | | | 1 | 1 | | 1 | 3 |

**KEY TO MATRIX**

* The regulations indicated above are State Only regulations.

▲ All LAC 33:III Chapter 5 citations are federally enforceable including LAC 33:III.501.C.6 citations, except when the requirement found in the "Specific Requirements" report specifically states that the regulation is State Only.

Case: 23-60234    Document: 1-1    Page: 13    Date Filed: 05/01/2023

### LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY

**COMMONWEALTH LNG**
**AGENCY INTEREST NO.:  221642**
**COMMONWEALTH LNG, LLC**
**CAMERON, CAMERON PARISH, LOUISIANA**

**X.    Applicable Louisiana and Federal Air Quality Requirements**

| EQT No. | ID No. | Description | 40 CFR 60 | | | | | | | 40 CFR 61 | | | 40 CFR 63 | | | | | | | | 40 CFR | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | A | Db | Kb | GG | 4I | 4K | 4T | A | M | FF | A | Y | HHH | 4E | 4Y | 4Z | 5D | 6J | | 64 | 68 | 72 | 82 | 98 |
| EQT0001 | GT-A1101 | Refrigeration Turbine A | | | | 2 | | 1 | 3 | | | | | | | | 3 | | | | | | | | | |
| EQT0002 | GT-B1101 | Refrigeration Turbine B | | | | 2 | | 1 | 3 | | | | | | | | 3 | | | | | | | | | |
| EQT0003 | GT-C1101 | Refrigeration Turbine C | | | | 2 | | 1 | 3 | | | | | | | | 3 | | | | | | | | | |
| EQT0004 | GT-D1101 | Refrigeration Turbine D | | | | 2 | | 1 | 3 | | | | | | | | 3 | | | | | | | | | |
| EQT0005 | GT-E1101 | Refrigeration Turbine E | | | | 2 | | 1 | 3 | | | | | | | | 3 | | | | | | | | | |
| EQT 0006 | GT-F1101 | Refrigeration Turbine F | | | | 2 | | 1 | 3 | | | | | | | | 3 | | | | | | | | | |
| EQT0007 | FLR-WF | Wet Flare (L-4009) | | | | | | | | | | | | | | | | | | | | | | | | |
| EQT0008 | FLR-DF | Dry Flare (L-4010) | | | | | | | | | | | | | | | | | | | | | | | | |
| EQT0009 | FLR-SF | Spare Flare (L-4011) | | | | | | | | | | | | | | | | | | | | | | | | |
| EQT0010 | L-4012 | Marine Flare | | | | | | | | | | | | | | | | | | | | | | | | |
| EQT0011 | TO-A | Thermal Oxidizer A | | | | | | | | | | | | | | | | | | 3 | | | | | | |
| EQT0012 | TO-B | Thermal Oxidizer B | | | | | | | | | | | | | | | | | | 3 | | | | | | |
| EQT0013 | GCT-A | Generator Turbine A | | | | 2 | | 1 | 3 | | | | | | | | 3 | | | | | | | | | |
| EQT0014 | GCT-B | Generator Turbine B | | | | 2 | | 1 | 3 | | | | | | | | 3 | | | | | | | | | |
| EQT0015 | GCT-C | Generator Turbine C | | | | 2 | | 1 | 3 | | | | | | | | 3 | | | | | | | | | |
| EQT0016 | G-5901 | Essential Generator | | | | | 1 | | | | | | | | | | | 1 | | | | | | | | |
| EQT0017 | P-6003A | Main Firewater Pump Engine | | | | | 1 | | | | | | | | | | | 1 | | | | | | | | |
| EQT0018 | P-6003B | Main Firewater Pump Engine | | | | | 1 | | | | | | | | | | | 1 | | | | | | | | |
| EQT0019 | P-6003C | Main Firewater Pump Engine | | | | | 1 | | | | | | | | | | | 1 | | | | | | | | |
| EQT0020 | P-6006 | Canal Firewater Pump Engine | | | | | 1 | | | | | | | | | | | 1 | | | | | | | | |

## LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY

### COMMONWEALTH LNG
### AGENCY INTEREST NO.: 221642
### COMMONWEALTH LNG, LLC
### CAMERON, CAMERON PARISH, LOUISIANA

## X.    Applicable Louisiana and Federal Air Quality Requirements

| EQT No. | ID No. | Description | 40 CFR 60 | | | | | | | 40 CFR 61 | | | 40 CFR 63 | | | | | | | | | 40 CFR | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | A | Db | Kb | GG | 4I | 4K | 4T | A | M | FF | A | Y | HHH | 4E | 4Y | 4Z | 5D | 6J | | 64 | 68 | 72 | 82 | 98 |
| EQT0021 | Z-06601 | Hot Oil Heater | | 1 | | | | | | | | | | | | | | | | 3 | | | | | | |
| EQT0022 | T-3000 | Condensate Tank | | | 1 | | | | | | | | | | | | | | | | | | | | | |
| EQT0023 | T-4013 | Mixed Amine Tank | | | 3 | | | | | | | | | | | | | | | | | | | | | |
| EQT0024 | T-4016 | Hot Oil Tank | | | 3 | | | | | | | | | | | | | | | | | | | | | |
| EQT0025 | T-4029 | Propylene Glycol Tank | | | 3 | | | | | | | | | | | | | | | | | | | | | |
| EQT0026 | T-4031 | Diesel 1 Tank | | | 3 | | | | | | | | | | | | | | | | | | | | | |
| FUG0001 | FUG | Fugitive Emissions | | | | | | | | | | | | | | | | | | | | | | | | |
| UNF0001 | AI-221642 | Commonwealth LNG | 1 | | | | | | | | | | | 3 | 3 | 3 | | | | | | | | 3 | | | |

**KEY TO MATRIX**

1  - The regulations have applicable requirements which apply to this particular emission source.
   - The emission source may have an exemption from control stated in the regulation.  The emission source may not have to be controlled but may have monitoring, recordkeeping, or reporting requirements.
2  - The regulations have applicable requirements which apply to this particular emission source but the source is currently exempt from these requirements due to meeting a specific criterion, such as it has not been constructed, modified or reconstructed since the regulations have been in place.  If the specific criteria changes the source will have to comply at a future date.
3  - The regulations apply to this general type of emission source (i.e. vents, furnaces, and fugitives) but do not apply to this particular emission source.
Blank – The regulations clearly do not apply to this type of emission source.

## LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY

### COMMONWEALTH LNG
### AGENCY INTEREST NO.: 221642
### COMMONWEALTH LNG, LLC
### CAMERON, CAMERON PARISH, LOUISIANA

## XI. Explanation for Exemption Status or Non-Applicability of a Source

| ID No: | Requirement | Status | Citation | Explanation |
|---|---|---|---|---|
| EQT0001 – EQT0006 | LAC 33:III.Chapter 11 | Does not apply | LAC 33:III.1107.B.1 | Fueled by natural gas |
| EQT0013 – EQT0015 | LAC 33:III.Chapter 15 | Does not apply | LAC 33:III.1502.A.3 | Potential $SO_2$ emissions < 5 tons/year |
| | 40 CFR 60 Subpart GG | Exempt | 40 CFR 60.4305(b) | Subject to 40 CFR 60 Subpart KKKK |
| | 40 CFR 60 Subpart TTTT | Exempt | 40 CFR 60.5509(a)(2) | Do not serve generators capable of selling greater than 25 MW of electricity to a utility power distribution system |
| | 40 CFR 63 Subpart YYYY | Does not apply | 40 CFR 63.6085 | Not a major source of HAP |
| EQT0007 – EQT0010 | LAC 33:III.Chapter 15 | Does not apply | LAC 33:III.1502.A.3 | Potential $SO_2$ emissions < 5 tons/year |
| EQT0011, EQT0012 | LAC 33:III.1503 | Exempt | LAC 33:III.1503.C | Potential $SO_2$ emissions < 250 tons/year |
| | LAC 33:III.1511 | Does not apply | LAC 33:III.1511.D | Potential $SO_2$ emissions < 100 tons/year |
| | 40 CFR 63 Subpart JJJJJJ | Does not apply | 40 CFR 63.11237 | Do not meet definition of a boiler |
| EQT0016 – EQT0020 | LAC 33:III.Chapter 15 | Does not apply | LAC 33:III.1502.A.3 | Potential $SO_2$ emissions < 5 tons/year |
| EQT0021 | LAC 33:III.Chapter 11 | Does not apply | LAC 33:III.1107.B.1 | Fueled by natural gas |
| | LAC 33:III.Chapter 15 | Does not apply | LAC 33:III.1502.A.3 | Potential $SO_2$ emissions < 5 tons/year |
| | 40 CFR 63 Subpart JJJJJJ | Does not apply | 40 CFR 63.11237 | Does not meet definition of a boiler |
| EQT0023 – EQT0026 | LAC 33:III.2103 | Does not apply | LAC 33:III.2103 | Vapor pressure < 1.5 psia |
| | 40 CFR 60 Subpart Kb for Tanks | Does not apply | 40 CFR 60.110b | Vapor pressure < 0.51 psia |
| FUG0001 | LAC 33:III.2121 | Does not apply | LAC 33:III.2121.A | Not a natural gas processing plant |
| UNF0001 | LAC 33:III.5109.A – MACT | Does not apply | LAC 33:III.5109.A | Emissions are either Class III, products of combustion, or facility-wide emissions < MERs. |
| | 40 CFR 63 Subpart HHH | Does not apply | 40 CFR 63.1270(a) | The terminal is not a major source of HAP. |

## LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY

### COMMONWEALTH LNG
### AGENCY INTEREST NO.:  221642
### COMMONWEALTH LNG, LLC
### CAMERON, CAMERON PARISH, LOUISIANA

### XI.  Explanation for Exemption Status or Non-Applicability of a Source

| ID No: | Requirement | Status | Citation | Explanation |
|---|---|---|---|---|
| UNF0001 | 40 CFR 63 Subpart EEEE | Does not apply | 40 CFR 63.334(a) | The terminal is not a major source of HAP. |
| (Continued) | 40 CFR 60 Subpart Y | Does not apply | 40 CFR 63.334(a) | Only transfers liquids containing organic HAP as impurities |
| | LAC 33:III.Chapter 59 40 CFR Part 68 | Do not apply | 40 CFR 68.3 | The facility is subject to 49 CFR Part 193. |

The above table provides explanation for both the exemption status or non-applicability of a source cited by 2 or 3 in the matrix presented in Section X of this permit.

## INVENTORIES

**AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project**
**Activity Number: PER20210001**
**Permit Number: 0560-00997-V0**
**Air - Title V Regular Permit Initial**

Subject Item Inventory:

| ID | Description | Tank Volume | Max. Operating Rate | Normal Operating Rate | Comments | Operating Time |
|---|---|---|---|---|---|---|
| **Commonwealth LNG** | | | | | | |
| EQT 0001 | GT-A1101 - Refrigeration Turbine A | | 575  MM BTU/hr | 563  MM BTU/hr | | 8760 hr/yr |
| EQT 0002 | GT-B1101 - Refrigeration Turbine B | | 575  MM BTU/hr | 563  MM BTU/hr | | 8760 hr/yr |
| EQT 0003 | GT-C1101 - Refrigeration Turbine C | | 575  MM BTU/hr | 563  MM BTU/hr | | 8760 hr/yr |
| EQT 0004 | GT-D1101 - Refrigeration Turbine D | | 575  MM BTU/hr | 563  MM BTU/hr | | 8760 hr/yr |
| EQT 0005 | GT-E1101 - Refrigeration Turbine E | | 575  MM BTU/hr | 563  MM BTU/hr | | 8760 hr/yr |
| EQT 0006 | GT-F1101 - Refrigeration Turbine F | | 575  MM BTU/hr | 563  MM BTU/hr | | 8760 hr/yr |
| EQT 0007 | FLR-WF - Wet Flare (L-4009) | | 3.4  MM BTU/hr | 3.4  MM BTU/hr | | 8760 hr/yr |
| EQT 0008 | FLR-DF - Dry Flare (L-4010) | | 3.4  MM BTU/hr | 3.4  MM BTU/hr | | 8760 hr/yr |
| EQT 0009 | FLR-SF - Spare Flare (L-4011) | | 3.4  MM BTU/hr | 3.4  MM BTU/hr | | 8760 hr/yr |
| EQT 0010 | L-4012 - Marine Flare | | 2.58  MM BTU/hr | 2.58  MM BTU/hr | | 8760 hr/yr |
| EQT 0011 | TO-A - Thermal Oxidizer A | | 65.4  MM BTU/hr | 65.4  MM BTU/hr | | 8760 hr/yr |
| EQT 0012 | TO-B - Thermal Oxidizer B | | 65.4  MM BTU/hr | 65.4  MM BTU/hr | | 8760 hr/yr |
| EQT 0013 | GCT-A - Generator Turbine A | | 575  MM BTU/hr | 563  MM BTU/hr | | 8760 hr/yr |
| EQT 0014 | GCT-B - Generator Turbine B | | 575  MM BTU/hr | 563  MM BTU/hr | | 8760 hr/yr |
| EQT 0015 | GCT-C - Generator Turbine C | | 575  MM BTU/hr | 563  MM BTU/hr | | 8760 hr/yr |
| EQT 0016 | G-5901 - Essential Generator | | 4290  kW | 4290  kW | | 100 hr/yr |
| EQT 0017 | P-6003A - Main Firewater Pump Engine | | 759  kW | 759  kW | | 100 hr/yr |
| EQT 0018 | P-6003B - Main Firewater Pump Engine | | 759  kW | 759  kW | | 100 hr/yr |
| EQT 0019 | P-6003C - Main Firewater Pump Engine | | 759  kW | 759  kW | | 100 hr/yr |
| EQT 0020 | P-6006 - Canal Firewater Pump Engine | | 821  kW | 821  kW | | 100 hr/yr |
| EQT 0021 | Z-06601 - Hot Oil Heater | | 122  MM BTU/hr | 122  MM BTU/hr | | 720 hr/yr |
| EQT 0022 | T-3000 - Condensate Tank | 9065  bbl | 752359 bbl/yr | 752359 bbl/yr | | 8760 hr/yr |
| EQT 0023 | T-4013 - Mixed Amine Tank | 58752  gallons | 2.12  MM gallons/yr | 2.12  MM gallons/yr | | 8760 hr/yr |
| EQT 0024 | T-4016 - Hot Oil Tank | 94227  gallons | 3.39  MM gallons/yr | 3.39  MM gallons/yr | | 8760 hr/yr |
| EQT 0025 | T-4029 - Propylene Glycol Tank | 116329  gallons | 4.19  MM gallons/yr | 4.19  MM gallons/yr | | 8760 hr/yr |
| EQT 0026 | T-4031 - Diesel 1 Tank | 15229  gallons | .55  MM gallons/yr | .55  MM gallons/yr | | 8760 hr/yr |
| FUG 0001 | FUG - Fugitive Emissions | | | | | 8760 hr/yr |

Stack Information:

| ID | Description | Velocity (ft/sec) | Flow Rate (cubic ft/min-actual) | Diameter (feet) | Discharge Area (square feet) | Height (feet) | Temperature (oF) |
|---|---|---|---|---|---|---|---|
| **Commonwealth LNG** | | | | | | | |
| EQT 0001  GT-A1101 - Refrigeration Turbine A | | 105 | 496041 | 10 | | 175 | 380 |
| EQT 0002  GT-B1101 - Refrigeration Turbine B | | 105 | 496041 | 10 | | 175 | 380 |
| EQT 0003  GT-C1101 - Refrigeration Turbine C | | 105 | 496041 | 10 | | 175 | 380 |
| EQT 0004  GT-D1101 - Refrigeration Turbine D | | 105 | 496041 | 10 | | 175 | 380 |
| EQT 0005  GT-E1101 - Refrigeration Turbine E | | 105 | 496041 | 10 | | 175 | 380 |

TPOR0149

## INVENTORIES

**AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project**
**Activity Number: PER20210001**
**Permit Number: 0560-00997-V0**
**Air - Title V Regular Permit Initial**

**Stack Information:**

| ID | Description | Velocity (ft/sec) | Flow Rate (cubic ft/min-actual) | Diameter (feet) | Discharge Area (square feet) | Height (feet) | Temperature (oF) |
|---|---|---|---|---|---|---|---|
| **Commonwealth LNG** | | | | | | | |
| EQT 0006 GT-F1101 - Refrigeration Turbine F | | 105 | 496041 | 10 | | 175 | 380 |
| EQT 0007 FLR-WF - Wet Flare (L-4009) | | 66 | 2310 | | .31 | 330 | 1832 |
| EQT 0008 FLR-DF - Dry Flare (L-4010) | | 66 | 2310 | | .31 | 330 | 1832 |
| EQT 0009 FLR-SF - Spare Flare (L-4011) | | 66 | 2310 | | .31 | 330 | 1832 |
| EQT 0010 L-4012 - Marine Flare | | 66 | 2071 | | .27 | 200 | 1832 |
| EQT 0011 TO-A - Thermal Oxidizer A | | 101 | 96000 | | 15.9 | 85 | 1750 |
| EQT 0012 TO-B - Thermal Oxidizer B | | 101 | 96000 | | 15.9 | 85 | 1750 |
| EQT 0013 GCT-A - Generator Turbine A | | 109 | 742269 | 12 | | 175 | 797 |
| EQT 0014 GCT-B - Generator Turbine B | | 109 | 742269 | 12 | | 175 | 797 |
| EQT 0015 GCT-C - Generator Turbine C | | 109 | 742269 | 12 | | 175 | 797 |
| EQT 0016 G-5901 - Essential Generator | | 104 | 30730 | 1.25 | | 20 | 895 |
| EQT 0017 P-6003A - Main Firewater Pump Engine | | 137 | 4476 | .83 | | 20 | 990 |
| EQT 0018 P-6003B - Main Firewater Pump Engine | | 137 | 4476 | .83 | | 20 | 990 |
| EQT 0019 P-6003C - Main Firewater Pump Engine | | 137 | 4476 | .83 | | 20 | 990 |
| EQT 0020 P-6006 - Canal Firewater Pump Engine | | 103 | 4856 | 1 | | 20 | 990 |
| EQT 0021 Z-06601 - Hot Oil Heater | | 79 | 56566 | | 9.62 | 150 | 350 |
| EQT 0022 T-3000 - Condensate Tank | | | | | | | 70 |
| EQT 0023 T-4013 - Mixed Amine Tank | | | | | | | 70 |
| EQT 0024 T-4016 - Hot Oil Tank | | | | | | | 70 |
| EQT 0025 T-4029 - Propylene Glycol Tank | | | | | | | 70 |
| EQT 0026 T-4031 - Diesel 1 Tank | | | | | | | 70 |

**Relationships:**

**Subject Item Groups:**

| ID | Group Type | Group Description |
|---|---|---|
| CRG 0001 | Common Requirements Group | TURBINES - Common Requirements for Turbines |
| CRG 0002 | Common Requirements Group | IC ENGINES - Common Requirements for Emergency Engines |
| CRG 0003 | Common Requirements Group | LVP-TANKS - Tanks for Low Vapor Pressure Materials |
| GRP 0001 | Equipment Group | FLR CAP - Flare Cap |
| GRP 0002 | Equipment Group | THOX CAP - Thermal Oxidizer Cap |
| UNF 0001 | Unit or Facility Wide | AI-221642 - Commonwealth LNG |

TPOR0149

## INVENTORIES

**AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project**
**Activity Number: PER20210001**
**Permit Number: 0560-00997-V0**
**Air - Title V Regular Permit Initial**

**Group Membership:**

| ID | Description | | Member of Groups |
|----|-------------|---|------------------|
| EQT 0001 | GT-A1101 - Refrigeration Turbine A | | CRG0000000001 |
| EQT 0002 | GT-B1101 - Refrigeration Turbine B | | CRG0000000001 |
| EQT 0003 | GT-C1101 - Refrigeration Turbine C | | CRG0000000001 |
| EQT 0004 | GT-D1101 - Refrigeration Turbine D | | CRG0000000001 |
| EQT 0005 | GT-E1101 - Refrigeration Turbine E | | CRG0000000001 |
| EQT 0006 | GT-F1101 - Refrigeration Turbine F | | CRG0000000001 |
| EQT 0007 | FLR-WF - Wet Flare (L-4009) | | GRP0000000001 |
| EQT 0008 | FLR-DF - Dry Flare (L-4010) | | GRP0000000001 |
| EQT 0009 | FLR-SF - Spare Flare (L-4011) | | GRP0000000001 |
| EQT 0011 | TO-A - Thermal Oxidizer A | | GRP0000000002 |
| EQT 0012 | TO-B - Thermal Oxidizer B | | GRP0000000002 |
| EQT 0013 | GCT-A - Generator Turbine A | | CRG0000000001 |
| EQT 0014 | GCT-B - Generator Turbine B | | CRG0000000001 |
| EQT 0015 | GCT-C - Generator Turbine C | | CRG0000000001 |
| EQT 0016 | G-5901 - Essential Generator | | CRG0000000002 |
| EQT 0017 | P-6003A - Main Firewater Pump Engine | | CRG0000000002 |
| EQT 0018 | P-6003B - Main Firewater Pump Engine | | CRG0000000002 |
| EQT 0019 | P-6003C - Main Firewater Pump Engine | | CRG0000000002 |
| EQT 0020 | P-6006 - Canal Firewater Pump Engine | | CRG0000000002 |
| EQT 0023 | T-4013 - Mixed Amine Tank | | CRG0000000003 |
| EQT 0024 | T-4016 - Hot Oil Tank | | CRG0000000003 |
| EQT 0025 | T-4029 - Propylene Glycol Tank | | CRG0000000003 |
| EQT 0026 | T-4031 - Diesel 1 Tank | | CRG0000000003 |

**NOTE: The UNF group relationship is not printed in this table. Every subject item is a member of the UNF group**

**Annual Maintenance Fee:**

| Fee Number | Air Contaminant Source | Multiplier | Units Of Measure |
|------------|------------------------|------------|------------------|
| 1712 | 1712 Title V Negotiated Fee | 64433.01 | $ New App |

**SIC Codes:**

TPOR0149

# EMISSION RATES FOR CRITERIA POLLUTANTS AND CO2e

### AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project

### Activity Number:  PER20210001

### Permit Number:  0560-00997-V0

### Air - Title V Regular Permit Initial

| Subject Item | PM10 | | | PM2.5 | | | SO2 | | | NOx | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Avg lb/hr | Max lb/hr | Tons/Year | Avg lb/hr | Max lb/hr | Tons/Year | Avg lb/hr | Max lb/hr | Tons/Year | Avg lb/hr | Max lb/hr | Tons/Year |
| **Commonwealth LNG** | | | | | | | | | | | | |
| EQT 0001 GT-A1101 | 5.20 | 5.99 | 22.80 | 5.20 | 5.99 | 22.80 | 0.69 | 0.80 | 3.04 | 5.19 | 5.97 | 22.75 |
| EQT 0002 GT-B1101 | 5.20 | 5.99 | 22.80 | 5.20 | 5.99 | 22.80 | 0.69 | 0.80 | 3.04 | 5.19 | 5.97 | 22.75 |
| EQT 0003 GT-C1101 | 5.20 | 5.99 | 22.80 | 5.20 | 5.99 | 22.80 | 0.69 | 0.80 | 3.04 | 5.19 | 5.97 | 22.75 |
| EQT 0004 GT-D1101 | 5.20 | 5.99 | 22.80 | 5.20 | 5.99 | 22.80 | 0.69 | 0.80 | 3.04 | 5.19 | 5.97 | 22.75 |
| EQT 0005 GT-E1101 | 5.20 | 5.99 | 22.80 | 5.20 | 5.99 | 22.80 | 0.69 | 0.80 | 3.04 | 5.19 | 5.97 | 22.75 |
| EQT 0006 GT-F1101 | 5.20 | 5.99 | 22.80 | 5.20 | 5.99 | 22.80 | 0.69 | 0.80 | 3.04 | 5.19 | 5.97 | 22.75 |
| EQT 0007 FLR-WF | | 25.73 | | | 25.73 | | | 3.55 | | | 234.85 | |
| EQT 0008 FLR-DF | | 31.18 | | | 31.18 | | | 2.73 | | | 284.53 | |
| EQT 0009 FLR-SF | | 31.18 | | | 31.18 | | | 3.55 | | | 284.53 | |
| EQT 0010 L-4012 | 0.03 | 4.36 | 0.13 | 0.03 | 4.36 | 0.13 | 0.001 | 0.13 | 0.003 | 0.27 | 39.77 | 1.18 |
| EQT 0011 TO-A | | 0.56 | | | 0.56 | | | 11.66 | | | 3.69 | |
| EQT 0012 TO-B | | 0.56 | | | 0.56 | | | 11.66 | | | 3.69 | |
| EQT 0013 GCT-A | 5.20 | 5.99 | 22.80 | 5.20 | 5.99 | 22.80 | 0.69 | 0.80 | 3.04 | 5.19 | 5.97 | 22.75 |
| EQT 0014 GCT-B | 5.20 | 5.99 | 22.80 | 5.20 | 5.99 | 22.80 | 0.69 | 0.80 | 3.04 | 5.19 | 5.97 | 22.75 |
| EQT 0015 GCT-C | 5.20 | 5.99 | 22.80 | 5.20 | 5.99 | 22.80 | 0.69 | 0.80 | 3.04 | 5.19 | 5.97 | 22.75 |
| EQT 0016 G-5901 | 0.63 | 0.73 | 0.03 | 0.63 | 0.73 | 0.03 | 0.06 | 0.07 | <0.01 | 80.03 | 92.03 | 4.00 |
| EQT 0017 P-6003A | 0.21 | 0.24 | 0.01 | 0.21 | 0.24 | 0.01 | 0.01 | 0.01 | <0.01 | 9.25 | 10.64 | 0.46 |
| EQT 0018 P-6003B | 0.21 | 0.24 | 0.01 | 0.21 | 0.24 | 0.01 | 0.01 | 0.01 | <0.01 | 9.25 | 10.64 | 0.46 |
| EQT 0019 P-6003C | 0.21 | 0.24 | 0.01 | 0.21 | 0.24 | 0.01 | 0.01 | 0.01 | <0.01 | 9.25 | 10.64 | 0.46 |
| EQT 0020 P-6006 | 0.23 | 0.26 | 0.01 | 0.23 | 0.26 | 0.01 | 0.01 | 0.01 | <0.01 | 10.00 | 11.50 | 0.50 |
| EQT 0021 Z-06601 | 0.91 | 1.05 | 0.33 | 0.91 | 1.05 | 0.33 | 0.13 | 0.15 | 0.05 | 8.56 | 9.85 | 3.08 |
| EQT 0022 T-3000 | | | | | | | | | | | | |
| EQT 0023 T-4013 | | | | | | | | | | | | |

Version:  2
Last Modified: October 2016
06-FEB-23
TPOR0145

## EMISSION RATES FOR CRITERIA POLLUTANTS AND CO2e

AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project
Activity Number:  PER20210001
Permit Number:  0560-00997-V0
Air - Title V Regular Permit Initial

| Subject Item | CO | | | VOC | | | CO2e | | |
|---|---|---|---|---|---|---|---|---|---|
| | Avg lb/hr | Max lb/hr | Tons/Year | Avg lb/hr | Max lb/hr | Tons/Year | Avg lb/hr | Max lb/hr | Tons/Year |
| **Commonwealth LNG** | | | | | | | | | |
| EQT 0001 GT-A1101 | 2.15 | 2.47 | 9.42 | 2.17 | 2.50 | 9.52 | | | 296003 |
| EQT 0002 GT-B1101 | 2.15 | 2.47 | 9.42 | 2.17 | 2.50 | 9.52 | | | 296003 |
| EQT 0003 GT-C1101 | 2.15 | 2.47 | 9.42 | 2.17 | 2.50 | 9.52 | | | 296003 |
| EQT 0004 GT-D1101 | 2.15 | 2.47 | 9.42 | 2.17 | 2.50 | 9.52 | | | 296003 |
| EQT 0005 GT-E1101 | 2.15 | 2.47 | 9.42 | 2.17 | 2.50 | 9.52 | | | 296003 |
| EQT 0006 GT-F1101 | 2.15 | 2.47 | 9.42 | 2.17 | 2.50 | 9.52 | | | 296003 |
| EQT 0007 FLR-WF | | 1277.89 | | | 38.43 | | | | |
| EQT 0008 FLR-DF | | 1548.15 | | | 44.94 | | | | |
| EQT 0009 FLR-SF | | 1548.15 | | | 44.94 | | | | |
| EQT 0010 L-4012 | 1.46 | 216.37 | 6.41 | 0.001 | 0.001 | <0.01 | | | 226 |
| EQT 0011 TO-A | | 6.19 | | | 0.49 | | | | |
| EQT 0012 TO-B | | 6.19 | | | 0.49 | | | | |
| EQT 0013 GCT-A | 2.15 | 2.47 | 9.42 | 2.17 | 2.50 | 9.52 | | | 296003 |
| EQT 0014 GCT-B | 2.15 | 2.47 | 9.42 | 2.17 | 2.50 | 9.52 | | | 296003 |
| EQT 0015 GCT-C | 2.15 | 2.47 | 9.42 | 2.17 | 2.50 | 9.52 | | | 296003 |
| EQT 0016 G-5901 | 11.41 | 13.13 | 0.57 | 3.04 | 3.50 | 0.15 | | | 341 |
| EQT 0017 P-6003A | 0.92 | 1.06 | 0.05 | 0.67 | 0.77 | 0.03 | | | 54 |
| EQT 0018 P-6003B | 0.92 | 1.06 | 0.05 | 0.67 | 0.77 | 0.03 | | | 54 |
| EQT 0019 P-6003C | 0.92 | 1.06 | 0.05 | 0.67 | 0.77 | 0.03 | | | 54 |
| EQT 0020 P-6006 | 1.00 | 1.14 | 0.05 | 0.72 | 0.83 | 0.04 | | | 58 |
| EQT 0021 Z-06601 | 10.07 | 11.58 | 3.63 | 0.66 | 0.76 | 0.24 | | | 5289 |
| EQT 0022 T-3000 | | | | 0.482 | | 2.11 | | | |
| EQT 0023 T-4013 | | | | <00.01 | | <0.01 | | | |

Version: 2
Last Modified: October 2016
06-FEB-23
TPOR0145

Case: 23-60234    Document: 1-1    Page: 22    Date Filed: 05/01/2023
## EMISSION RATES FOR CRITERIA POLLUTANTS AND CO2e

### AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project
### Activity Number: PER20210001
### Permit Number: 0560-00997-V0
### Air - Title V Regular Permit Initial

| Subject Item | PM10 | | | PM2.5 | | | SO2 | | | NOx | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Avg lb/hr | Max lb/hr | Tons/Year | Avg lb/hr | Max lb/hr | Tons/Year | Avg lb/hr | Max lb/hr | Tons/Year | Avg lb/hr | Max lb/hr | Tons/Year |
| **Commonwealth LNG** | | | | | | | | | | | | |
| EQT 0024<br>T-4016 | | | | | | | | | | | | |
| EQT 0025<br>T-4029 | | | | | | | | | | | | |
| EQT 0026<br>T-4031 | | | | | | | | | | | | |
| FUG 0001<br>FUG | | | | | | | | | | | | |
| GRP 0001<br>FLR CAP | 3.67 | | 16.07 | 3.67 | | 16.07 | 0.40 | | 1.75 | 33.49 | | 146.70 |
| GRP 0002<br>THOX CAP | 0.49 | | 2.13 | 0.49 | | 2.13 | 7.77 | | 34.04 | 3.21 | | 14.04 |

Version: 2
Last Modified: October 2016
06-FEB-23
TPOR0145

## EMISSION RATES FOR CRITERIA POLLUTANTS AND CO2e

AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project

Activity Number:  PER20210001

Permit Number:  0560-00997-V0

Air - Title V Regular Permit Initial

| Subject Item | CO | | | VOC | | | CO2e | | |
|---|---|---|---|---|---|---|---|---|---|
| | Avg lb/hr | Max lb/hr | Tons/Year | Avg lb/hr | Max lb/hr | Tons/Year | Avg lb/hr | Max lb/hr | Tons/Year |
| **Commonwealth LNG** | | | | | | | | | |
| EQT 0024<br>T-4016 | | | | 0.002 | | 0.01 | | | |
| EQT 0025<br>T-4029 | | | | 0.001 | | 0.01 | | | |
| EQT 0026<br>T-4031 | | | | 0.002 | | 0.01 | | | |
| FUG 0001<br>FUG | | | | 8.81 | | 38.58 | | | 14149 |
| GRP 0001<br>FLR CAP | 182.24 | | 798.22 | 5.27 | | 23.09 | | | 296090 |
| GRP 0002<br>THOX CAP | 5.39 | | 23.59 | 0.43 | | 1.88 | | | 566344 |

Note: Emission rates in bold are from alternate scenarios and are not included in permitted totals unless otherwise noted in a footnote.

Version:  2
Last Modified: October 2016
06-FEB-23
TPOR0145

# EMISSION RATES FOR TAP/HAP & OTHER POLLUTANTS

## AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project
### Activity Number:  PER20210001
### Permit Number:  0560-00997-V0
### Air - Title V Regular Permit Initial

| Emission Pt. | Pollutant | Avg lb/hr | Max lb/hr | Tons/Year |
|---|---|---|---|---|
| EQT 0001<br>GT-A1101 | 1,3-Butadiene | <0.001 | <0.001 | 0.001 |
| | Acetaldehyde | 0.023 | 0.026 | 0.10 |
| | Acrolein | 0.004 | 0.004 | 0.020 |
| | Ammonia | 3.85 | 4.42 | 16.84 |
| | Benzene | 0.007 | 0.008 | 0.03 |
| | Ethyl benzene | 0.018 | 0.021 | 0.08 |
| | Formaldehyde | 0.203 | 0.233 | 0.89 |
| | Naphthalene (and Methyl naphthalenes) | 0.001 | 0.001 | 0.003 |
| | Polynuclear Aromatic Hydrocarbons | 0.001 | 0.001 | 0.005 |
| | Toluene | 0.073 | 0.084 | 0.32 |
| | Xylene (mixed isomers) | 0.036 | 0.041 | 0.16 |
| EQT 0002<br>GT-B1101 | 1,3-Butadiene | <0.001 | <0.001 | 0.001 |
| | Acetaldehyde | 0.023 | 0.026 | 0.10 |
| | Acrolein | 0.004 | 0.004 | 0.020 |
| | Ammonia | 3.85 | 4.42 | 16.84 |
| | Benzene | 0.007 | 0.008 | 0.03 |
| | Ethyl benzene | 0.018 | 0.021 | 0.08 |
| | Formaldehyde | 0.203 | 0.233 | 0.89 |
| | Naphthalene (and Methyl naphthalenes) | 0.001 | 0.001 | 0.003 |
| | Polynuclear Aromatic Hydrocarbons | 0.001 | 0.001 | 0.005 |
| | Toluene | 0.073 | 0.084 | 0.32 |
| | Xylene (mixed isomers) | 0.036 | 0.041 | 0.16 |
| EQT 0003<br>GT-C1101 | 1,3-Butadiene | <0.001 | <0.001 | 0.001 |
| | Acetaldehyde | 0.023 | 0.026 | 0.10 |
| | Acrolein | 0.004 | 0.004 | 0.020 |
| | Ammonia | 3.85 | 4.42 | 16.84 |
| | Benzene | 0.007 | 0.008 | 0.03 |
| | Ethyl benzene | 0.018 | 0.021 | 0.08 |
| | Formaldehyde | 0.203 | 0.233 | 0.89 |
| | Naphthalene (and Methyl naphthalenes) | 0.001 | 0.001 | 0.003 |
| | Polynuclear Aromatic Hydrocarbons | 0.001 | 0.001 | 0.005 |
| | Toluene | 0.073 | 0.084 | 0.32 |
| | Xylene (mixed isomers) | 0.036 | 0.041 | 0.16 |
| EQT 0004<br>GT-D1101 | 1,3-Butadiene | <0.001 | <0.001 | 0.001 |

Version: 2
Last Modified: October 2016
06-FEB-23
TPOR0146

## EMISSION RATES FOR TAP/HAP & OTHER POLLUTANTS

### AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project
### Activity Number:  PER20210001
### Permit Number:  0560-00997-V0
### Air - Title V Regular Permit Initial

| Emission Pt. | Pollutant | Avg lb/hr | Max lb/hr | Tons/Year |
|---|---|---|---|---|
| EQT 0004<br>GT-D1101 | Acetaldehyde | 0.023 | 0.026 | 0.10 |
| | Acrolein | 0.004 | 0.004 | 0.020 |
| | Ammonia | 3.85 | 4.42 | 16.84 |
| | Benzene | 0.007 | 0.008 | 0.03 |
| | Ethyl benzene | 0.018 | 0.021 | 0.08 |
| | Formaldehyde | 0.203 | 0.233 | 0.89 |
| | Naphthalene (and Methyl naphthalenes) | 0.001 | 0.001 | 0.003 |
| | Polynuclear Aromatic Hydrocarbons | 0.001 | 0.001 | 0.005 |
| | Toluene | 0.073 | 0.084 | 0.32 |
| | Xylene (mixed isomers) | 0.036 | 0.041 | 0.16 |
| EQT 0005<br>GT-E1101 | 1,3-Butadiene | <0.001 | <0.001 | 0.001 |
| | Acetaldehyde | 0.023 | 0.026 | 0.10 |
| | Acrolein | 0.004 | 0.004 | 0.020 |
| | Ammonia | 3.85 | 4.42 | 16.84 |
| | Benzene | 0.007 | 0.008 | 0.03 |
| | Ethyl benzene | 0.018 | 0.021 | 0.08 |
| | Formaldehyde | 0.203 | 0.233 | 0.89 |
| | Naphthalene (and Methyl naphthalenes) | 0.001 | 0.001 | 0.003 |
| | Polynuclear Aromatic Hydrocarbons | 0.001 | 0.001 | 0.005 |
| | Toluene | 0.073 | 0.084 | 0.32 |
| | Xylene (mixed isomers) | 0.036 | 0.041 | 0.16 |
| EQT 0006<br>GT-F1101 | 1,3-Butadiene | <0.001 | <0.001 | 0.001 |
| | Acetaldehyde | 0.023 | 0.026 | 0.10 |
| | Acrolein | 0.004 | 0.004 | 0.020 |
| | Ammonia | 3.85 | 4.42 | 16.84 |
| | Benzene | 0.007 | 0.008 | 0.03 |
| | Ethyl benzene | 0.018 | 0.021 | 0.08 |
| | Formaldehyde | 0.203 | 0.233 | 0.89 |
| | Naphthalene (and Methyl naphthalenes) | 0.001 | 0.001 | 0.003 |
| | Polynuclear Aromatic Hydrocarbons | 0.001 | 0.001 | 0.005 |
| | Toluene | 0.073 | 0.084 | 0.32 |
| | Xylene (mixed isomers) | 0.036 | 0.041 | 0.16 |
| EQT 0007<br>FLR-WF | Benzene | | 0.91 | |
| | Hydrogen sulfide | | 0.017 | |

Version: 2
Last Modified: October 2016
06-FEB-23
TPOR0146

## EMISSION RATES FOR TAP/HAP & OTHER POLLUTANTS

### AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project
### Activity Number:  PER20210001
### Permit Number:  0560-00997-V0
### Air - Title V Regular Permit Initial

| Emission Pt. | Pollutant | Avg lb/hr | Max lb/hr | Tons/Year |
|---|---|---|---|---|
| EQT 0007<br>FLR-WF | n-Hexane | | 4.02 | |
| | Toluene | | 0.46 | |
| | Xylene (mixed isomers) | | 2.30 | |
| EQT 0008<br>FLR-DF | Benzene | | 1.05 | |
| | Hydrogen sulfide | | 0.007 | |
| | n-Hexane | | 4.64 | |
| | Toluene | | 0.53 | |
| | Xylene (mixed isomers) | | 2.65 | |
| EQT 0009<br>FLR-SF | Benzene | | 1.05 | |
| | Hydrogen sulfide | | 0.017 | |
| | n-Hexane | | 4.64 | |
| | Toluene | | 0.53 | |
| | Xylene (mixed isomers) | | 2.65 | |
| EQT 0010<br>L-4012 | Hydrogen sulfide | <0.001 | 0.001 | <0.01 |
| EQT 0011<br>TO-A | 1,4-Dichlorobenzene | | <0.001 | |
| | Arsenic (and compounds) | | <0.001 | |
| | Barium (and compounds) | | <0.001 | |
| | Benzene | | 0.015 | |
| | Beryllium (Table 51.1) | | <0.001 | |
| | Cadmium (and compounds) | | <0.001 | |
| | Chromium VI (and compounds) | | <0.001 | |
| | Cobalt compounds | | <0.001 | |
| | Copper (and compounds) | | <0.001 | |
| | Formaldehyde | | 0.006 | |
| | Hydrogen sulfide | | 0.002 | |
| | Lead compounds | | <0.001 | |
| | Manganese (and compounds) | | <0.001 | |
| | Mercury (and compounds) | | <0.001 | |
| | n-Hexane | | 0.009 | |
| | Naphthalene | | <0.001 | |
| | Nickel (and compounds) | | <0.001 | |
| | Polynuclear Aromatic Hydrocarbons | | <0.001 | |
| | Selenium (and compounds) | | <0.001 | |
| | Toluene | | 0.001 | |

Version: 2
Last Modified: October 2016
06-FEB-23
TPOR0146

## EMISSION RATES FOR TAP/HAP & OTHER POLLUTANTS

AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project

Activity Number:  PER20210001

Permit Number:  0560-00997-V0

Air - Title V Regular Permit Initial

| Emission Pt. | Pollutant | Avg lb/hr | Max lb/hr | Tons/Year |
|---|---|---|---|---|
| EQT 0011<br>TO-A | Xylene (mixed isomers) | | <0.001 | |
| | Zinc (and compounds) | | <0.001 | |
| EQT 0012<br>TO-B | 1,4-Dichlorobenzene | | <0.001 | |
| | Arsenic (and compounds) | | <0.001 | |
| | Barium (and compounds) | | <0.001 | |
| | Benzene | | 0.015 | |
| | Beryllium (Table 51.1) | | <0.001 | |
| | Cadmium (and compounds) | | <0.001 | |
| | Chromium VI (and compounds) | | <0.001 | |
| | Cobalt compounds | | <0.001 | |
| | Copper (and compounds) | | <0.001 | |
| | Formaldehyde | | 0.006 | |
| | Hydrogen sulfide | | 0.002 | |
| | Lead compounds | | <0.001 | |
| | Manganese (and compounds) | | <0.001 | |
| | Mercury (and compounds) | | <0.001 | |
| | n-Hexane | | 0.009 | |
| | Naphthalene | | <0.001 | |
| | Nickel (and compounds) | | <0.001 | |
| | Polynuclear Aromatic Hydrocarbons | | <0.001 | |
| | Selenium (and compounds) | | <0.001 | |
| | Toluene | | 0.001 | |
| | Xylene (mixed isomers) | | <0.001 | |
| | Zinc (and compounds) | | <0.001 | |
| EQT 0013<br>GCT-A | 1,3-Butadiene | <0.001 | <0.001 | 0.001 |
| | Acetaldehyde | 0.023 | 0.026 | 0.10 |
| | Acrolein | 0.004 | 0.004 | 0.020 |
| | Ammonia | 3.85 | 4.42 | 16.84 |
| | Benzene | 0.007 | 0.008 | 0.03 |
| | Ethyl benzene | 0.018 | 0.021 | 0.08 |
| | Formaldehyde | 0.203 | 0.233 | 0.89 |
| | Naphthalene (and Methyl naphthalenes) | 0.001 | 0.001 | <0.01 |
| | Polynuclear Aromatic Hydrocarbons | 0.001 | 0.001 | 0.01 |
| | Toluene | 0.073 | 0.084 | 0.32 |

Version: 2
Last Modified: October 2016
06-FEB-23
TPOR0146

## EMISSION RATES FOR TAP/HAP & OTHER POLLUTANTS

### AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project
### Activity Number:  PER20210001
### Permit Number:  0560-00997-V0
### Air - Title V Regular Permit Initial

| Emission Pt. | Pollutant | Avg lb/hr | Max lb/hr | Tons/Year |
|---|---|---|---|---|
| EQT 0013<br>GCT-A | Xylene (mixed isomers) | 0.036 | 0.041 | 0.16 |
| EQT 0014<br>GCT-B | 1,3-Butadiene | <0.001 | <0.001 | 0.001 |
|  | Acetaldehyde | 0.023 | 0.026 | 0.10 |
|  | Acrolein | 0.004 | 0.004 | 0.020 |
|  | Ammonia | 3.85 | 4.42 | 16.84 |
|  | Benzene | 0.007 | 0.008 | 0.03 |
|  | Ethyl benzene | 0.018 | 0.021 | 0.08 |
|  | Formaldehyde | 0.203 | 0.233 | 0.89 |
|  | Naphthalene (and Methyl naphthalenes) | 0.001 | 0.001 | <0.01 |
|  | Polynuclear Aromatic Hydrocarbons | 0.001 | 0.001 | 0.01 |
|  | Toluene | 0.073 | 0.084 | 0.32 |
|  | Xylene (mixed isomers) | 0.036 | 0.041 | 0.16 |
| EQT 0015<br>GCT-C | 1,3-Butadiene | <0.001 | <0.001 | 0.001 |
|  | Acetaldehyde | 0.023 | 0.026 | 0.10 |
|  | Acrolein | 0.004 | 0.004 | 0.020 |
|  | Ammonia | 3.85 | 4.42 | 16.84 |
|  | Benzene | 0.007 | 0.008 | 0.03 |
|  | Ethyl benzene | 0.018 | 0.021 | 0.08 |
|  | Formaldehyde | 0.203 | 0.233 | 0.89 |
|  | Naphthalene (and Methyl naphthalenes) | 0.001 | 0.001 | <0.01 |
|  | Polynuclear Aromatic Hydrocarbons | 0.001 | 0.001 | 0.01 |
|  | Toluene | 0.073 | 0.084 | 0.32 |
|  | Xylene (mixed isomers) | 0.036 | 0.041 | 0.16 |
| EQT 0016<br>G-5901 | Acetaldehyde | 0.001 | 0.001 | <0.01 |
|  | Acrolein | <0.001 | <0.001 | <0.01 |
|  | Benzene | 0.032 | 0.037 | 0.002 |
|  | Formaldehyde | 0.03 | 0.004 | <0.01 |
|  | Naphthalene (and Methyl naphthalenes) | 0.005 | 0.006 | <0.01 |
|  | Polynuclear Aromatic Hydrocarbons | 0.009 | 0.010 | <0.01 |
|  | Toluene | 0.012 | 0.014 | <0.01 |
|  | Xylene (mixed isomers) | 0.008 | 0.009 | <0.01 |
| EQT 0017<br>P-6003A | Acetaldehyde | <0.001 | <0.001 | <0.01 |
|  | Acrolein | <0.001 | <0.001 | <0.01 |
|  | Benzene | 0.005 | 0.006 | <0.01 |

Version: 2
Last Modified: October 2016
06-FEB-23
TPOR0146

## EMISSION RATES FOR TAP/HAP & OTHER POLLUTANTS

AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project

Activity Number:  PER20210001

Permit Number:  0560-00997-V0

Air - Title V Regular Permit Initial

| Emission Pt. | Pollutant | Avg lb/hr | Max lb/hr | Tons/Year |
|---|---|---|---|---|
| EQT 0017<br>P-6003A | Formaldehyde | <0.001 | <0.001 | <0.01 |
| | Naphthalene (and Methyl naphthalenes) | 0.001 | 0.001 | <0.01 |
| | Polynuclear Aromatic Hydrocarbons | 0.001 | 0.002 | <0.01 |
| | Toluene | 0.002 | 0.002 | <0.01 |
| | Xylene (mixed isomers) | 0.001 | 0.001 | <0.01 |
| EQT 0018<br>P-6003B | Acetaldehyde | <0.001 | <0.001 | <0.01 |
| | Acrolein | <0.001 | <0.001 | <0.01 |
| | Benzene | 0.005 | 0.006 | <0.01 |
| | Formaldehyde | <0.001 | <0.001 | <0.01 |
| | Naphthalene (and Methyl naphthalenes) | 0.001 | 0.001 | <0.01 |
| | Polynuclear Aromatic Hydrocarbons | 0.001 | 0.002 | <0.01 |
| | Toluene | 0.002 | 0.002 | <0.01 |
| | Xylene (mixed isomers) | 0.001 | 0.001 | <0.01 |
| EQT 0019<br>P-6003C | Acetaldehyde | <0.001 | <0.001 | <0.01 |
| | Acrolein | <0.001 | <0.001 | <0.01 |
| | Benzene | 0.005 | 0.006 | <0.01 |
| | Formaldehyde | <0.001 | <0.001 | <0.01 |
| | Naphthalene (and Methyl naphthalenes) | 0.001 | 0.001 | <0.01 |
| | Polynuclear Aromatic Hydrocarbons | 0.001 | 0.002 | <0.01 |
| | Toluene | 0.002 | 0.002 | <0.01 |
| | Xylene (mixed isomers) | 0.001 | 0.001 | <0.01 |
| EQT 0020<br>P-6006 | Acetaldehyde | <0.001 | <0.001 | <0.01 |
| | Acrolein | <0.001 | <0.001 | <0.01 |
| | Benzene | 0.006 | 0.006 | <0.01 |
| | Formaldehyde | <0.001 | <0.001 | <0.01 |
| | Naphthalene (and Methyl naphthalenes) | 0.001 | 0.001 | <0.01 |
| | Polynuclear Aromatic Hydrocarbons | 0.002 | 0.002 | <0.01 |
| | Toluene | <0.002 | <0.002 | <0.01 |
| | Xylene (mixed isomers) | 0.001 | 0.002 | <0.01 |
| EQT 0021<br>Z-06601 | 1,4-Dichlorobenzene | <0.001 | <0.001 | <0.01 |
| | Arsenic (and compounds) | <0.001 | <0.001 | <0.01 |
| | Barium (and compounds) | <0.001 | <0.001 | <0.01 |
| | Benzene | 0.257 | 0.295 | 0.09 |
| | Beryllium (Table 51.1) | <0.001 | <0.001 | <0.01 |

Version: 2
Last Modified: October 2016
06-FEB-23
TPOR0146

## EMISSION RATES FOR TAP/HAP & OTHER POLLUTANTS

### AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project
### Activity Number:  PER20210001
### Permit Number:  0560-00997-V0
### Air - Title V Regular Permit Initial

| Emission Pt. | Pollutant | Avg lb/hr | Max lb/hr | Tons/Year |
|---|---|---|---|---|
| EQT 0021<br>Z-06601 | Cadmium (and compounds) | <0.001 | <0.001 | <0.01 |
| | Chromium VI (and compounds) | <0.001 | <0.001 | <0.01 |
| | Cobalt compounds | <0.001 | <0.001 | <0.01 |
| | Copper (and compounds) | <0.001 | <0.001 | <0.01 |
| | Formaldehyde | 0.009 | 0.01 | 0.003 |
| | Hydrogen sulfide | 0.001 | 0.002 | <0.01 |
| | Lead compounds | <0.001 | <0.001 | <0.01 |
| | Manganese (and compounds) | <0.001 | <0.001 | <0.01 |
| | Mercury (and compounds) | <0.001 | <0.001 | <0.01 |
| | n-Hexane | 0.216 | 0.248 | 0.08 |
| | Naphthalene (and Methyl naphthalenes) | <0.001 | <0.001 | <0.01 |
| | Nickel (and compounds) | <0.001 | <0.001 | <0.01 |
| | Polynuclear Aromatic Hydrocarbons | <0.001 | 0.001 | <0.01 |
| | Selenium (and compounds) | <0.001 | <0.001 | <0.01 |
| | Toluene | <0.001 | <0.001 | <0.01 |
| | Zinc (and compounds) | <0.001 | <0.001 | <0.01 |
| GRP 0001<br>FLR CAP | Benzene | 0.14 | | 0.61 |
| | Hydrogen sulfide | 0.002 | | 0.01 |
| | n-Hexane | 0.62 | | 2.71 |
| | Toluene | 0.07 | | 0.31 |
| | Xylene (mixed isomers) | 0.35 | | 1.55 |
| GRP 0002<br>THOX CAP | 1,4-Dichlorobenzene | <0.001 | | 0.001 |
| | Arsenic (and compounds) | <0.001 | | <0.01 |
| | Barium (and compounds) | <0.001 | | <0.01 |
| | Benzene | 0.013 | | 0.06 |
| | Beryllium (Table 51.1) | <0.001 | | <0.01 |
| | Cadmium (and compounds) | <0.001 | | <0.01 |
| | Chromium VI (and compounds) | <0.001 | | <0.01 |
| | Cobalt compounds | <0.001 | | <0.01 |
| | Copper (and compounds) | <0.001 | | <0.01 |
| | Formaldehyde | 0.005 | | 0.021 |
| | Hydrogen sulfide | 0.001 | | 0.01 |
| | Lead compounds | <0.001 | | <0.01 |
| | Manganese (and compounds) | <0.001 | | <0.01 |

Version: 2
Last Modified: October 2016
06-FEB-23
TPOR0146

## EMISSION RATES FOR TAP/HAP & OTHER POLLUTANTS

AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project

Activity Number: PER20210001

Permit Number: 0560-00997-V0

Air - Title V Regular Permit Initial

| Emission Pt. | Pollutant | Avg lb/hr | Max lb/hr | Tons/Year |
|---|---|---|---|---|
| GRP 0002<br>THOX CAP | Mercury (and compounds) | <0.001 | | <0.01 |
| | n-Hexane | 0.008 | | 0.04 |
| | Naphthalene (and Methyl naphthalenes) | <0.001 | | <0.01 |
| | Nickel (and compounds) | <0.001 | | <0.01 |
| | Polynuclear Aromatic Hydrocarbons | <0.001 | | <0.01 |
| | Selenium (and compounds) | <0.001 | | <0.01 |
| | Toluene | 0.001 | | 0.004 |
| | Xylene (mixed isomers) | <0.001 | | <0.01 |
| | Zinc (and compounds) | <0.001 | | <0.01 |
| UNF 0001<br>AI-221642 | 1,3-Butadiene | | | 0.010 |
| | 1,4-Dichlorobenzene | | | 0.01 |
| | Acetaldehyde | | | 0.89 |
| | Acrolein | | | 0.14 |
| | Ammonia | | | 151.59 |
| | Arsenic (and compounds) | | | 0.010 |
| | Barium (and compounds) | | | 0.010 |
| | Benzene | | | 1.03 |
| | Beryllium (Table 51.1) | | | 0.010 |
| | Cadmium (and compounds) | | | 0.010 |
| | Chromium VI (and compounds) | | | 0.010 |
| | Cobalt compounds | | | 0.010 |
| | Copper (and compounds) | | | 0.010 |
| | Ethyl benzene | | | 0.71 |
| | Formaldehyde | | | 8.01 |
| | Hydrogen sulfide | | | 0.02 |
| | Lead compounds | | | 0.010 |
| | Manganese (and compounds) | | | 0.010 |
| | Mercury (and compounds) | | | 0.010 |
| | n-Hexane | | | 2.82 |
| | Naphthalene (and Methyl naphthalenes) | | | 0.03 |
| | Nickel (and compounds) | | | 0.010 |
| | Polynuclear Aromatic Hydrocarbons | | | 0.05 |
| | Selenium (and compounds) | | | 0.010 |
| | Toluene | | | 3.20 |

Version: 2
Last Modified: October 2016
06-FEB-23
TPOR0146

## EMISSION RATES FOR TAP/HAP & OTHER POLLUTANTS

**AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project**
**Activity Number: PER20210001**
**Permit Number: 0560-00997-V0**
**Air - Title V Regular Permit Initial**

| Emission Pt. | Pollutant | Avg lb/hr | Max lb/hr | Tons/Year |
|---|---|---|---|---|
| UNF 0001<br>AI-221642 | Xylene (mixed isomers) | | | 2.97 |
| | Zinc (and compounds) | | | 0.010 |

Note: Emission rates in bold are from alternate scenarios and are not included in permitted totals unless otherwise noted in a footnote. Emission rates attributed to the UNF reflect the sum of the TAP/HAP limits of the individual emission points (or caps) under this permit, but do not constitute an emission cap.

Version: 2
Last Modified: October 2016
06-FEB-23
TPOR0146

# SPECIFIC REQUIREMENTS

AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project

Activity Number: PER20210001

Permit Number: 0560-00997-V0

Air - Title V Regular Permit Initial

## CRG 0001  TURBINES - Common Requirements for Turbines

Group Members:  EQT 0001 EQT 0002 EQT 0003 EQT 0004 EQT 0005 EQT 0006 EQT 0013 EQT 0014 EQT 0015

| | | |
|---|---|---|
| 1 | [40 CFR 60.4320(a)] | Nitrogen oxides (NOx) <= 25 ppm @ 15%O2. Subpart KKKK. [40 CFR 60.4320(a)] |
| | | Which Months: All Year   Statistical Basis: Hourly average |
| 2 | [40 CFR 60.4330(a)(2)] | Fuel sulfur content <= 0.060 lb/MMBTU (26 ng/J) heat input. If the turbine simultaneously fires multiple fuels, each fuel must meet this requirement. Subpart KKKK. [40 CFR 60.4330(a)(2)] |
| | | Which Months: All Year   Statistical Basis: None specified |
| 3 | [40 CFR 60.4333(a)] | Operate and maintain the stationary combustion turbine, air pollution control equipment, and monitoring equipment in a manner consistent with good air pollution control practices for minimizing emissions at all times including during startup, shutdown, and malfunction. Subpart KKKK. [40 CFR 60.4333(a)] |
| 4 | [40 CFR 60.4340(b)(1)] | Nitrogen oxides monitored by continuous emission monitor (CEM) continuously as described in 40 CFR 60.4335(b) and 40 CFR 60.4345. Subpart KKKK. [40 CFR 60.4340(b)(1)] |
| | | Which Months: All Year   Statistical Basis: None specified |
| 5 | [40 CFR 60.4345(a)] | Each NOX diluent CEMS must be installed and certified according to Performance Specification 2 (PS 2) in 40 CFR 60 - Appendix B, except the 7-day calibration drift is based on unit operating days, not calendar days. With state approval, Procedure 1 in 40 CFR 60 - Appendix F is not required. Alternatively, a NOX diluent CEMS that is installed and certified according to Appendix A of 40 CFR Part 75 is acceptable for use. The relative accuracy test audit (RATA) of the CEMS shall be performed on a lb/MMBtu basis. [40 CFR 60.4345(a)] |
| 6 | [40 CFR 60.4345(b)] | As specified in 40 CFR 60.13(e)(2), during each full unit operating hour, both the NOX monitor and the diluent monitor must complete a minimum of one cycle of operation (sampling, analyzing, and data recording) for each 15-minute quadrant of the hour, to validate the hour. For partial unit operating hours, at least one valid data point must be obtained with each monitor for each quadrant of the hour in which the unit operates. For unit operating hours in which required quality assurance and maintenance activities are performed on the CEMS, a minimum of two valid data points (one in each of two quadrants) are required for each monitor to validate the NOX emission rate for the hour. [40 CFR 60.4345(b)] |
| 7 | [40 CFR 60.4345(c)] | Each fuel flowmeter shall be installed, calibrated, maintained, and operated according to the manufacturer's instructions. Alternatively, with state approval, fuel flowmeters that meet the installation, certification, and quality assurance requirements of appendix D to 40 CFR Part 75 are acceptable for use. [40 CFR 60.4345(c)] |
| 8 | [40 CFR 60.4345(d)] | Each watt meter, steam flow meter, and each pressure or temperature measurement device shall be installed, calibrated, maintained, and operated according to manufacturer's instructions. [40 CFR 60.4345(d)] |
| 9 | [40 CFR 60.4345(e)] | Permittee shall develop and keep on-site a quality assurance (QA) plan for all of the continuous monitoring equipment described in 40 CFR 60.4345(a), (c), and (d). For the CEMS and fuel flow meters, the owner or operator may, with state approval, satisfy the requirements of this paragraph by implementing the QA program and plan described in section 1 of 40 CFR 75 - Appendix B. [40 CFR 60.4345(e)] |
| 10 | [40 CFR 60.4350] | For purposes of identifying excess emissions, permittee shall comply with requirements of 40 CFR 60.4350 (a), (b), (c), (e), and (f)(3). |
| 11 | [40 CFR 60.4365] | Sulfur dioxide (SO2) <= 0.060 lb/MMBTU. Use one of the sources of information specified in 40 CFR 60.4365(a) and (b) to make the required demonstration. Subpart KKKK. |
| | | Which Months: All Year   Statistical Basis: None specified |
| 12 | [40 CFR 60.4375(a)] | Submit excess emissions reports and monitor downtime, in accordance with 40 CFR 60.7(c). Report excess emissions for all periods of unit operation, including start-up, shutdown, and malfunction. Subpart KKKK. [40 CFR 60.4375(a)] |

TPOR0147

## SPECIFIC REQUIREMENTS

**AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project**

**Activity Number:  PER20210001**

**Permit Number:  0560-00997-V0**

**Air - Title V Regular Permit Initial**

### CRG 0001  TURBINES - Common Requirements for Turbines

| | | |
|---|---|---|
| 13 | [40 CFR 60.4395] | Postmark the excess emissions report required under 40 CFR 60.7(c) by the 30th day following the end of each 6-month period.  Subpart KKKK. |
| 14 | [40 CFR 60.4400(a)] | Conduct an initial performance test for NOx, as required in 40 CFR 60.8.  Use one of methodologies specified in 40 CFR 60.4400(a)(1)(i) and (a)(1)(ii).  If using a NOx-diluent CEMS according to 40 CFR 60.4345, then the test may be performed as specified in 40 CFR 60.4405(a) through (d).  Subpart KKKK. [40 CFR 60.4400(a)] |
| 15 | [40 CFR 60.4400(b)] | The performance test must be done at any load condition within plus or minus 25 percent of 100 percent of peak load. You may perform testing at the highest achievable load point, if at least 75 percent of peak load cannot be achieved in practice. You must conduct three separate test runs for each performance test. The minimum time per run is 20 minutes. [40 CFR 60.4400(b)] |
| 16 | [40 CFR 60.4415] | Conduct performance tests for sulfur initially as required in 40 CFR 60.8 and annually thereafter.  Use one of the methodologies specified in 40 CFR 60.4415(a)(1) through (a)(4).  Subpart KKKK. |
| 17 | [LAC 33:III.1311.C] | Opacity <= 20 percent, except for emissions that have an average opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes.  (Complies by using sweet natural gas as fuel).<br>Which Months: All Year    Statistical Basis: Six-minute average |
| 18 | [LAC 33:III.501.C.6] | The permittee shall conduct performance tests for formaldehyde emissions from the turbines within 180 days after initial startup. Unless otherwise agreed to in writing by the department, conduct each test run within 20 percent of the maximum permitted load or within 10 percent of the maximum achievable load. Per LAC 33:III.913.A, provide necessary sampling ports in stacks or ducts and such other safe and proper sampling and testing facilities for proper determination of the emission of air contaminants.<br>a. Submit notification to the Office of Environmental Services at least 30 days prior to a performance test in order to provide LDEQ with the opportunity to conduct a pretest meeting and/or observe the test.<br>b. Use the following stack test method from 40 CFR 63, Appendix A: Method 320 – Measurement of Vapor Phase Organic and Inorganic Emissions by Extractive Fourier Transform Infrared (FTIR) Spectroscopy. Alternate stack test methods may be used with the prior approval of the Office of Environmental Services.<br>c. Submit performance test results to the Office of Environmental Services within 60 days after completion of the test.<br>d. Repeat performance tests every 5 years (plus or minus 6 calendar months). With respect to identical units, the permittee may request that the department approve the testing of only a representative subset rather than each unit. Any such request shall be submitted no later than 90 days before the deadline to conduct the test. |
| 19 | [LAC 33:III.509] | Shall comply with the following BACT:<br>PM10/PM2.5: Utilize clean fuel and good combustion practices to limit PM10/PM2.5 <= 0.0183 lb/MM BTU.<br>SO2: Utilize low sulfur fuels and good combustion practices to limit SO2 <= 0.0134 lb/MM BTU.<br>NOx:  Utilize Selective Catalytic Reduction (SCR) and Dry Low NOx (DLN) in combination with clean fuel and good combustion practices to limit NOx <= 2.5 ppmd (@15% O2).<br>CO and VOC (=> 75%): Utilize oxidation catalyst in combination with clean fuel and good combustion practices to limit CO <= 1.7 ppmd (@15% O2) and VOC <= 3.0 ppmvd (@15% O2).<br>GHG: Utilize thermally efficient equipment, low carbon fuels, and good combustion practices to limit GHG <= 120 lbs CO2e/MM BTU. |

## SPECIFIC REQUIREMENTS

**AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project**
**Activity Number: PER20210001**
**Permit Number: 0560-00997-V0**
**Air - Title V Regular Permit Initial**

### CRG 0001   TURBINES - Common Requirements for Turbines

| | | |
|---|---|---|
| 20 | [LAC 33:III.509] | The permittee shall conduct performance tests for PM and VOC emissions from the turbines within 180 days after initial startup. Unless otherwise agreed to in writing by the department, conduct each test run within 20 percent of the maximum permitted load or within 10 percent of the maximum achievable load. Per LAC 33:III.913.A, provide necessary sampling ports in stacks or ducts and such other safe and proper sampling and testing facilities for proper determination of the emission of air contaminants.
a. Submit notification to the Office of Environmental Services at least 30 days prior to a performance test in order to provide LDEQ with the opportunity to conduct a pretest meeting and/or observe the test.
b. Use the following stack test methods from 40 CFR 60, Appendix A (unless otherwise noted): Method 5 – Determination of particulate matter emissions from stationary sources for PM; Method 202 – Dry Impinger Method for Determining Condensable Particulate Emissions from Stationary Sources (40 CFR 51, Appendix M) for condensable PM; and Method 25A – Determination of Total Gaseous Organic Concentration Using a Flame Ionization Analyzer for VOC. Alternate stack test methods may be used with the prior approval of the Office of Environmental Services.
c. Submit performance test results to the Office of Environmental Services within 60 days after completion of the test.
d. Repeat performance tests every 5 years (plus or minus 6 calendar months). With respect to identical units, the permittee may request that the department approve the testing of only a representative subset rather than each unit. Any such request shall be submitted no later than 90 days before the deadline to conduct the test. |
| 21 | [LAC 33:III.509] | The permittee shall monitor and record NOx and CO emissions from the turbines using Continuous Emissions Monitoring Systems (CEMS) calibrated, operated, and maintained according to the manufacturer's specifications.
a. NOx CEMS shall comply with 40 CFR Part 60, Appendix B, Performance Specification 2;
b. CO CEMS shall comply with 40 CFR Part 60, Appendix B, Performance Specification 4;
c. CEMS shall be evaluated in accordance with Procedure 1 of 40 CFR 60, Appendix F;
d. Data availability shall be stipulated by Part 70 General Condition V of LAC 33:III.535.A; and
e. The permittee shall also determine the NO2/NOx in-stack ratio in conjunction with Performance Specification 2. |

### CRG 0002   IC ENGINES - Common Requirements for Emergency Engines

**Group Members:  EQT 0016 EQT 0017 EQT 0018 EQT 0019 EQT 0020**

| | | |
|---|---|---|
| 22 | [40 CFR 60.4205(b)] | Generator Engine (EQT0016): Comply with the emission standards for new nonroad CI engines in 40 CFR 60.4202, for all pollutants, for the same model year and maximum engine power. Subpart IIII. [40 CFR 60.4205(b)] |
| 23 | [40 CFR 60.4205(c)] | Firewater Pump Engines (EQT0017 through EQT0020): Particulate matter (10 microns or less) (PM10) <= 0.15 g/BHP-hr and NMHC+NOx <= 4.8 g/HP-hr. Subpart IIII. [40 CFR 60.4205(c)]
Which Months: All Year    Statistical Basis: None specified |
| 24 | [40 CFR 60.4206] | Operate and maintain stationary CI ICE that achieve the emission standards as required in 40 CFR 60.4204 and 40 CFR 60.4205 over the entire life of the engine. Subpart IIII. |
| 25 | [40 CFR 60.4207(b)] | Use diesel fuel that meets the requirements of 40 CFR 1090.305 for nonroad diesel fuel. Subpart IIII. [40 CFR 60.4207(b)] |

TPOR0147

**SPECIFIC REQUIREMENTS**

AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project

**Activity Number: PER20210001**

**Permit Number: 0560-00997-V0**

**Air - Title V Regular Permit Initial**

**CRG 0002  IC ENGINES - Common Requirements for Emergency Engines**

| | | |
|---|---|---|
| 26 | [40 CFR 60.4209(a)] | Operating time monitored by hour/time monitor continuously during operation. If the emergency engine meets the standards applicable to emergency engines, install a non-resettable hour meter prior to startup of the engine. Subpart IIII. [40 CFR 60.4209(a)] Which Months: All Year    Statistical Basis: None specified |
| 27 | [40 CFR 60.4211(a)(1)] | Operate and maintain the stationary CI internal combustion engine and control device according to the manufacturer's emission-related written instructions, except as permitted in 40 CFR 60.4211(g). Subpart IIII. [40 CFR 60.4211(a)(1)] |
| 28 | [40 CFR 60.4211(a)(2)] | Change only those emission-related settings that are permitted by the manufacturer, except as permitted in 40 CFR 60.4211(g). Subpart IIII. [40 CFR 60.4211(a)(2)] |
| 29 | [40 CFR 60.4211(a)(3)] | Meet the requirements of 40 CFR 89, 94 and/or 1068, as applicable, except as permitted in 40 CFR 60.4211(g). Subpart IIII. [40 CFR 60.4211(a)(3)] |
| 30 | [40 CFR 60.4211(c)] | Ensure engine is certified to the emission standards in 40 CFR 60.4204(b), or 40 CFR 60.4205(b) or (c), as applicable, for the same model year and maximum (or in the case of fire pumps, NFPA nameplate) engine power. Install and configure according to the manufacturer's emissions-related specifications, except as permitted in 40 CFR 60.4211(g). Subpart IIII. [40 CFR 60.4211(c)] |
| 31 | [40 CFR 60.4211(f)(1)] | There is no time limit on the use of emergency stationary ICE in emergency situations. Subpart IIII. [40 CFR 60.4211(f)(1)] |
| 32 | [40 CFR 60.4211(f)(2)(i)] | Operate for maintenance checks and readiness testing for a maximum of 100 hours per calendar year, provided that the tests are recommended by the federal, state or local government; the manufacturer; the vendor; the regional transmission organization or equivalent balancing authority and transmission operator; or the insurance company associated with the engine. LDEQ may be petitioned for approval of additional hours to be used for maintenance checks and readiness testing, but a petition is not required if records are maintained indicating that federal, state, or local standards require maintenance and testing of emergency ICE beyond 100 hours per calendar year. Subpart IIII. [40 CFR 60.4211(f)(2)(i)] |
| 33 | [40 CFR 60.4211(f)(3)] | Operate for up to 50 hours per calendar year in non-emergency situations. Count the 50 hours of operation in non-emergency situations as part of the 100 hours per calendar year for maintenance and testing provided in 40 CFR 60.4211(f)(2)(i). Do not use the 50 hours per calendar year for non-emergency situations for peak shaving or non-emergency demand response, or to generate income for a facility to an electric grid or otherwise supply power as part of a financial arrangement with another entity, except as provided in 40 CFR 60.4211(f)(3)(i). Subpart IIII. [40 CFR 60.4211(f)(3)] |
| 34 | [40 CFR 60.4211(f)] | Operate according to the requirements in 40 CFR 60.4211(f)(1), (f)(2)(i), and (f)(3). In order for the engine to be considered an emergency stationary ICE under 40 CFR 60 Subpart IIII, any operation other than as described in 40 CFR 60.4211(f)(1), (f)(2)(i), and (f)(3) is prohibited. If the engine is not operated according to these requirements, the engine will not be considered an emergency engine under 40 CFR 60 Subpart IIII and must meet all requirements for non-emergency engines. Subpart IIII. [40 CFR 60.4211(f)] |
| 35 | [40 CFR 60.4214(b)] | Operating time recordkeeping by electronic or hard copy upon occurrence of event. If the emergency engine meets the standards applicable to emergency engines in the applicable model year, keep records of the operation of the engine in emergency and non-emergency service that are recorded through the non-resettable hour meter. Record the time of operation of the engine and the reason the engine was in operation during that time. Subpart IIII. [40 CFR 60.4214(b)] |
| 36 | [40 CFR 63.6590(c)] | Meet the requirements of 40 CFR 60 Subpart IIII for compression ignition engines or 40 CFR 60 Subpart JJJJ for spark ignition engines. Subpart ZZZZ. [40 CFR 63.6590(c)] |
| 37 | [LAC 33:III.1101.B] | Opacity <= 20 percent, except for emissions that have an average opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes. Determine opacity by using Method 9 of 40 CFR Part 60, Appendix A or by using a continuous opacity monitoring system (COMS) meeting the requirements outlined in 40 CFR 60.13(c) and (d). Which Months: All Year    Statistical Basis: None specified |

TPOR0147

## SPECIFIC REQUIREMENTS

AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project
Activity Number: PER20210001
Permit Number: 0560-00997-V0
Air - Title V Regular Permit Initial

### CRG 0002  IC ENGINES - Common Requirements for Emergency Engines

| | | |
|---|---|---|
| 38 | [LAC 33:III.1311.C] | Opacity <= 20 percent, except for emissions that have an average opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes. |
| | | Which Months: All Year    Statistical Basis: Six-minute average |
| 39 | [LAC 33:III.509] | Firewater Pump Engines (EQT0017 through EQT0020): BACT is clean fuel/low sulfur fuel, good combustion practices, limited hours of operation, and compliance with the following limits: NOx <= 5.53 g/kW-hr; CO <= 0.55 g/kW-hr; PM <= 0.125 g/kW-hr; VOC <=0.40 g/kW-hr; SO2: 0.00152 lb/MM BTU. |
| 40 | [LAC 33:III.509] | Generator Engine (EQT0016): BACT is clean fuel/low sulfur fuel, good combustion practices, limited hours of operation, and compliance with the following limits: NOx <= 8.46 g/kW-hr; CO <= 1.21 g/kW-hr; PM <= 0.067 g/kW-hr; VOC <=0.322 g/kW-hr; SO2: 0.00152 lb/MM BTU. |

### CRG 0003  LVP-TANKS - Tanks for Low Vapor Pressure Materials

Group Members:  EQT 0023 EQT 0024 EQT 0025 EQT 0026

| | | |
|---|---|---|
| 41 | [LAC 33:III.509] | White or light grey exterior paint and proper maintenance and inspections is BACT for VOC. |

### EQT 0010  L-4012 - Marine Flare

| | | |
|---|---|---|
| 42 | [LAC 33:III.1105] | Opacity <= 20 percent, except for a combined total of six hours in any 10 consecutive day period, for burning in connection with pressure valve releases for control over process upsets. Determine opacity by using Method 9 of 40 CFR Part 60, Appendix A or by using a continuous opacity monitoring system (COMS) meeting the requirements outlined in 40 CFR 60.13(c) and (d). |
| | | Which Months: All Year    Statistical Basis: None specified |
| 43 | [LAC 33:III.1105] | Submit notification:  Due to SPOC as soon as possible after the start of burning of pressure valve releases for control over process upsets.  Notify in accordance with LAC 33:I.3923.  Notification is required only if the upset cannot be controlled in six hours. |
| 44 | [LAC 33:III.1311.C] | Opacity <= 20 percent, except for emissions that have an average opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes. |
| | | Which Months: All Year    Statistical Basis: Six-minute average |
| 45 | [LAC 33:III.501.C.6] | Permittee shall not send the vent gas to the flare for more than 20 hours per calendar year. |
| 46 | [LAC 33:III.507.H.1.a] | Date, time, and duration of the vent gas sent to the flare shall be monitored and recorded.  Records of gas vented to the flare shall be maintained on site for five years and available for LDEQ inspection. |
| 47 | [LAC 33:III.509] | Shall utilize good combustion practices and work practices listed in 40 CFR 60.18, facility fuel gas for pilots and purge, flare gas recovery system, and burner optimization as BACT. |

### EQT 0021  Z-06601 - Hot Oil Heater

| | | |
|---|---|---|
| 48 | [40 CFR 60.44b(j)] | Compliance with the emission limits of 40 CFR 60.44b is determined on a 24-hour average basis for the initial performance test and on a 3-hour average basis for subsequent performance tests. [40 CFR 60.44b(j)] |

TPOR0147

## SPECIFIC REQUIREMENTS

### AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project
### Activity Number: PER20210001
### Permit Number: 0560-00997-V0
### Air - Title V Regular Permit Initial

### EQT 0021  Z-06601 - Hot Oil Heater

| | | |
|---|---|---|
| 49 | [40 CFR 60.44b(l)] | Nitrogen oxides (NOx) <= 0.20 lb/MMBTU heat input (expressed as NO2), except as provided in 40 CFR 60.44b(k).  The nitrogen oxide standards apply at all times, including periods of startup, shutdown, or malfunction.  Subpart Db. [40 CFR 60.44b(l)] |
| | | Which Months: All Year   Phases:    Statistical Basis: |
| 50 | [40 CFR 60.46b(c)] | Determine compliance with the NOx standards in 40 CFR 60.44b through performance testing under 40 CFR 60.46b(g).  Subpart Db. [40 CFR 60.46b(c)] |
| 51 | [40 CFR 60.49b(a)] | Submit notification:  Due as provided by 40 CFR 60.7.  Submit a notification of the actual date of initial startup including design heat input capacity of the affected facility, identification of fuels to be combusted, copy of any federally enforceable requirement limiting annual capacity factor, and all other data as specified in 40 CFR 60.49b(a)(1) through (a)(4).  Subpart Db. [40 CFR 60.49b(a)] |
| 52 | [40 CFR 60.49b(b)] | Submit the maximum heat input capacity data from the demonstration of the maximum heat input capacity of the affected facility to DEQ. Subpart Db. [40 CFR 60.49b(b)] |
| 53 | [40 CFR 60.49b(b)] | Submit the performance test data from the initial performance test and the performance evaluation of the CEMS using the applicable performance specifications in 40 CFR 60 Appendix B to DEQ.  Subpart Db. [40 CFR 60.49b(b)] |
| 54 | [40 CFR 60.49b(d)] | Fuel rate recordkeeping by electronic or hard copy daily.  Record the amounts of each fuel combusted during each day and calculate the annual capacity factor individually for coal, distillate oil, residual oil, natural gas, wood, and municipal-type solid waste for the reporting period. Determine the annual capacity factor on a 12-month rolling average basis with a new annual capacity factor calculated at the end of each calendar month.  If the facility is not required to continuously monitor any emissions (excluding opacity) or parameters indicative of emissions, the facility may record the amount of each fuel combusted during each calendar month.  Subpart Db. [40 CFR 60.49b(d)] |
| 55 | [40 CFR 60.49b(h)] | Submit excess emissions report:  Due by the 30th day following the end of each six-month period.  Report any excess emissions which occurred during the reporting period.  Subpart Db. [40 CFR 60.49b(h)] |
| 56 | [40 CFR 60.49b(o)] | Maintain all records required under 40 CFR 60.49b for a period of 2 years following the date of such record.  Subpart Db. [40 CFR 60.49b(o)] |
| 57 | [40 CFR 60.49b(p)] | Equipment/operational data recordkeeping by electronic or hard copy at the regulation's specified frequency.  Maintain records of the calendar date, the number of hours of operation, and the hourly steam load for each steam generating unit operating day.  Subpart Db. [40 CFR 60.49b(p)] |
| 58 | [40 CFR 60.49b(q)] | Submit a report to DEQ containing the annual capacity factor over the previous 12 months, the average fuel nitrogen content during the reporting period if residual oil was fired, and all other applicable information per 40 CFR 60.49b(q)(1) through (q)(3).  Subpart Db. [40 CFR 60.49b(q)] |
| 59 | [40 CFR 60.49b(r)(1)] | Permittee shall obtain and maintain at the affected facility fuel receipts (such as a current, valid purchase contract, tariff sheet, or transportation contract) from the fuel supplier that certify that the  gaseous fuel meets the definition of natural gas as defined in § 60.41b and the applicable sulfur limit.  Reports shall be submitted to the Administrator certifying that only natural gas and/or other fuels that are known to contain insignificant amounts of sulfur were combusted in the affected facility during the reporting period.  [40 CFR 60.49b(r)(1)] |
| 60 | [40 CFR 60.49b(w)] | The reporting period for the reports required under 40 CFR 60 Subpart Db is each 6 month period.  All reports shall be submitted to the Administrator and shall be postmarked by the 30th day following the end of the reporting period.  [40 CFR 60.49b(w)] |
| 61 | [LAC 33:III.1313.C] | Total suspended particulate <= 0.6 lb/MMBTU of heat input (Complies by using sweet natural gas as fuel). |
| | | Which Months: All Year   Statistical Basis: None specified |
| 62 | [LAC 33:III.501.C.6] | Shall limit operating time to no more than 720 hours/year. |
| 63 | [LAC 33:III.507.H.1.a] | Operating time: Monitored and recorded continuously.  These records shall be kept on site for 5 years and available for LDEQ inspection. |

## SPECIFIC REQUIREMENTS

**AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project**
**Activity Number: PER20210001**
**Permit Number: 0560-00997-V0**
**Air - Title V Regular Permit Initial**

---

### EQT 0021  Z-06601 - Hot Oil Heater

64  [LAC 33:III.509]
Shall comply with the following BACT:
PM10/PM2.5: Utilize clean fuel in combination with good combustion practices and limiting operation; PM10/PM2.5 <=0.00745 lb/MM BTU.
SO2: Utilize low sulfur fuel in combination with good combustion practices and limiting operation; SO2 <=0.00103 lb/MM BTU.
NOx: Utilize Low NOx burners in combination with clean fuel, good combustion practices, and limiting operation to limit NOx <= 0.07 lb/MM BTU.
CO and VOC: Utilize clean fuel, good combustion practices, and limiting operation to limit CO <= 0.0824 lb/MM BTU and VOC <= 0.00539 lb/MM BTU.
GHG: Utilize thermally efficient equipment, low carbon fuels, and good combustion practices to limit GHG <= 120 lbs CO2e/MM BTU.

### EQT 0022  T-3000 - Condensate Tank

65  [40 CFR 60.112b(a)(1)(i)]
Equip with a fixed roof in combination with an internal floating roof. The internal floating roof shall rest or float on the liquid surface (but not necessarily in complete contact with it) inside a storage vessel that has a fixed roof. The internal floating roof shall be floating on the liquid surface at all times, except during initial fill and during those intervals when the storage vessel is completely emptied or subsequently emptied and refilled. When the roof is resting on the leg supports, the process of filling, emptying, or refilling shall be continuous and shall be accomplished as rapidly as possible. Subpart Kb. [40 CFR 60.112b(a)(1)(i)]

66  [40 CFR 60.112b(a)(1)(ii)(A)]
Option 1 of 3: Equip internal floating roof with a liquid mounted seal consisting of a foam- or liquid-filled seal mounted in contact with the liquid between the wall of the storage vessel and the floating roof continuously around the circumference of the tank. Subpart Kb. [40 CFR 60.112b(a)(1)(ii)(A)]

67  [40 CFR 60.112b(a)(1)(ii)(B)]
Option 2 of 3: Equip internal floating roof with two seals mounted secondary above the primary so that each forms a continuous closure that completely covers the space between the wall of the storage vessel and the edge of the internal floating roof. The primary seal may be vapor-mounted, but both must be continuous. Subpart Kb. [40 CFR 60.112b(a)(1)(ii)(B)]

68  [40 CFR 60.112b(a)(1)(ii)(C)]
Option 3 of 3: Equip internal floating roof with a mechanical shoe seal consisting of a metal sheet held vertically against the wall of the storage vessel by springs or weighted levers and connected by braces to the floating roof. A flexible coated fabric (envelope) spans the annular space between the metal sheet and the floating roof. Subpart Kb. [40 CFR 60.112b(a)(1)(ii)(C)]

69  [40 CFR 60.112b(a)(1)]
Each opening in a noncontact internal floating roof except for automatic bleeder vents (vacuum breaker vents) and the rim space vents is to provide a projection below the liquid surface. Equip each opening in the internal floating roof except for leg sleeves, automatic bleeder vents, rim space vents, column wells, ladder wells, sample wells, and stub drains with a cover or lid and maintain in a closed position at all times (i.e., no visible gap) except when the device is in actual use. Equip the cover or lid with a gasket. Bolt covers on each access hatch and automatic gauge float well except when they are in use. Equip automatic bleeder vents with a gasket and close at all times when the roof is floating except when the roof is being floated off or is being landed on the roof leg supports. Equip rim space vents with a gasket and set to open only when the internal floating roof is not floating or at the manufacturer's recommended setting. Each penetration of the internal floating roof for the purpose of sampling shall be a sample well. The sample well shall have a slit fabric cover that covers at least 90 percent of the opening. Each penetration of the internal floating roof that allows for passage of a column supporting the fixed roof shall have a flexible fabric sleeve seal or a gasketed sliding cover. Each penetration of the internal floating roof that allows for passage of a ladder shall have a gasketed sliding cover. Subpart Kb. [40 CFR 60.112b(a)(1)]

TPOR0147

## SPECIFIC REQUIREMENTS

**AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project**

**Activity Number:  PER20210001**

**Permit Number:  0560-00997-V0**

**Air - Title V Regular Permit Initial**

**EQT 0022   T-3000 - Condensate Tank**

| | | |
|---|---|---|
| 70 | [40 CFR 60.113b(a)(1)] | Tank roof and seals monitored by visual inspection/determination at the regulation's specified frequency.  Inspect the internal floating roof, the primary seal, and the secondary seal (if one is in service), prior to filling the storage vessel with VOL.  If there are holes, tears, or other openings in the primary seal, the secondary seal, or the seal fabric or defects in the internal floating roof, or both, repair the items before filling the storage vessel.  Subpart Kb. [40 CFR 60.113b(a)(1)]<br><br>Which Months: All Year    Statistical Basis: None specified |
| 71 | [40 CFR 60.113b(a)(2)] | If the internal floating roof is not resting on the surface of the VOL inside the storage vessel, or there is liquid accumulated on the roof, or the seal is detached, or there are holes or tears in the seal fabric, repair the items or empty and remove the storage vessel from service within 45 days.  If a failure that is detected during inspections required in this paragraph cannot be repaired within 45 days and if the vessel cannot be emptied within 45 days, request a 30-day extension from DEQ in the inspection report required in 40 CFR 60.115b(a)(3).  Document in the request for extension that alternate storage capacity is unavailable and specify a schedule of actions the company will take that will assure that the control equipment will be repaired or the vessel will be emptied as soon as possible.  Subpart Kb. [40 CFR 60.113b(a)(2)] |
| 72 | [40 CFR 60.113b(a)(2)] | Tank roof and seals monitored by visual inspection/determination annually.  Inspect the internal floating roof and the primary seal or the secondary seal (if one is in service) through manholes and roof hatches on the fixed roof at least once every 12 months after initial fill.  If a failure is detected during inspections required in this paragraph initiate repair provisions.  Subpart Kb. [40 CFR 60.113b(a)(2)]<br><br>Which Months: All Year    Statistical Basis: None specified |
| 73 | [40 CFR 60.113b(a)(3)(i)] | Tank roof and seals monitored by visual inspection/determination once every five years as specified in 40 CFR 60.113b(a)(4).  Subpart Kb. [40 CFR 60.113b(a)(3)(i)]<br><br>Which Months: All Year    Statistical Basis: None specified |
| 74 | [40 CFR 60.113b(a)(3)(ii)] | Tank roof and seals monitored by visual inspection/determination annually as specified in 40 CFR 60.113b(a)(2).  Subpart Kb. [40 CFR 60.113b(a)(3)(ii)]<br><br>Which Months: All Year    Statistical Basis: None specified |
| 75 | [40 CFR 60.113b(a)(4)] | If the internal floating roof has defects, the primary seal has holes, tears, or other openings in the seal or the seal fabric, or the secondary seal has holes, tears, or other openings in the seal or the seal fabric, or the gaskets no longer close off the liquid surfaces from the atmosphere, or the slotted membrane has more than 10 percent open area, repair the items as necessary so that none of the conditions specified in this paragraph exist before refilling the storage vessel with VOL.  In no event shall inspections conducted in accordance with this provision occur at intervals greater than 10 years in the case of vessels conducting the annual visual inspection as specified in 40 CFR 60.113b(a)(2) and (a)(3)(ii) and at intervals no greater than 5 years in the case of vessels specified in paragraph 40 CFR 60.113b(a)(3)(i) of this section.  Subpart Kb. [40 CFR 60.113b(a)(4)] |
| 76 | [40 CFR 60.113b(a)(4)] | Tank roof and seals monitored by visual inspection/determination at the regulation's specified frequency.  Inspect the internal floating roof, the primary seal, the secondary seal (if one is in service), gaskets, slotted membranes and sleeve seals (if any) each time the storage vessel is emptied and degassed.  If a failure is detected during inspections required in this paragraph initiate repair provisions.  Subpart Kb. [40 CFR 60.113b(a)(4)]<br><br>Which Months: All Year    Statistical Basis: None specified |

**SPECIFIC REQUIREMENTS**

AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project
Activity Number: PER20210001
Permit Number: 0560-00997-V0
Air - Title V Regular Permit Initial

**EQT 0022   T-3000 - Condensate Tank**

| | | |
|---|---|---|
| 77 | [40 CFR 60.113b(a)(5)] | Submit notification in writing: Due at least 30 days prior to the filling or refilling of each storage vessel for which an inspection is required by 40 CFR 60.113b(a)(1) and (a)(4) to afford DEQ an opportunity to have an observer present. If the inspection required by paragraph 40 CFR 60.113b(a)(4) is not planned and the owner or operator could not have known about the inspection 30 days in advance or refilling the tank, notify DEQ at least 7 days prior to the refilling of the storage vessel. Notify by telephone immediately followed by written documentation demonstrating why the inspection was unplanned. Alternatively, submit notification in writing including the written documentation and send by express mail so that it is received by DEQ at least 7 days prior to the refilling. Subpart Kb. [40 CFR 60.113b(a)(5)] |
| 78 | [40 CFR 60.115b(a)(1)] | Submit a report: Due to DEQ as an attachment to the notification required by 40 CFR 60.7(a)(3). This report shall describe the control equipment and certify that the control equipment meets the specifications of 40 CFR 60.112b(a)(1) and 60.113b(a)(1). Keep copies of all reports for at least two years. Subpart Kb. [40 CFR 60.115b(a)(1)] |
| 79 | [40 CFR 60.115b(a)(2)] | Inspection records recordkeeping by electronic or hard copy upon each occurrence of inspection, per 40 CFR 60.113b(a)(1) through (4). Each record shall identify the storage vessel on which the inspection was performed and shall contain the date the vessel was inspected and the observed condition of each component of the control equipment (seals, internal floating roof, and fittings). Keep copies of all records for at least two years. Subpart Kb. [40 CFR 60.115b(a)(2)] |
| 80 | [40 CFR 60.115b(a)(3)] | Submit a report: Due to DEQ within 30 days of the annual visual inspection required by 40 CFR 60.113b(a)(2) that detects any of the conditions described in 40 CFR 60.113b(a)(2). Each report shall identify the storage vessel, the nature of the defects, and the date the storage vessel was emptied or the nature of and date the repair was made. Keep copies of all reports for at least two years. Subpart Kb. [40 CFR 60.115b(a)(3)] |
| 81 | [40 CFR 60.115b(a)(4)] | Submit a report: Due to DEQ within 30 days of each inspection required by 40 CFR 60.113b(a)(3) that finds holes or tears in the seal or seal fabric, or defects in the internal floating roof, or other control equipment defects listed in 40 CFR 60.113b(a)(3)(ii). The report shall identify the storage vessel and the reason it did not meet the specifications of 40 CFR 60.112b(a)(1) or 40 CFR. 60.113b(a)(3) and list each repair made. Keep copies of all reports for at least two years. Subpart Kb. [40 CFR 60.115b(a)(4)] |
| 82 | [40 CFR 60.116b(b)] | Equipment/operational data recordkeeping by electronic or hard copy at the approved frequency. Keep readily accessible records showing the dimension of the storage vessel and an analysis showing the capacity of the storage vessel. Keep copies of all records for the life of the source as specified by 40 CFR 60.116b(a). Subpart Kb. [40 CFR 60.116b(b)] |
| 83 | [40 CFR 60.116b(c)] | VOL storage data recordkeeping by electronic or hard copy at the approved frequency. Records consist of the VOL stored, the period of storage, and the maximum true vapor pressure of that VOL during the respective storage period. Keep copies of all records for at least two years. Subpart Kb. [40 CFR 60.116b(c)] |
| 84 | [LAC 33:III.2103.B] | Equip with a submerged fill pipe. |
| 85 | [LAC 33:III.2103.C] | Equip with an internal floating roof consisting of a pontoon type roof, double deck roof, or internal floating cover which rests or floats on the surface of the liquid contents and is equipped with a closure seal to close the space between the roof edge and tank wall. Ensure that all tank gauging and sampling devices are gas-tight except when gauging or sampling is taking place. |
| 86 | [LAC 33:III.2103.H.3] | Determine VOC maximum true vapor pressure using the methods in LAC 33:III.2103.H.3.a-e. |
| 87 | [LAC 33:III.2103.I] | Equipment/operational data recordkeeping by electronic or hard copy at the regulation's specified frequency. Keep records of the information specified in LAC 33:III.2103.I.1 through I.7, as applicable. Maintain records for at least two years. |
| 88 | [LAC 33:III.509] | Shall be equipped with internal floating roof with white or light grey exterior paint and conduct proper maintenance and inspections as BACT for VOC. |

## SPECIFIC REQUIREMENTS

AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project

Activity Number:  PER20210001

Permit Number:  0560-00997-V0

Air - Title V Regular Permit Initial

### FUG 0001  FUG - Fugitive Emissions

| | | |
|---|---|---|
| 89 | [LAC 33:III.2111] | Equip all rotary pumps and compressors handling volatile organic compounds having a true vapor pressure of 1.5 psia or greater at handling conditions with mechanical seals or other equivalent equipment. |
| 90 | [LAC 33:III.509] | Shall comply with the following requirements as BACT: a) appropriate component selection, design, and installation; b) utilizing proper piping design; c) equipping all rotary pumps and compressors handling volatile organic compounds having a true vapor pressure of 1.5 psia or greater at handling conditions with mechanical seals or other equivalent equipment; and d) implementing an LDAR that entails quarterly monitoring of accessible compressors, pumps, and valves containing more than ten percent by weight (10 wt%) of VOC or methane using Method 21 of 40 CFR 60, Appendix A.  If the instrument reading exceeds 10,000 ppm, the component shall be repaired within 15 days.  If the repair would require a unit shutdown, then the repair may be delayed until the next scheduled shutdown. |

### GRP 0001  FLR CAP - Flare Cap

Group Members: EQT 0007 EQT 0008 EQT 0009

| | | |
|---|---|---|
| 91 | [LAC 33:III.1105] | Opacity <= 20 percent, except for a combined total of six hours in any 10 consecutive day period, for burning in connection with pressure valve releases for control over process upsets.  Determine opacity by using Method 9 of 40 CFR Part 60, Appendix A or by using a continuous opacity monitoring system (COMS) meeting the requirements outlined in 40 CFR 60.13(c) and (d).<br>Which Months: All Year    Statistical Basis: None specified |
| 92 | [LAC 33:III.1105] | Submit notification:  Due to SPOC as soon as possible after the start of burning of pressure valve releases for control over process upsets.  Notify in accordance with LAC 33:I.3923.  Notification is required only if the upset cannot be controlled in six hours. |
| 93 | [LAC 33:III.1311.C] | Opacity <= 20 percent, except for emissions that have an average opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes.<br>Which Months: All Year    Statistical Basis: Six-minute average |
| 94 | [LAC 33:III.501.C.6] | Permittee shall not send the vent gas to the Spare Flare when both the wet and dry flares are in operation (receiving vent gas). |
| 95 | [LAC 33:III.509] | Shall utilize good combustion practices and work practices listed in 40 CFR 60.18, facility fuel gas for pilots and purge, flare gas recovery system, and burner optimization as BACT. |

### GRP 0002  THOX CAP - Thermal Oxidizer Cap

Group Members: EQT 0011 EQT 0012

| | | |
|---|---|---|
| 96 | [LAC 33:III.1101.B] | Opacity <= 20 percent, except for emissions that have an average opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes.  Determine opacity by using Method 9 of 40 CFR Part 60, Appendix A or by using a continuous opacity monitoring system (COMS) meeting the requirements outlined in 40 CFR 60.13(c) and (d).<br>Which Months: All Year    Statistical Basis: None specified |
| 97 | [LAC 33:III.1311.C] | Opacity <= 20 percent, except for emissions that have an average opacity in excess of 20 percent for not more than one six-minute period in any 60 consecutive minutes.<br>Which Months: All Year    Statistical Basis: Six-minute average |

TPOR0147

## SPECIFIC REQUIREMENTS

AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project

Activity Number:  PER20210001

Permit Number:  0560-00997-V0

Air - Title V Regular Permit Initial

<u>GRP 0002</u>  **THOX CAP - Thermal Oxidizer Cap**

| | | |
|---|---|---|
| 98 | [LAC 33:III.1513.C] | Equipment/operational data recordkeeping by electronic or hard copy once initially and annually.  Record and retain at the site sufficient data to show annual potential sulfur dioxide emissions. |
| 99 | [LAC 33:III.501.C.6] | Total heat input to two thermal oxidizers shall be limited to no more than 65.4 MM BTU/hr. |
| 100 | [LAC 33:III.507.H.1.a] | Total heat input to the thermal oxidizers shall be monitored and recorded continuously.  These records shall be maintained on site for five years and available for LDEQ inspection. |
| 101 | [LAC 33:III.509] | Shall comply with the following BACT: |

PM10/PM2.5: Utilize good combustion practices to limit PM10/PM2.5 <= 0.00745 lb/MM BTU.

SO2: Utilize H2S scavenger in combination with good combustion practices.

NOx: Utilize Low NOx burners in combination with clean fuel and good combustion practices to limit NOx <= 0.049 lb/MM BTU.

CO and VOC: Utilize good combustion practices to limit CO <= 0.0824 lb/MM BTU and hydrocarbons => 99.9% DRE.

<u>UNF 0001</u>  **AI-221642 - Commonwealth LNG**

| | | |
|---|---|---|
| 102 | [40 CFR 60.] | All affected facilities shall comply with all applicable provisions in 40 CFR 60 Subpart A. |
| 103 | [40 CFR 82.Subpart F] | Comply with the standards for recycling and emissions reduction pursuant to 40 CFR Part 82, Subpart F, except as provided for Motor Vehicle Air Conditioners (MVACs) in Subpart B. |
| 104 | [LAC 33:III.1103] | Emissions of smoke which pass onto or across a public road and create a traffic hazard by impairment of visibility as defined in LAC 33:III.111 or intensifies an existing traffic hazard condition are prohibited. |
| 105 | [LAC 33:III.1303.B] | Emissions of particulate matter which pass onto or across a public road and create a traffic hazard by impairment of visibility or intensify an existing traffic hazard condition are prohibited. |
| 106 | [LAC 33:III.2113.A] | Maintain best practical housekeeping and maintenance practices at the highest possible standards to reduce the quantity of organic compounds emissions.  Good housekeeping includes, but is not limited to, the practices listed in LAC 33:III.2113.A.1 through A.5. |
| 107 | [LAC 33:III.219] | Failure to pay the prescribed application fee or annual fee as provided herein, within 90 days after the due date, will constitute a violation of these regulations and shall subject the person to applicable enforcement actions under the Louisiana Environmental Quality Act including, but not limited to, revocation or suspension of the applicable permit, license, registration, or variance. |
| 108 | [LAC 33:III.509] | Comply with the requirements of PSD-LA-841.  This permit includes provisions of the Prevention of Significant Deterioration (PSD) review from Permit PSD-LA-841. |
| 109 | [LAC 33:III.509] | Demonstration of compliance with good combustion practices requires monitoring flue gas oxygen content, combustion air flow, fuel consumption, flue gas temperature, and any additional parameters as recommended by the manufacturer.  These parameters shall be maintained within the operating range demonstrated to maintain compliance with applicable emission limitations based on the most recent performance test, or where performance testing has not been performed, within the manufacturer's recommended operating guidelines. |
| 110 | [LAC 33:III.509] | Shall comply with the following as BACT for GHG:  Utilize thermally efficient equipment, low carbon fuels, and good combustion practices; recover exhaust heat from the refrigeration turbines; and limit operations of the hot oil heater and emergency engines. |
| 111 | [LAC 33:III.5107.A.2] | Include a certification statement with the annual emission report and revisions to any emission report that attests that the information contained in the emission report is true, accurate, and complete, and that is signed by a responsible official, as defined in LAC 33:III.502.  Include the full name of the responsible official, title, signature, date of signature, and phone number of the responsible official. |

TPOR0147

## SPECIFIC REQUIREMENTS

AI ID: 221642 - Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project
Activity Number:  PER20210001
Permit Number:  0560-00997-V0
Air - Title V Regular Permit Initial

### UNF 0001   AI-221642 - Commonwealth LNG

| | | |
|---|---|---|
| 112 | [LAC 33:III.5107.A] | Submit Annual Emissions Report: Due annually, by the 30th of April unless otherwise directed by DEQ, to the Office of Environmental Services in a format specified by DEQ.  Identify the quantity of emissions in the previous calendar year for any toxic air pollutant listed in Table 51.1 or Table 51.3. |
| 113 | [LAC 33:III.5107.B.1] | Submit notification:  Due to the Department of Public Safety 24-hour Louisiana Emergency Hazardous Materials Hotline in accordance with LAC 33:I.3915.A, after any discharge of a toxic air pollutant into the atmosphere that results or threatens to result in an emergency condition, as defined in LAC 33:I.3905.A. |
| 114 | [LAC 33:III.5107.B.2] | Submit notification:  Due to SPOC, except as provided in LAC 33:III.5107.B.4, immediately, but in no case later than 24 hours after any unauthorized discharge of a toxic air pollutant into the atmosphere that does not cause an emergency condition, the rate or quantity of which is in excess of that allowed by permit, compliance schedule, or variance, or for upset events that exceed the reportable quantity in LAC 33:I.3931.  Submit notification in the manner provided in LAC 33:I.3923. |
| 115 | [LAC 33:III.5107.B.3] | Submit written report:  Due by certified mail to SPOC within seven calendar days of learning of any such discharge or equipment bypass as referred to in LAC 33:III.5107.B.1 and B.2.  Include the information specified in LAC 33:III.5107.B.3.a.i through B.3.a.viii. |
| 116 | [LAC 33:III.5109.C.2] | Develop a standard operating procedure (SOP) within 120 days after achieving or demonstrating compliance with the standards specified in LAC 33:III.Chapter 51.  Detail in the SOP all operating procedures or parameters established to ensure that compliance with the applicable standards is maintained and address operating procedures for any monitoring system in place, specifying procedures to ensure compliance with LAC 33:III.5113.C.5.  Make a written copy of the SOP available on site or at an alternate approved location for inspection by DEQ.  Provide a copy of the SOP within 30 days upon request by DEQ. |
| 117 | [LAC 33:III.535] | Comply with the Part 70 General Conditions as set forth in LAC 33:III.535 and the Louisiana General Conditions as set forth in LAC 33:III.537.  [LAC 33:III.535, LAC 33:III.537] |
| 118 | [LAC 33:III.5609.A.1.b] | Activate the preplanned abatement strategy listed in LAC 33:III.5611.Table 5 when DEQ declares an Air Pollution Alert. |
| 119 | [LAC 33:III.5609.A.2.b] | Activate the preplanned strategy listed in LAC 33:III.5611.Table 6 when DEQ declares an Air Pollution Warning. |
| 120 | [LAC 33:III.5609.A.3.b] | Activate the preplanned abatement strategy listed in LAC 33:III.5611.Table 7 when DEQ declares an Air Pollution Emergency. |
| 121 | [LAC 33:III.5609.A] | Prepare standby plans for the reduction of emissions during periods of Air Pollution Alert, Air Pollution Warning and Air Pollution Emergency.  Design standby plans to reduce or eliminate emissions in accordance with the objectives as set forth in LAC 33:III.5611.Tables 5, 6, and 7. |
| 122 | [LAC 33:III.919] | Submit Emission Inventory (EI)/Annual Emissions Statement : Due annually, by the 30th of April to the Office of Environmental Assessment, for the reporting period of the previous calendar year that coincides with period of ownership or operatorship, until released from reporting, in writing, by DEQ.  Submit both an emissions inventory and the certification statement required by LAC 33:III.919.F.1.c, separately for each AI, in a format specified by DEQ. |

TPOR0147

Case: 23-60234    Document: 1-1    Page: 45    Date Filed: 05/01/2023

## General Information

### AI ID: 221642 Commonwealth LNG LLC - Commonwealth LNG & Pipeline Project
### Activity Number: PER20210001
### Permit Number: 0560-00997-V0
### Air - Title V Regular Permit Initial

| Also Known As: | ID | Name | | User Group | Start Date |
|---|---|---|---|---|---|
| | 0560-00997 | CDS # | | CDS Number | 04-29-2021 |
| | P20190900 | DNR CUP number | | DNR CUP number | 02-27-2020 |
| | MVN-2018-00250-WLL | USACOE number | | USACOE number | 02-27-2020 |
| | 200227-01 | Water Certification | | Water Certification | 02-27-2020 |

**Physical Location:** 500 Gulf Beach Hwy
Cameron, LA 70631

**Mailing Address:** One Riverway Ste 500
Houston, TX 77056

**Location of Front Gate:** 29.770511 latitude, -93.352731 longitude, Coordinate Method: Lat.\Long. - DMS, Coordinate Datum: NAD83

| Related People: | Name | Mailing Address | Phone (Type) | Relationship |
|---|---|---|---|---|
| | Jim LeBlanc | 8550 Unitled Plaza Blvd, Ste 502  Baton Rouge, LA 70809 | jleblanc@trccompan | Agent of Service for |
| | Jim LeBlanc | 8550 Unitled Plaza Blvd, Ste 502  Baton Rouge, LA 70809 | 2252160732 (WF) | Agent of Service for |
| | Jim LeBlanc | 8550 Unitled Plaza Blvd, Ste 502  Baton Rouge, LA 70809 | 2257268340 (WP) | Agent of Service for |
| | Hans Verswjiver | One Riverway, Ste 500  Houston, TX 77056 | 3463524443 (WP) | Responsible Official for |
| | Hans Verswjiver | One Riverway, Ste 500  Houston, TX 77056 | 3463524443 (WP) | Water Certification Contact for |

| Related Organizations: | Name | Address | Phone (Type) | Relationship |
|---|---|---|---|---|
| | Commonwealth LNG LLC | One Riverway, Ste 500  Houston, TX 77056 | 3463524443 (WP) | Operates |
| | TRC Environmental | 8550 Two United Plaza Blvd Ste 502  Baton Rouge, LA 70809 | 2252160732 (WF) | Provides environmental services for |
| | TRC Environmental | 8550 Two United Plaza Blvd Ste 502  Baton Rouge, LA 70809 | 2257268340 (WP) | Provides environmental services for |

**Note: This report entitled "General Information" contains a summary of facility-level information contained in LDEQ's TEMPO database for this facility and is not considered a part of the permit. Please review the information contained in this document for accuracy and completeness. If any changes are required or if you have questions regarding this document, you may email your changes to facupdate@la.gov.**

TPOR0148

**AIR PERMIT ROUTING/APPROVAL SLIP-Permits**

| AI No. | 221642 | Company | Commonwealth LNG, LLC | Date Received | |
|---|---|---|---|---|---|
| Activity No. | PER20210002 | Facility | Commonwealth LNG Facility | Permit Type | |
| CDS No. | | Permit No. | PSD-LA-841 | Expedited | ☒ yes ☐ no |

| 1. Technical Review | Approved | Date rec'd | Date FW | Comments |
|---|---|---|---|---|
| Permit Writer | Dan | | 10/13/21 | |
| Air Quality / Modeling | Umo | | 10/14/21 OK | |
| Toxics | | | | |
| PSD/NNSR | | | | |
| Technical Advisor | | | | |
| Supervisor | | | | |
| Other | | | | |
| **2. Management Review   (if PN req'd)** | **Approved** | **Date rec'd** | **Date FW** | **Comments** |
| Supervisor | | | | |
| Manager | QMY | | 10/16/21 | |
| Administrator | BOJ | | 12/13/21 as noted | |
| Assistant Secretary (PN) | | | | Public hearing    ☒ yes ☐ no |
| **3. Response to Comments  (if PN req'd)** | **Approved** | **Date rec'd** | **Date FW** | **Comments** |
| Supervisor | | | | |
| Manager | | | | |
| Administrator | BOJ | | 3/28/23 | |
| Legal (BFD) | | | | |
| **4. Final Approval** | **Approved** | **Date rec'd** | **Date FW** | **Comments** |
| Supervisor | | | | |
| Manager | | | | |
| Administrator | BOJ | | 3/28/23 | |
| Assistant Secretary | B~ | | 3/28/23 | |

| 1. Technical Review | | | | | |
|---|---|---|---|---|---|
| PN of App needed | ☒ yes ☐ no | Date of PN of App | | Newspaper | |
| Fee paid | ☒ yes ☐ no | | | | |
| NSPS applies | ☒ yes ☐ no | PSD/NNSR applies | ☒ yes ☐ no | NESHAP applies | ☒ yes ☐ no |

| 2. Post-Technical Review | | | | | |
|---|---|---|---|---|---|
| Company technical review | ☒ yes ☐ no ☐ n/a | E-mail date | 9/23/21 | Remarks received | ☒ yes ☐ no |
| Surveillance technical review | ☐ yes ☐ no ☐ n/a | E-mail date | | Remarks received | ☐ yes ☐ no |

| 3. Public Notice | | |
|---|---|---|
| Public Notice Required | ☒ yes ☐ no | |
| Library | | |
| LDEQ Website | PN Date | 2/1/22 |
| Company notification e-mail sent | Date e-mailed | 1/31/22 |
| EPA PN notification e-mail sent | Date e-mailed | 1/31/22 |
| OES PN mailout | Date mailed | 2/1/22 |

| 4. Final Review | | | | |
|---|---|---|---|---|
| Public comments received | ☒ yes ☐ no | EPA comments rec'd | ☐ yes ☒ no | |
| Company comments received | ☐ yes ☒ no | PN info entered into Permit Sec VI | ☒ yes ☐ no | |
| Comments | | | | |

form_7193_r04
11/7/2017



**JOHN BEL EDWARDS**
GOVERNOR

**CHUCK CARR BROWN, PH.D.**
SECRETARY

## State of Louisiana
### DEPARTMENT OF ENVIRONMENTAL QUALITY
### ENVIRONMENTAL SERVICES

Certified Mail No. 7022 3330 0000 8660 5212

Agency Interest (AI) No. 221642
Activity No. PER20210002

Mr. Hans Verswijver
Commonwealth LNG, LLC
One Riverway, Suite 500
Houston, TX 77056

RE: Prevention of Significant Deterioration (PSD) Permit, PSD-LA-841
Commonwealth LNG, Commonwealth LNG, LLC
Cameron, Cameron Parish, Louisiana

Dear Mr. Verswijver:

Enclosed is your permit, PSD-LA-841. Construction of the proposed facility is not allowed until such time as the corresponding Part 70 operating permit is issued.

Please be advised that pursuant to provisions of the Environmental Quality Act and the Administrative Procedure Act, the Department may initiate review of a permit during its term. However, before it takes any action to modify, suspend or revoke a permit, the Department shall, in accordance with applicable statutes and regulations, notify the permittee by mail of the facts or operational conduct that warrant the intended action and provide the permittee with the opportunity to demonstrate compliance with all lawful requirements for the retention of the effective permit.

Should you have any questions, contact Dan Nguyen of the Air Permits Division at (225) 219-3395.

Sincerely,

Bliss M. Higgins
Assistant Secretary

March 28, 2023
Date

BMH: DCN
c:  U.S. EPA Region VI

Agency Interest No. 221642

PSD-LA-841

### AUTHORIZATION TO CONSTRUCT AND OPERATE
### A MAJOR STATIONARY SOURCE PURSUANT TO
### THE PREVENTION OF SIGNIFICANT DETERIORATION REGULATIONS
### IN THE LOUISIANA ENVIRONMENTAL REGULATORY CODE, LAC 33:III.509

In accordance with the provisions of the Louisiana Environmental Regulatory Code, LAC 33:III.509,

Commonwealth LNG, LLC
One Riverway, Suite 500
Houston, TX 77056

is authorized to construct and operate Commonwealth LNG located at

500 Gulf Beach Highway
Cameron, Louisiana 70631

subject to the emission limitations, monitoring requirements, and other conditions set forth herein.

This permit and authorization to construct shall expire at midnight on _September 28_, 2024, unless physical on site construction has begun by such date, or binding agreements or contractual obligations to undertake a program of construction of the source are entered into by such date.

Signed this __28th__ day of __March__, 2023.

Bliss M. Higgins
Assistant Secretary

Office of Environmental Services
Louisiana Department of Environmental Quality

## BRIEFING SHEET

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841**

I.     **APPLICANT**

| | |
|---|---|
| Applicant: | Commonwealth LNG, LLC |
| | One Riverway, Suite 500 |
| | Houston, TX  77056 |
| Facility: | Commonwealth LNG |
| SIC Code: | 4925 |

II.    **LOCATION**

The proposed facility will be located at 500 Gulf Beach Highway in Cameron, Cameron Parish, Louisiana.

III.   **REVIEWING AGENCY**

Louisiana Department of Environmental Quality (LDEQ)
Office of Environmental Services/Air Permits Division
P.O. Box 4313
Baton Rouge, Louisiana 70821-4313

IV.    **PURPOSE**

Commonwealth LNG, LLC (Commonwealth) has applied for a PSD permit for the proposed Commonwealth LNG facility.

V.     **PROJECT DESCRIPTION**

Commonwealth LNG will consists of six natural gas liquefaction trains and appurtenant facilities. Each train will have a liquefaction design capacity of approximately 65.1 billion cubic feet (Bcf) of natural gas per year.  Equipment at the facility will include refrigeration turbines, generator turbines, flares, thermal oxidizers, firewater pump engines, storage tanks, a heater, and an emergency generator engine.

VI.    **APPLICABILITY AND REGULATED POLLUTANTS**

The requirements of LAC 33:III.509 (Prevention of Significant Deterioration) apply to the construction of a major stationary source. Commonwealth LNG will be a major stationary source as defined in LAC 33:III.509.B, as it is a "stationary source that emits, or has the potential to emit, 250 tons per year or more of any air pollutant (except for GHGs)."

BRIEFING SHEET

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841**

Emissions from the proposed Commonwealth LNG facility, in tons per year, are as follows:

| Pollutant | Emissions | PSD Significance Level | PSD Review? |
|---|---|---|---|
| Particulate Matter - $PM_{10}$ | 223.93 | 15 | Yes |
| Particulate Matter - $PM_{2.5}$ | 223.93 | 10 | Yes |
| Sulfur Dioxide - $SO_2$ | 63.25 | 40 | Yes |
| Nitrogen Oxides - $NO_X$ | 375.63 | 40 | Yes |
| Carbon Monoxide - CO | 917.40 | 100 | Yes |
| Volatile Organic Compounds - VOC | 151.91 | 40 | Yes |
| Greenhouse Gas - $CO_2e$ | 3,546,686 | 75,000 | Yes |

## VII.  PRELIMINARY DETERMINATION

LAC 33:III.509.Q.2.a requires LDEQ to "make a preliminary determination whether construction should be approved, approved with conditions, or disapproved." Based on the findings set forth in the Preliminary Determination Summary, the Office of Environmental Services has made a preliminary determination to approve construction of Commonwealth LNG located in Cameron, Cameron Parish, Louisiana, subject to the maximum allowable emissions rates and specific conditions established herein.

## VIII.  PROCESSING TIME

| | |
|---|---|
| Application Dated: | April 23, 2021 |
| Additional Information: | April 30, May 17, June 1, August 17, August 18, October 11, and November 19, 2021 |

Effective Completeness Date: September 20, 2021

## IX.  PUBLIC NOTICE

In accordance with LAC 33:III.509.Q.2.c, a notice requesting public comment on the proposed permit was published on the department's website on February 1, 2022. On February 1, 2022, copies of the public notice were mailed to the individuals who have requested to be placed on the mailing list maintained by the Office of Environmental Services (OES). The proposed permit was submitted to EPA on January 31, 2022. A public hearing was held on March 17, 2022 at 148 Smith Circle, Cameron, LA 70631. Comments received during the comment period and at the hearing were considered prior to the permit decision.

3

## PRELIMINARY DETERMINATION SUMMARY

### Commonwealth LNG
### Commonwealth LNG, LLC
### Cameron, Cameron Parish, Louisiana
### PSD-LA-841 – September 20, 2021

### PSD REQUIREMENTS

This Preliminary Determination Summary summarizes the results of the reviews and analyses required by LAC 33:III.509.  PSD requirements are outlined below.

A.    Control Technology Review [LAC 33:III.509.J]

    1.    Best Available Control Technology (BACT)
    2.    Collateral Environmental Impacts

B.    Air Quality Analysis [LAC 33:III.509.M]

    1.    Preconstruction Monitoring
    2.    Background Concentrations

C.    Source Impact Analysis [LAC 33:III.509.K]

    1.    Preliminary Screening
    2.    National Ambient Air Quality Standards
    3.    PSD Increments [LAC 33:III.509.C]
    4.    Secondary $PM_{2.5}$ Formation

D.    Additional Impact Analyses [LAC 33:III.509.O]

    Visibility
    Soils and Vegetation
    Commercial, Residential, Industrial, and Other Growth

E.    Additional Requirements for Sources Impacting Class I Areas [LAC 33:III.509.P]

In the event of a discrepancy in the provisions found in the application and those in this Preliminary Determination Summary, the Preliminary Determination Summary shall prevail.

**PRELIMINARY DETERMINATION SUMMARY**

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

A.    **CONTROL TECHNOLOGY REVIEW**

   A.1    **Best Available Control Technology**

Per LAC 33:III.509.J.2, a major stationary source shall apply best available control technology (BACT) for each regulated NSR pollutant that it would have the potential to emit in significant amounts.

Consistent with EPA guidance, LDEQ utilizes the "top-down" approach to determine BACT.[1] This approach involves determining the most stringent control technique available for a similar or identical source. If it can be shown that this level of control is infeasible based on technical considerations or adverse energy, environmental, or economic impacts, it is rejected, and the next most stringent level of control is determined and similarly evaluated. This process continues until a control level is arrived at which cannot be eliminated due to technical difficulties or environmental, energy, or economic impacts. However, BACT may not result in emissions of any pollutant that would exceed an applicable standard under 40 CFR Part 60, 61, or 63. The five steps in the top-down process are described below.[2]

*Step 1*

The first step in a "top-down" analysis is to identify all "available" control options. Available control options are those air pollution control technologies or techniques with a practical potential for application to the emissions unit and the regulated pollutant under evaluation.

*Step 2*

In the second step, the technical feasibility of each control option identified in step 1 is evaluated with respect to source-specific (or emissions unit-specific) factors. Technically infeasible control options are then eliminated from further consideration.

*Step 3*

In step 3, all control alternatives not eliminated in step 2 are ranked in order of overall control effectiveness for the pollutant under review, with the most effective control

---

[1] Note that it remains EPA's *policy* to use the top-down process to determine BACT. According to EPA's "PSD and Title V Permitting Guidance for Greenhouse Gases":

> EPA has not established the top-down BACT process as a binding requirement through rule. Thus, permitting authorities that implement an EPA-approved PSD permitting program contained in their State Implementation Plans (SIPs) may use another process for determining BACT in permits they issue … so long as that process (and each BACT determination made through that process) complies with the relevant statutory and regulatory requirements. (p. 19, internal citations omitted).

[2] Where the top-down process does not provide meaningful information (e.g., if there is only one available control option), LDEQ may not summarize each of the five steps.

PRELIMINARY DETERMINATION SUMMARY

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

alternative at the top. An applicant proposing the top control alternative need not provide cost and other detailed information in regard to other control options.[3]

*Step 4*

Next, the energy, environmental, and economic impacts of the available and technically feasible control options are considered. Impacts influencing LDEQ's BACT determination are addressed in this Preliminary Determination Summary; those which do not result in the elimination of a control option are detailed in the permit application.

*Step 5*

The most effective control option not eliminated in step 4 is selected as BACT.

---

[3] "New Source Review Workshop Manual" (draft), October 1990 (p. B.8)

## PRELIMINARY DETERMINATION SUMMARY

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

### SECTION 1.a – BACT for $PM_{10}/PM_{2.5}$ Emissions from Gas Turbines (EQT0001 – EQT0006 and EQT0013 – EQT0015)

#### Step 1 – Identify Potential Control Technologies

1. Use of Gaseous Fuels with a Low Sulfur Content

2. Good Combustion Practices

3. Post-Combustion Controls

Use of Gaseous Fuels with a Low Sulfur Content

Gaseous fuels with a low sulfur content, such as pipeline quality natural gas, are known to burn very cleanly. Use of natural gas as fuel is generally considered to result in the lowest $PM_{10}$ and $PM_{2.5}$ emission rates achievable.

Good Combustion Practices

PM emissions can be minimized using good combustion practices such as good equipment design, use of gaseous fuels for good mixing, and proper combustion techniques such as maintaining the optimum air/fuel ratio. Effective combustion controls diminish the likelihood of fuel-rich conditions that may promote soot formation.

Post-Combustion Controls

Post-combustion controls include cloth filters, cyclones, and electrostatic precipitators.

#### Step 2 – Eliminate Technically Infeasible Options

Use of Gaseous Fuels with a Low Sulfur Content: Feasible

Good Combustion Practices: Feasible

Post-Combustion Controls: Infeasible. Post-combustion controls are used for medium and low gas flow streams with high particulate concentrations. Due to the high volumetric flow rates and low particulate concentrations in the exhaust streams of the combustion units, post-combustion controls are technically infeasible.

#### Step 3 – Rank Remaining Control Technologies by Control Effectiveness

(NA)

#### Step 4 – Evaluate Most Effective Controls

(NA)

#### Step 5 – Select BACT

Low sulfur fuels and good combustion practices to limit $PM_{10}/PM_{2.5}$ to <= 0.0183 lb/MM BTU are BACT.

7

## PRELIMINARY DETERMINATION SUMMARY

### Commonwealth LNG
### Commonwealth LNG, LLC
### Cameron, Cameron Parish, Louisiana
### PSD-LA-841 – September 20, 2021

### SECTION 1.b – BACT for SO₂ Emissions from Gas Turbines (EQT0001 – EQT0006 and EQT0013 – EQT0015)

#### Step 1 – Identify All Control Technologies

1. Flue Gas Desulfurization (FGD)

2. Use of Low Sulfur Fuels

3. Good Combustion Practices (GCP)

Flue Gas Desulfurization

FGD is a post-combustion control technique, which removes $SO_2$ by adsorption or absorption using compounds such as lime, limestone/fly-ash, sodium carbonate, or magnesium oxide. $SO_2$ removal can be accomplished by wet scrubbing, semi-dry systems (i.e., spray drying), or dry sorbent injection methods.

Use of Low Sulfur Fuels

The use of low sulfur fuels can also serve to minimize $SO_2$ emissions.

Good Combustion Practices

Utilization of source and industry accepted best management practices (BMP) is an accepted method for administratively managing the emissions from combustion sources. BMPs should address procedures to maintain the highest combustion efficiency to ensure the lowest emissions of pollutants.

#### Step 2 – Eliminate Technically Infeasible Options

Flue Gas Desulfurization: Infeasible. In order for FGD to be feasible, the inlet $SO_2$ concentration must be in the range of 300 to 400 ppmvd. The $SO_2$ concentration in the flue gas of the combustion units listed above is anticipated to be approximately 10 to 20 ppmvd. Therefore, FGD has been eliminated from further consideration.

Use of Low Sulfur Fuels: Feasible

Good Combustion Practices: Feasible

#### Step 3 – Rank Remaining Control Technologies by Control Effectiveness

(NA)

#### Step 4 – Evaluate Most Effective Controls

(NA)

#### Step 5 – Select BACT

Use of low sulfur fuels in combination with GCP is selected as BACT to limit $SO_2$ emissions to <= 0.0134 lb/MM BTU.

8

## PRELIMINARY DETERMINATION SUMMARY

### Commonwealth LNG
### Commonwealth LNG, LLC
### Cameron, Cameron Parish, Louisiana
### PSD-LA-841 – September 20, 2021

## SECTION 1.c – BACT for NOx Emissions from Gas Turbines
## (EQT0001 – EQT0006 and EQT0013 – EQT0015)

### Step 1 – Identify All Control Technologies

Control strategies that could potentially be employed to control $NO_X$ emissions from gas
turbines include:

1. Selective Catalytic Reduction (SCR)

2. Water Injection (WI)

3. Dry Low NOx (DLN) Combustors

4. Clean Fuel / Good Combustion Practices (CF/GCP)

5. EMx

Selective Catalytic Reduction (SCR)

SCR units use ammonia ($NH_3$) to selectively reduce $NO_X$ to nitrogen and water. The
ammonia, usually diluted with air or steam, is injected through a grid system into the flue
gas stream upstream of a catalyst bed. On the catalyst surface, the ammonia reacts with
$NO_X$ to form molecular nitrogen and water. In order to carry out the catalytic reduction
process, the gas stream and the catalyst bed must generally be maintained between 480°F
and 800°F, though special catalyst may be employed for higher temperature applications.
Depending on system design, $NO_X$ removal rates of 60 to 90% are achievable. SCR can
be combined with low NOx burners (LNB) and flue gas recirculation (FGR).

Water Injection (WI)

WI increases thermal mass in the combustion chamber by dilution, thus lowering the peak
flame temperature in $NO_X$ forming regions. The reduction in flame temperature results in
lower $NO_X$ formation (60%). WI will decrease thermal efficiency of the turbines and
increase the turbine output. However, CO and VOC emissions will also increase.

Dry Low NOx (DLN) Combustors

DLN combustors employ a variety of principles, including lean premix, off-stoichiometric
(or staged) combustion (OSC), and flue gas recirculation (FGR). The objective in the
application is to minimize $NO_X$ formation while maintaining acceptable combustion of
carbon and hydrogen in the fuel. The technology is usually combined with the FGR
technique. The air/natural gas mixture fed to the combustion chambers is diluted with hot
flue gas to reduce $NO_X$ emissions via lowering flame temperature and suppressing partial
oxygen vapor pressure. Thirty percent of total flue gas can be recirculated to reduce $NO_X$
by as much as 75 percent. Continuous monitoring of oxygen in the flue gas provides
necessary data for automatic combustion controls. FGR will reduce the equipment
efficiency, and additional energy is required to recirculate the flue gas.

9

## PRELIMINARY DETERMINATION SUMMARY

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

Clean Fuel / Good Combustion Practices (CF/GCP)

Fuel gas has essentially no nitrogen-bound compounds. Therefore, fuel gas firing will not result in fuel NOx emissions. GCP include good equipment design, use of gaseous fuels (for good mixing), and proper combustion techniques such as optimizing the air-to-fuel ratio. While this control option is typically less efficient than other technologies, it has minimal environmental and energy impacts.

EMx (formerly SCONOx)

EMx is a $NO_X$ and CO control technology, which works by oxidizing NO to $NO_2$ and trapping the $NO_2$ molecules as nitrates or nitrites on a potassium carbonate catalyst bed. Carbon monoxide is also oxidized across the catalyst to $CO_2$. The catalyst bed must then be regenerated with a proprietary regenerative gas stream, producing water and diatomic nitrogen. $SCONO_X^{TM}$ operates best when treating gases that have a steady temperature, in the range of $280°F – 650°F$.

### Step 2 – Eliminate Technically Infeasible Options

Selective Catalytic Reduction (SCR): Feasible

Water Injection (WI): Feasible

Dry Low NOx (DLN): Feasible

Clean Fuel / Good Combustion Practices (CF/GCP): Feasible

EMx (formerly SCONOx): Infeasible. The technology was not widely used and has not been used for turbines greater than 43 MW. The last project using EMx was installed 17 years ago. Due to its mechanical complexity, uncertain availability, and dearth of acceptance in the marketplace, the technology is deemed technically infeasible.

### Step 3 – Rank Remaining Control Technologies by Control Effectiveness

| Hierarchy | Control Option | Emission Factor | Control Efficiency (%) |
|-----------|----------------|-----------------|------------------------|
| 1. | SCR | 2.5 ppmvd | 90 |
| 2. | DLN | 25 ppmvd | - |
| 3. | WI | - | - |
| 4. | CF/GCP | - | - |

### Step 4 – Evaluate Most Effective Controls

(NA)

### Step 5 – Select BACT

The combination of CF/GCP, DLN, and SCR is selected as BACT to limit NOx emissions to no more than 2.5 ppmvd (@15% $O_2$).

**PRELIMINARY DETERMINATION SUMMARY**

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

**SECTION 1.d – BACT for CO and VOC Emissions from Gas Turbines**
**(EQT0001 – EQT0006 and EQT0013 – EQT0015)**

**Step 1 – Identify All Control Technologies**

Control strategies that could potentially be employed to control CO and VOC emissions from gas turbines listed above include:

1. Catalytic Oxidation

2. Clean Fuels / Good Combustion Practices (CF/GCP)

Catalytic Oxidation

Catalytic oxidizers, also known as catalytic incinerators, are oxidation systems (similar to thermal oxidizers) that control CO and VOC emissions. Catalytic oxidizers use a catalyst to promote the oxidation of CO and VOC to carbon dioxide ($CO_2$) and water. The catalyst allows oxidation to occur at lower temperatures ($600°F - 800°F$) than with thermal oxidation.

Clean Fuels / Good Combustion Practices (CF/GCP)

Fuel gas has essentially no nitrogen-bound compounds. Therefore, fuel gas firing will not result in fuel NOx emissions. GCP include good equipment design, use of gaseous fuels (for good mixing), and proper combustion techniques such as optimizing the air-to-fuel ratio. While this control option is typically less efficient than other technologies, it has minimal environmental and energy impacts.

**Step 2 – Eliminate Technically Infeasible Options**

Catalytic Oxidation: Feasible

Clean Fuels / Good Combustion Practices (CF/GCP): Feasible

**Step 3 – Rank Remaining Control Technologies by Control Effectiveness**

| Hierarchy | Control Option | Pollutant | Emission Factor | Control Efficiency (%) |
|---|---|---|---|---|
| 1. | Catalytic Oxidation | CO | 1.7 ppmvd | 90 |
| | | VOC | 3.0 ppmvd | 40 |
| 2. | Clean Fuels / | CO | 17 ppmvd | – |
| | Good Combustion Practices | VOC | 5 ppmvd | – |

**Step 4 – Evaluate Most Effective Controls**

(NA)

**Step 5 – Select BACT**

The combination of CF/GCP and Catalytic Oxidation is selected as BACT to limit CO emissions to no more than 1.7 ppmvd (@15% $O_2$) and VOC to no more than 3.0 ppmvd (as methane @15% $O_2$).

11

## PRELIMINARY DETERMINATION SUMMARY

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

### SECTION 2 – BACT for Emissions from Flares (EQT0007 – EQT0010)

### Step 1 – Identify Potential Control Technologies

1. Flare Gas Recovery

2. Burner Optimization

3. Good Combustion Practices (GCP)

4. Use of Facility Fuel Gas for Pilots and Purge

5. Air- or Steam-Assisted Flare

Flare Gas Recovery is the process of recovering the waste gases that would normally be flared so they can be used as fuel gas elsewhere in the facility. Boil off gas (BOG) from vessels will be used as fuel or re-liquefied instead of being flared.

Burner Optimization is achieved by modifying flare operating conditions, controlling excess air, and tuning and balancing the fuel and air flow to the combustion zone.

Good Combustion Practices: Pollutant emissions can be minimized by implementing GCP, which typically include maintaining the proper temperature, excess air, and residence time in the flare combustion zone. Pollutant emissions can be minimized by adopting work practices listed in 40 CFR 60.18(b) through (f).

Use of facility fuel gas for pilots and purge: Facility fuel gas is readily available to fire the pilots and purge. The fuel gas contains trace amounts of sulfur.

Air- or Steam-Assisted flares: Steam or air is injected into the incineration zone of a flare to provide sufficient combustion air, a good blend of air and fuel, and enough turbulence for smoke free incineration. Sufficient quantity and quality of steam must be available to utilize steam assistance.

### Step 2 – Eliminate Technically Infeasible Options

Flare Gas Recovery: Feasible

Burner Optimization: Feasible.

Good Combustion Practices: Feasible.

Use of facility fuel gas for pilots and purge: Feasible.

Air- or steam-assisted flare: Infeasible. Air injection is not typical for a large flare. It is not practicable to maintain a sufficient supply of steam for use in the event of an upset condition requiring use of the flares.

12

**PRELIMINARY DETERMINATION SUMMARY**

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

### Step 3 – Rank Remaining Technically Feasible Control Options

1.    Flare Gas Recovery

2.    Burner Optimization

3.    Good Combustion Practices (GCP)

4.    Use of Facility Fuel Gas for Pilots and Purge

### Step 4 – Evaluate Remaining Control Technologies

Commonwealth LNG has proposed to implement all technically feasible options to control emissions from the flares. No negative energy, environmental, or economic impacts have been noted.

### Step 5 – Selection of BACT

BACT for emissions from the flares is selected as using GCP (including the work practices listed in 40 CFR 60.18), burner optimization, use of facility fuel gas for pilots and purge, and flare gas recovery.

## PRELIMINARY DETERMINATION SUMMARY

### Commonwealth LNG
### Commonwealth LNG, LLC
### Cameron, Cameron Parish, Louisiana
### PSD-LA-841 – September 20, 2021

## SECTION 3.a – BACT for $PM_{10}/PM_{2.5}$ Emissions from Thermal Oxidizers (EQT0011 and EQT0012)

$PM_{10}/PM_{2.5}$ emissions result from the incomplete oxidation of the hydrocarbon constituents of fuel gas and acid gas. Elevated $PM_{10}/PM_{2.5}$ emissions may result from poor mixing or improper maintenance.

### Step 1 – Identify Potential Control Technologies

Clean fuel / Good Combustion Practices (CF/GCP) include good equipment design, use of gaseous fuels (for good mixing), and proper combustion techniques such as optimizing the air-to-fuel ratio. While this control option is typically less efficient than other technologies, it has minimal environmental and energy impacts.

### Step 2 – Eliminate Technically Infeasible Options

Clean fuel / Good Combustion Practices (CF/GCP): Feasible.

### Step 3 – Rank Remaining Control Technologies by Control Effectiveness

(NA)

### Step 4 – Evaluate Most Effective Controls

(NA)
### Step 5 – Select BACT

CF/GCP is selected as BACT for $PM_{10}/PM_{2.5}$ emissions from Thermal Oxidizers.

14

PRELIMINARY DETERMINATION SUMMARY

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

## SECTION 3.b – BACT for SO₂ Emissions from Thermal Oxidizers (EQT0011 and EQT0012)

### Step 1 – Identify All Control Technologies

1. $H_2S$ Scavenger System

2. Clean Fuel / Good Combustion Practices (CF/GCP)

$H_2S$ scavenger will be used to remove sulfur compounds from the acid gas stream prior to its being combusted in the thermal oxidizers.

CF/GCP include use of low-sulfur fuel gas and maintaining and operating the thermal oxidizer and amine scavenger system in accordance with manufacturers' specifications.

### Step 2 – Eliminate Technically Infeasible Options

$H_2S$ Scavenger System:  Feasible.

Clean Fuel / Good Combustion Practices:  Feasible.

### Step 3 – Rank Remaining Control Technologies by Control Effectiveness

(NA)

### Step 4 – Evaluate Most Effective Controls

(NA)

### Step 5 – Select BACT

Pretreating the acid gas stream in the $H_2S$ scavenger system in combination with CF/GCP are selected as BACT for $SO_2$ emissions from the thermal oxidizers.

---

15

## PRELIMINARY DETERMINATION SUMMARY

### Commonwealth LNG
### Commonwealth LNG, LLC
### Cameron, Cameron Parish, Louisiana
### PSD-LA-841 – September 20, 2021

### SECTION 3.c – BACT for NO$_X$ Emissions from Thermal Oxidizers

### Step 1 – Identify All Control Technologies

1. Selective Catalytic Reduction (SCR)

2. Selective Non-Catalytic Reduction (SNCR)

3. Low NO$_X$ Burners (LNB)

4. Clean Fuels / Good Combustion Practices (CF/GCP).

Selective Catalytic Reduction

SCR systems selectively reduce NO$_X$ emissions by injecting ammonia (NH$_3$) into the exhaust gas stream upstream of a catalyst. NO$_X$, NH$_3$, and oxygen react on the surface of the catalyst to form nitrogen and water. The exhaust gas must contain a minimum amount of oxygen and be within a specific temperature range (typically 480°F - 800°F) in order for the SCR system to operate properly. The optimum temperature range is dictated by the catalyst, which is typically made from noble metals such as vanadium and titanium or zeolite-based material. The removal efficiency of an SCR system typically ranges from 70 to 90 percent depending on variables such as the inlet NO$_X$ concentration.

Selective Non-Catalytic Reduction

SNCR is a post-combustion NO$_X$ control technology in which a reagent (ammonia or urea) is injected into the flue gas, where it reacts chemically with NO$_X$, specifically nitrogen oxide (NO), to form nitrogen and water without the aid of a catalyst. SNCR requires a flue gas temperature in the range of 1400°F to 2100°F for effective NO$_X$ reduction. At lower temperatures, ammonia does not react with NO. At higher temperatures, ammonia reacts with oxygen to form, not remove, NO. While SNCR performance is specific to each application, NO$_X$ reduction levels ranging from 30 to over 75 percent have been reported.

Low NO$_X$ Burners

LNBs reduce NO$_X$ by accomplishing the combustion process in stages. Staging partially delays the combustion process, resulting in a cooler flame which suppresses thermal NO$_X$ formation.

Clean Fuels / Good Combustion Practices (CF/GCP)

NO$_X$ emissions can also be minimized through combustion controls, such as the use of air-to-fuel ratio controls that utilize data from stack NO$_X$ monitors to modulate fuel and air rates for optimal combustion.

16

**PRELIMINARY DETERMINATION SUMMARY**

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

### Step 2 – Eliminate Technically Infeasible Options

Selective Catalytic Reduction (SCR): Infeasible. The exhaust gas temperature of the thermal oxidizers (1750°F) is much higher than the proper operating range (480°F - 800°F) of SCR.

Selective Non-Catalytic Reduction (SNCR): Infeasible. NOx concentrations in the exhaust gas (approximately 20 ppm) are much lower than the effective operating range (> 200 ppm) of SNCR.

Low $NO_X$ Burners (LNB): Feasible.

Clean Fuels / Good Combustion Practices: Feasible

### Step 3 – Rank Remaining Control Technologies by Control Effectiveness

(NA)

### Step 4 – Evaluate Most Effective Controls

(NA)

### Step 5 – Select BACT

LNB in combination with the use of CF/GCP is selected as BACT to limit NOx emissions to no more than 0.049 lb/MM BTU.

---

## PRELIMINARY DETERMINATION SUMMARY

### Commonwealth LNG
### Commonwealth LNG, LLC
### Cameron, Cameron Parish, Louisiana
### PSD-LA-841 – September 20, 2021

## SECTION 3.d – BACT for CO and VOC Emissions from Thermal Oxidizers (EQT0011 and EQT0012)

### Step 1 – Identify All Control Technologies

1.    Catalytic Oxidation

2.    Clean Fuels / Good Combustion Practices (CF/GCP)

Catalytic Oxidation

Catalytic oxidizers, also known as catalytic incinerators, are oxidation systems (similar to thermal oxidizers) that control CO and VOC emissions. Catalytic oxidizers use a catalyst to promote the oxidation of CO and VOC to carbon dioxide ($CO_2$) and water. The catalyst allows oxidation to occur at lower temperatures ($600°F – 800°F$) than with thermal oxidation.

Clean Fuels / Good Combustion Practices

CO and VOC emissions can be minimized using clean fuels and GCP such as good equipment design, use of gaseous fuels for good mixing, and proper combustion techniques such as maintaining the optimum air/fuel ratio.

### Step 2 – Eliminate Technically Infeasible Options

Catalytic Oxidation:  Infeasible.  The exhaust gas temperature of the thermal oxidizers ($1750°F$) is much higher than the proper operating range ($600°F – 800°F$) of catalytic oxidation.

Clean Fuels / Good Combustion Practices:  Feasible.

### Step 3 – Rank Remaining Control Technologies by Control Effectiveness

(NA)

### Step 4 – Evaluate Most Effective Controls

(NA)

### Step 5 – Select BACT

CF/GCP to maintain CO <= 0.0824 lb/MM BTU and VOC => 99.9% DRE are selected as BACT.

18

## PRELIMINARY DETERMINATION SUMMARY

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

### SECTION 4 – BACT for Emissions from Firewater Pump and Generator Engines (EQT0016 – EQT0020)

The emergency engines listed above are subject to 40 CFR 60 Subpart IIII (Standards of Performance for Stationary Compression Ignition Internal Combustion Engines). Because non-emergency use of these engines is limited to 100 hours per year,[4] post-combustion controls are not feasible. BACT is determined to be compliance with 1) the limits in the following table; 2) the provisions of 40 CFR 60 Subpart IIII, including monitoring, recordkeeping, and reporting requirements; and 3) operating the engines in accordance with the engines manufacturers' instructions and/or written procedures (consistent with safe operation) designed to maximize combustion efficiency and minimize fuel usage.

| Pollutants | Unit | EQT0016 Generator Engine | EQT0017 – EQT0020 Pump Engines |
|---|---|---|---|
| PM | g/kW-hr | 0.067 | 0.125 |
| $SO_2$ | lb/MM BTU | 0.00152 | 0.00152 |
| $NO_X$ | g/kW-hr | 8.46 | 5.53 |
| CO | g/kW-hr | 1.21 | 0.55 |
| VOC | g/kW-hr | 0.322 | 0.40 |

LDEQ also considered the use of electric motors and low carbon fuels, such as natural gas, in evaluating BACT for GHGs. The purpose of the emergency generators is to provide power during emergencies situations, such as hurricanes. During these periods, purchased power may not be available from a local utility, and the electrical generating capacity of the plant itself may be constrained, particularly if the natural gas supply is curtailed. Use of natural gas is also a concern due to its volatility, as it would be a possible ignition source during an emergency. Consequently, these options were considered to be technically infeasible.

---

[4] 40 CFR 60.4211(f)(2)

19

## PRELIMINARY DETERMINATION SUMMARY

### Commonwealth LNG
### Commonwealth LNG, LLC
### Cameron, Cameron Parish, Louisiana
### PSD-LA-841 – September 20, 2021

### SECTION 5.a – BACT for $PM_{10}/PM_{2.5}$ Emissions from Hot Oil Heater (EQT0021)

#### Step 1 – Identify Potential Control Technologies

1.    Clean fuels / Good Combustion Practices (CF/GCP)

2.    Limiting Operation

Clean Fuels / Good Combustion Practices

The use of clean burning, gaseous fuels can serve to minimize particulate emissions resulting from incomplete combustion.  PM emissions can be minimized using good combustion practices such as good equipment design, use of gaseous fuels for good mixing, and proper combustion techniques such as maintaining the optimum air/fuel ratio. Effective combustion controls diminish the likelihood of fuel-rich conditions that may promote soot formation.

Limiting Operation

Heat recovered from the refrigeration turbines' exhaust will be used to heat oil for processes equipment.  Operation of the hot oil heater will be limited to times when the amount of the recovered heat is insufficient to meet the demand.

#### Step 2 – Eliminate Technically Infeasible Options

Clean Fuels / Good Combustion Practices:  Feasible.

Limiting Operation:  Feasible.

#### Step 3 – Rank Remaining Control Technologies by Control Effectiveness

(NA)

#### Step 4 – Evaluate Most Effective Controls

(NA)

#### Step 5 – Select BACT

Use of CF/GCP and minimization of operating time are selected as BACT to limit $PM_{10}/PM_{2.5} \leq 0.00745$ lb/MM BTU.

---

## PRELIMINARY DETERMINATION SUMMARY

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

### SECTION 5.b – BACT for SO$_2$ Emissions from Hot Oil Heater (EQT0021)

#### Step 1 – Identify All Control Technologies

1. Limiting Operation

2. Use of Low Sulfur Fuels

3. Good Combustion Practices (GCP)

Limiting Operation

Heat recovered from the refrigeration turbines' exhaust will be used to heat oil for processes equipment. Operation of the hot oil heater will be limited to times when the amount of the recovered heat is insufficient to meet the demand.

Use of Low Sulfur Fuels

The use of low sulfur fuels can serve to minimize SO$_2$ emissions.

Good Combustion Practices

GCP include using of low-sulfur fuel gas and maintaining and operating the hot oil heater in accordance with manufacturer's specifications.

#### Step 2 – Eliminate Technically Infeasible Options

Limiting operation: Feasible.

Use of Low Sulfur Fuels: Feasible.

Good Combustion Practices: Feasible.

#### Step 3 – Rank Remaining Control Technologies by Control Effectiveness

(NA)

#### Step 4 – Evaluate Most Effective Controls

(NA)

#### Step 5 – Select BACT

The use of low sulfur fuels in combination with operating time minimization and GCP are selected as BACT to limit SO$_2$ emissions to no more than 0.0103 lb/MM BTU.

---

21

PRELIMINARY DETERMINATION SUMMARY

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

### SECTION 5.c – BACT for NO$_X$ Emissions from Hot Oil Heater

#### Step 1 – Identify All Control Technologies

Control strategies that could potentially be employed to control NO$_X$ emissions from the hot oil heater include:

1. Selective Catalytic Reduction (SCR)

2. Selective Non-Catalytic Reduction (SNCR)

3. Low NO$_X$ Burners (LNB)

4. Flue Gas Recirculation (FGR)

5. Limiting Operation

6. Clean Fuels / Good Combustion Practices (CF/GCP)

Selective Catalytic Reduction

SCR systems selectively reduce NO$_X$ emissions by injecting ammonia (NH$_3$) into the exhaust gas stream upstream of a catalyst. NO$_X$, NH$_3$, and oxygen react on the surface of the catalyst to form nitrogen and water. The exhaust gas must contain a minimum amount of oxygen and be within a specific temperature range (typically 480°F - 800°F) in order for the SCR system to operate properly. The optimum temperature range is dictated by the catalyst, which is typically made from noble metals such as vanadium and titanium or zeolite-based material. The removal efficiency of an SCR system typically ranges from 70 to 90 percent depending on variables such as the inlet NO$_X$ concentration.

Selective Non-Catalytic Reduction

SNCR is a post-combustion NO$_X$ control technology in which a reagent (ammonia or urea) is injected into the flue gas, where it reacts chemically with NO$_X$, specifically nitrogen oxide (NO), to form nitrogen and water without the aid of a catalyst. SNCR requires a flue gas temperature in the range of 1400°F to 2100°F for effective NO$_X$ reduction. At lower temperatures, ammonia does not react with NO. At higher temperatures, ammonia reacts with oxygen to form, not remove, NO. While SNCR performance is specific to each application, NO$_X$ reduction levels ranging from 30 to over 75 percent have been reported.

Low NO$_X$ Burners

LNBs reduce NO$_X$ by accomplishing the combustion process in stages. Staging partially delays the combustion process, resulting in a cooler flame which suppresses thermal NO$_X$ formation.

Flue Gas Recirculation

FGR involves recirculating a small portion of the exhaust to the combustion air stream. Recirculation of combustion gas increases the concentration of inert gases in the primary combustion zone, which lowers the flame temperature and reduces the formation of thermal

## PRELIMINARY DETERMINATION SUMMARY

### Commonwealth LNG
### Commonwealth LNG, LLC
### Cameron, Cameron Parish, Louisiana
### PSD-LA-841 – September 20, 2021

NOx. Recirculation also reduces the oxygen concentration in the combustion zone, again, reducing thermal NOx production.

### Limiting Operation

Heat recovered from the refrigeration turbines' exhaust will be used to heat oil for process equipment. Operation of the hot oil heater will be limited to times when the amount of the recovered heat is insufficient to meet the demand.

### Clean Fuels / Good Combustion Practices

$NO_X$ emissions can also be minimized through combustion controls, such as the use of air-to-fuel ratio controls that utilize data from stack $NO_X$ monitors to modulate fuel and air rates for optimal combustion.

### Step 2 – Eliminate Technically Infeasible Options

Selective Catalytic Reduction: Infeasible. The exhaust gas temperature (350°F) is much lower than the proper operating range (480°F - 800°F) of the SCR.

Selective Non-Catalytic Reduction (SNCR): Infeasible. NOx concentration in the exhaust gas is much lower than the effective operating range (> 200 ppm) of the SNCR.

Low $NO_X$ Burners (LNB): Feasible.

Flue Gas Recirculation (FGR): Feasible.

Limiting Operation: Feasible.

Clean Fuels / Good Combustion Practices: Feasible.

### Step 3 – Rank Remaining Control Technologies by Control Effectiveness

| Hierarchy | Control Option | Emission Factor (lb/MM Btu) | Control Efficiency (%) |
|-----------|----------------|------------------------------|------------------------|
| 1. | FGR | Burner Dependent | 58-73 |
| 2. | LNB | 0.06 – 0.08 | 50[5] |
| 3. | Limiting Operation | - | - |
| 4. | CF/GCP | - | - |

### Step 4 – Evaluate Most Effective Controls

(NA)

### Step 5 – Select BACT

LNB, CF/GCP, and limiting operation are selected as BACT to limit $NO_X$ emissions to no more than 0.07 lb/MM BTU.

---

[5] A control efficiency of 50% was assumed for LNB.

## PRELIMINARY DETERMINATION SUMMARY

### Commonwealth LNG
### Commonwealth LNG, LLC
### Cameron, Cameron Parish, Louisiana
### PSD-LA-841 – September 20, 2021

### SECTION 5.d – BACT for CO and VOC Emissions from Hot Oil Heater

#### Step 1 – Identify All Control Technologies

1.    Catalytic Oxidation

2.    Limiting Operation

3.    Clean Fuels / Good Combustion Practices (CF/GCP)

Catalytic Oxidation

Catalytic oxidizers, also known as catalytic incinerators, are oxidation systems (similar to thermal oxidizers) that control CO and VOC emissions. Catalytic oxidizers use a catalyst to promote the oxidation of CO and VOC to carbon dioxide ($CO_2$) and water. The catalyst allows oxidation to occur at lower temperatures ($600°F - 800°F$) than with thermal oxidation.

Limiting Operation

Heat recovered from the refrigeration turbines' exhaust will be used to heat oil for process equipment. Operation of the hot oil heater will be limited to times when the amount of the recovered heat is insufficient to meet the demand.

Clean Fuels / Good Combustion Practices

CO and VOC emissions can be minimized using good combustion practices such as good equipment design, use of gaseous fuels for good mixing, and proper combustion techniques such as maintaining the optimum air/fuel ratio.

#### Step 2 – Eliminate Technically Infeasible Options

Catalytic Oxidation: Infeasible. The exhaust gas temperature of the heater ($350°F$) is much lower than the proper operating range ($600°F - 800°F$) of catalytic oxidation.

Limiting Operation: Feasible

Clean Fuels / Good Combustion Practices: Feasible.

#### Step 3 – Rank Remaining Control Technologies by Control Effectiveness

(NA)

#### Step 4 – Evaluate Most Effective Controls

(NA)

#### Step 5 – Select BACT

Use of CF/GCP and limiting operation to maintain CO <= 0.0824 lb/MM BTU and VOC <= 0.00539 lb/MM BTU are selected as BACT.

PRELIMINARY DETERMINATION SUMMARY

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

### SECTION 6 – BACT for VOC emissions from Storage Vessels

#### Step 1 – Identify All Control Technologies

1. Fixed Roof

2. External Floating Roof

3. Internal Floating Roof

4. Closed Vent System and Control Device

Fixed Roof

A fixed roof (FR) tank consists of a cylindrical steel shell with a permanently affixed roof, which may vary in design from cone- or dome-shaped to flat. Losses from FR tanks are caused by changes in temperature, pressure, and liquid level. FR tanks are either freely vented or equipped with a pressure/vacuum vent. The latter allows the tanks to operate at a slight internal pressure or vacuum to prevent the release of vapors during very small changes in temperature, pressure, or liquid level.

External Floating Roof (EFR)

An EFR tank consists of an open-topped cylindrical steel shell equipped with a roof that floats on the surface of the stored liquid. The floating roof consists of a deck, fittings, and rim seal system. Floating decks are constructed of a welded steel plate and are of two general types: pontoon or double-deck. With all types of EFR tanks, the roof rises and falls with the liquid level in the tank. External floating decks are equipped with a rim seal system, which is attached to the deck perimeter and contacts the tank wall. The purpose of the floating roof and rim seal system is to reduce evaporative loss of the stored liquid. Some annular space remains between the seal system and the tank wall. The seal system slides against the tank wall as the roof is raised and lowered. The floating deck is also equipped with fittings that penetrate the deck and serve operational functions. The EFR design is such that evaporative losses from the stored liquid are limited to losses from the rim seal system and deck fittings (standing storage loss) and any exposed liquid on the tank walls (withdrawal loss).

Internal Floating Roof (IFR)

An IFR tank has both a permanent fixed roof and a floating roof inside. The function of the fixed roof is not to act as a vapor barrier, but to block the wind. The deck in IFR tanks rises and falls with the liquid level and either floats directly on the liquid surface (contact deck) or rests on pontoons several inches above the liquid surface (noncontact deck). An IFR roof minimizes evaporative losses of the stored liquid. Both contact and noncontact decks incorporate rim seals and deck fittings for the same purposes as for EFR tanks. Evaporative losses from floating roofs originate from deck fittings, non-welded deck seams, and the annular space between the deck and tank wall. In addition, these tanks are freely vented by circulation vents at the top of the fixed roof. The vents minimize the

25

## PRELIMINARY DETERMINATION SUMMARY

### Commonwealth LNG
### Commonwealth LNG, LLC
### Cameron, Cameron Parish, Louisiana
### PSD-LA-841 – September 20, 2021

possibility of organic vapor accumulation in the tank vapor space in concentrations approaching the flammable range.

Closed Vent System (CVS) and Control Device

A fixed roof tank can be controlled by connecting its vent to a header routed to a control device, such as a flare, thermal oxidizer, or carbon adsorption system.

### Step 2 – Eliminate Technically Infeasible Options

All identified technologies are technically feasible.

### Step 3 – Rank Remaining Control Technologies by Control Effectiveness

| Hierarchy | Control Option | Control Efficiency (%) |
|-----------|----------------|------------------------|
| 1 | CVS and Control Device | 95 – 99 |
| 2 | IFR | $\leq 99^6$ |
| 3 | EFR | $\leq 99$ |
| 4 | Fixed Roof | – |

In general, a closed vent system and control device, an IFR, and an EFR are considered top control alternatives in a BACT analysis, though an IFR is often preferred to an EFR for new construction due to its ability to eliminate wind losses. This "equivalency" is evidenced by numerous BACT determinations in EPA's RACT/BACT/LAER Clearinghouse (RBLC), federal regulations requiring the control of VOC and hazardous air pollutant (HAP) emissions from storage vessels,[7] and BACT guidance published by other permitting authorities.[8]

### Step 4 – Evaluate Most Effective Controls

(NA)

### Step 5 – Select BACT

An IFR is selected as BACT for VOC emissions from the Condensate Tank. Due to the low vapor pressure and very low emissions (<= 0.01 tons/year), fixed roofs are selected as BACT for VOC emissions from the Mixed Amine Tank, Hot Oil Tank, Propylene Glycol Tank, and Diesel 1 Tank.

---

[6] The efficiencies of IFR and EFR controls vary depending on the type and number of seals and the organic liquid stored.

[7] See, for example, 40 CFR 60.112b(a) and 40 CFR 63.119(a).

[8] https://www.tceq.texas.gov/permitting/air/guidance/newsourcereview/tanks/nsr_fac_tanks.html

**PRELIMINARY DETERMINATION SUMMARY**

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

**SECTION 7 – BACT for Fugitive Emissions**

**Step 1 – Identify All Control Technologies**

Control strategies that can be employed to control fugitive VOC emissions from piping components (e.g., pumps, valves, connectors, compressor seals, pressure relief devices) include:

1. Appropriate Component Selection, Design, and Installation
2. Leak Detection and Repair (LDAR) Program

Appropriate Component Selection, Design, and Installation

Appropriate component selection, design, and initial installation can include the following:

- Selecting pump and compressor seals that are appropriate for the service and pressure and ensuring that these seals are properly installed. LAC 33:III.2111 requires that all rotary pumps and compressors handling VOC having a true vapor pressure of 1.5 psia or greater at handling conditions be equipped with mechanical seals or other equivalent equipment or means as may be approved by the Louisiana Department of Environmental Quality;

- Selecting connector gaskets and O-rings that are appropriate for the service and pressure and verifying that bolts on flanges are properly torqued;

- Verifying that sampling connectors are properly installed and sampling lines are properly purged when collecting samples;

- Establishing procedures to ensure that emissions are minimized when purging sampling lines;

- Verifying that pressure relief valves seat properly;

- Verifying that pressure relief valve rupture disk gaskets and O-rings are properly installed;

- Verifying that the pressure relief valve setpoints are not too close to the normal operating pressure;

- Verifying that open-ended line caps, plugs, and flanges are properly installed; and

- Selecting components and piping that are appropriate for the service and pressure.

LDAR Program

LDAR is a practice designed to identify leaking components so that emissions can be reduced through repairs. A component that is subject to LDAR requirements must be

PRELIMINARY DETERMINATION SUMMARY

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

monitored at specified regular intervals to determine whether or not it is leaking. Any leaking component must then be repaired or replaced within a specified time frame. LDAR includes the following:

- Audio, Visual, Olfactory ("AVO") - Detects leaks that can be heard, seen, or smelled. Leaks detected in this manner demand immediate repair.

- EPA Method 21 - Detects leaks using a portable instrument, such as a vapor analyzer, from individual components. The instrument detector type is not specified, but it must meet the specifications and performance criteria delineated by this method. The instrument probe is moved along the interface while observing the instrument readout. A leak is detected when the measured concentration exceeds a threshold standard in parts per million (ppm) (i.e., leak threshold). A component is considered repaired when it has been monitored and the measured concentration is less than the leak threshold.

- Optical gas imaging ("OGI") - Uses thermal infrared cameras equipped with spectral filters to visualize gas leaks, including $CH_4$ and VOC. Monitoring is sometimes performed using unmanned aerial vehicles equipped with OGI cameras.

**Step 2 – Eliminate Technically Infeasible Options**

Appropriate Component Selection, Design, and Installation:  Feasible

Leak Detection and Repair (LDAR) Program:  Feasible

**Step 3 – Rank Remaining Technically Feasible Control Options**

(NA)

**Step 4 – Evaluate Most Effective Controls**

(NA)

**Step 5 – Selection of BACT**

- Appropriate component selection, design, and installation.
- Utilizing proper piping design.
- Equipping all rotary pumps and compressors handling volatile organic compounds having a true vapor pressure of 1.5 psia or greater at handling conditions with mechanical seals or other equivalent equipment.
- Implementing an LDAR that entails quarterly monitoring of accessible compressors, pumps, and valves containing more than ten percent by weight (10 wt%) of VOC or methane using Method 21 of 40 CFR 60, Appendix A.   If the instrument reading exceeds 10,000 ppm, the component shall be repaired within 15 days.  If the repair would require a unit shutdown, then the repair may be delayed until the next scheduled shutdown.

28

PRELIMINARY DETERMINATION SUMMARY

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

### SECTION 8 – BACT for $CO_2e$ Emissions

#### Step 1 – Identify All Control Technologies

1. Thermally Efficient Equipment
2. Use of Low Carbon Fuels
3. Good Combustion Practices
4. Carbon Capture and Sequestration (CCS)

Thermally Efficient Equipment

Thermally efficient equipment provides the greatest output per unit of fuel consumed and produces lower $CO_2$ emissions per unit of output than less efficient equipment of the same type. The proposed SGT-A65E turbines employ a highly efficient design, and the refrigeration turbines will be equipped with exhaust heat recovery systems.

Use of Low Carbon Fuels

Fuel gas has the lowest carbon content of all common fossil fuels. Per unit of energy content, fuel gas contains approximately 28 percent less carbon than diesel fuel and 45 percent less carbon than coal.

Good Combustion Practices

Good combustion practices include, but are not limited to, good equipment design, use of gaseous fuels for good mixing, and proper combustion techniques such as maintaining the optimum air/fuel ratio and various strategies to minimize fuel use and maximize the energy efficiency of a process.

Carbon Capture and Sequestration

CCS is a three-step process that includes capture and compression, transport, and storage. CCS systems use adsorption or absorption processes to remove $CO_2$ from flue gas, with subsequent desorption to produce a concentrated $CO_2$ stream. The concentrated $CO_2$ stream is then compressed to about 2200 pounds per square inch absolute (psia) and directed (usually by pipeline) to an appropriate location for underground injection into a suitable geological storage reservoir, such as a deep saline aquifer or depleted coal seam, or otherwise used in crude oil production for enhanced oil recovery (EOR).

#### Step 2 – Eliminate Technically Infeasible Options

Thermally Efficient Equipment: Feasible.

Use of Low Carbon Fuels: Feasible.

Good Combustion Practices: Feasible.

Carbon Capture and Sequestration (CCS): Feasible.

## PRELIMINARY DETERMINATION SUMMARY

### Commonwealth LNG
### Commonwealth LNG, LLC
### Cameron, Cameron Parish, Louisiana
### PSD-LA-841 – September 20, 2021

**Step 3 – Rank Remaining Control Technologies by Control Effectiveness**

| Hierarchy | Control Option | Control Efficiency (%) |
|---|---|---|
| 1 | CCS | 85 - 90 |
| 2 | Thermally Efficient Equipment | – |
| 3 | Low Carbon Fuels | - |
| 4 | Good Combustion Practices | – |

**Step 4 – Evaluate Most Effective Controls**

At Commonwealth LNG, approximately 2.42 million tons/year of GHG emissions will be from combustion of natural gas and 0.5 million tons/year of GHG emissions will be from the acid gas vent stream. Commonwealth estimated the cost effectiveness would be $108.41/ton of GHG emissions reduced for natural gas combustion devices and $34.94/ton of GHG emissions reduced for the acid gas vent. Therefore, any requirement to capture $CO_2$ emissions from Commonwealth LNG would render the project economically unviable.

**Step 5 – Select BACT**

BACT is determined to be using thermally efficient equipment, low carbon fuels, and good combustion practices. $CO_2e$ emissions from the refrigeration turbines, generator turbines, and hot oil heater shall be <= 120 lbs/MM BTU. $CO_2e$ emissions from the remaining sources shall be limited to the amounts set forth in Table I.

30

## PRELIMINARY DETERMINATION SUMMARY

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

### SECTION 9 – Collateral Environmental Impacts

The potential of a control option to generate or reduce toxic and hazardous emissions, including compounds not regulated under the Clean Air Act, is considered as part of the environmental impacts analysis (in selecting BACT). According to EPA, a permitting authority should consider the effects of a given control alternative on emissions of toxics or hazardous pollutants not regulated under the Clean Air Act. The ability of a given control alternative to control releases of unregulated toxic or hazardous emissions must be evaluated and may, as appropriate, affect the BACT determination. Conversely, hazardous or toxic emissions resulting from a given control technology should also be considered and may, as appropriate, also affect the BACT determination.

In this case, the selection of selective catalytic reduction (SCR) as BACT for $NO_X$ emissions results in emissions of ammonia. Ammonia is not regulated as a hazardous air pollutant under Section 112 of the Clean Air Act, but it is regulated as a toxic air pollutant (TAP) pursuant to LAC 33:III.Chapter 51, Louisiana's Comprehensive Toxic Air Pollutant Control Program.[9] However, the impact of ammonia emissions will be below its ambient air standard (AAS) as set forth in Table 51.2 of LAC 33:III.5112. For this reason, ammonia emissions did not prohibit the selection of SCR as BACT for $NO_X$.

---

[9] LAC 33:III.Chapter 51 is not part of Louisiana's SIP.

31

## PRELIMINARY DETERMINATION SUMMARY

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

**B.    AIR QUALITY ANALYSIS**

LAC 33:III.509.M requires an analysis of ambient air quality in the area that a major stationary source would affect. Such analysis is required for each pollutant for which the source will result in a significant net emissions increase. For Commonwealth LNG, these pollutants include:

- particulate matter ($PM_{10}$ and $PM_{2.5}$);
- sulfur dioxide ($SO_2$);
- nitrogen oxides ($NO_X$);
- carbon monoxide (CO);
- volatile organic compounds (VOC); and
- greenhouse gases ($CO_2e$).

There are no ambient air standards for $CO_2e$; therefore, this pollutant will not be discussed further in Sections B or C of this Preliminary Determination Summary.

**Preconstruction Monitoring**

In accordance with LAC 33:III.509.I.5.a, LDEQ may exempt a project from the requirements of LAC 33:III.509.M, with respect to monitoring for a particular pollutant, if the (net) emissions increase would cause, in any area, an air quality impact less than the significant monitoring concentration (SMC) for that pollutant. Preliminary screening indicates that maximum offsite ground level concentrations of emissions from the proposed facility will be less than the SMCs for all pollutants. Pre-construction monitoring is not required for any pollutants.

| Pollutant | Averaging Period | Modeling Results ($\mu g/m^3$) | SMC ($\mu g/m^3$) | Preconstruction Monitoring |
|---|---|---|---|---|
| $PM_{10}$ | 24-hour | 2.76 | 10 | Not Required |
| $SO_2$ | 24-hour | 2.7 | 13 | Not Required |
| $NO_2$ | Annual | 3.02 | 14 | Not Required |
| CO | 8-hour | 280 | 575 | Not Required |

**Background Concentrations**

Existing air quality values, which serve as background concentrations for the source impact analysis required by LAC 33:III.509.K, are as follows:

| Pollutant | Averaging Period | Background ($\mu g/m^3$) |
|---|---|---|
| $PM_{2.5}$ | 24-hour | 19.8 |
| $SO_2$ | 1-hour | 57.1 |
| $NO_2$ | 1-hour | 46.7 |
|  | Annual | 6.6 |

32

## PRELIMINARY DETERMINATION SUMMARY

### Commonwealth LNG
### Commonwealth LNG, LLC
### Cameron, Cameron Parish, Louisiana
### PSD-LA-841 – September 20, 2021

### C. SOURCE IMPACT ANALYSIS

LAC 33:III.509.K.1 requires a demonstration that allowable emissions from the proposed project, including secondary emissions, would not cause or contribute to air pollution in violation of any national ambient air quality standard (NAAQS) in any air quality control region or any applicable maximum allowable increase over the baseline concentration in any area (i.e., ambient air increments).

These analyses were conducted in accordance with the methodology outlined in Commonwealth LNG's modeling protocol dated April 30, 2021.[10]

### Preliminary Screening

In order to determine if refined modeling was required, Commonwealth LNG first modeled the emissions increases attributed to facility using AERMOD.[11] As shown in the following table, the preliminary screening indicates that the maximum offsite ground level concentrations of $PM_{2.5}$ (24-hour average), $SO_2$ (1-hour average), and $NO_2$ (1-hour average and annual average) will exceed their respective significant impact levels (SILs); therefore, refined modeling was required for these pollutants.[12]

| Preliminary Screening | Averaging Period | Modeling Results ($\mu g/m^3$) | SIL ($\mu g/m^3$) | Refined Modeling |
|---|---|---|---|---|
| $PM_{2.5}$ | 24-hour | **2.61** | 1.2 | Required |
| | Annual | 0.169 | 0.2 | Not Required |
| $PM_{10}$ | 24-hour | 2.76 | 5 | Not Required |
| | Annual | 0.188 | 1 | Not Required |
| $SO_2$ | 1-hour | **11.0** | 7.8 | Required |
| | 3-hour | 10.4 | 25 | Not Required |
| | 24-hour | 2.70 | 5 | Not Required |
| | Annual | 0.14 | 1 | Not Required |
| $NO_2$ | 1-hour | **37.7** | 7.5 | Required |
| | Annual | **3.02** | 1 | Required |
| CO | 1-hour | 449 | 2,000 | Not Required |
| | 8-hour | 280 | 500 | Not Required |

---

[10] EDMS Doc ID 12687354

[11] Version 21112

[12] Note that ozone and secondary $PM_{2.5}$ formation are discussed separately below.

## PRELIMINARY DETERMINATION SUMMARY

### Commonwealth LNG
### Commonwealth LNG, LLC
### Cameron, Cameron Parish, Louisiana
### PSD-LA-841 – September 20, 2021

### National Ambient Air Quality Standards

Commonwealth modeled the emissions from the proposed facility as well as emissions from $PM_{2.5}$ and $SO_2$ sources within 23 kilometers and NOx sources within 61.5 kilometers of the facility, then added background concentrations as set forth in Section B.

As shown in the table below, refined modeling demonstrates that the maximum offsite ground level concentrations of $PM_{2.5}$ (24-hour average), $SO_2$ (1-hour average), and $NO_2$ (annual average) comply with the NAAQS at all receptor locations. 1-Hour concentrations of $NO_2$ will exceed the NAAQS. However, the contribution of $NO_2$ emissions from the proposed facility to the exceedance will be no more than 0.07 $\mu g/m^3$, which is less than the SIL of 7.5 $\mu g/m^3$.

| Pollutant | Averaging Period | Background ($\mu g/m^3$) | Modeling Results ($\mu g/m^3$) | Total ($\mu g/m^3$) | NAAQS ($\mu g/m^3$) |
|---|---|---|---|---|---|
| $PM_{2.5}$ | 24-hour | 19.8 | 2.18 | 21.98 | 35 |
| $SO_2$ | 1-hour | 57.1 | 8.14 | 65.24 | 195 |
| $NO_2$ | 1-hour | 46.7 | 182 | 228.7 | 189 |
| | Annual | 6.6 | 4.36 | 10.96 | 100 |

*Ambient Impact Analysis for Ozone*

**Ozone analysis:** Commonwealth utilized Acadia Parish as the location of a modeled source for the Modeled Emission Rates for Precursors (MERPs) analysis for ozone. The analysis considered a source with 500 tons/year of NOx emissions and 1000 tons/year of VOC emissions to estimate the impact of NOx and VOC emissions from Commonwealth LNG. These emission thresholds were compared to the project's emissions.

| Modeled Emission Rates for Precursors (MERPs) Analysis for Ozone | | | |
|---|---|---|---|
| | | NOx | VOC |
| A | Hypothetical Source Emissions (tons/year) | 500 | 1000 |
| B | Maximum Modeled Concentration (ppb) | 2.51 | 0.222 |
| C | Commonwealth Emissions (tons/year) | 376 | 152 |
| D | Project Emission Ratio [C/A] | 0.752 | 0.152 |
| E | Calculated Project Impact (ppb) [B*D] | 1.89 | 0.034 |
| F | Total Ozone Impact from Commonwealth (ppb) | 1.92 | |
| G | Background Design Value (ppb) | 65.0 | |
| H | Project Ozone Design Value with Commonwealth (ppb) [F+G] | 66.92 | |
| | NAAQS (ppb) | 70.0 | |

34

**PRELIMINARY DETERMINATION SUMMARY**

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

**Secondary $PM_{2.5}$ analysis:** Commonwealth used a similar analysis to estimate the contribution of NOx and $SO_2$ to secondary $PM_{2.5}$ formation. The secondary $PM_{2.5}$ impact was added to the preliminary screening and the refined modeling.

| | Secondary $PM_{2.5}$ Impact Analysis | | | | |
|---|---|---|---|---|---|
| | | Daily $PM_{2.5}$ | | Annual $PM_{2.5}$ | |
| | | NOx | $SO_2$ | NOx | $SO_2$ |
| A | Hypothetical Source Emissions (tons/year) | 500 | 500 | 500 | 500 |
| B | Maximum Modeled Concentration ($\mu g/m^3$) | 0.07 | 0.39 | 0.002 | 0.012 |
| C | Commonwealth Emissions (tons/year) | 376 | 63 | 376 | 63 |
| D | Project Emission Ratio [C/A] | 0.752 | 0.126 | 0.752 | 0.126 |
| E | Calculated Project Impact (ppb) [B*D] | 0.053 | 0.050 | 0.0015 | 0.0015 |
| F | Secondary $PM_{2.5}$ Impact from Commonwealth ($\mu g/m^3$) | 0.103 | | 0.0030 | |

**PSD Increments**

A PSD increment is the maximum allowable increase in concentration that is allowed to occur above a baseline concentration for a pollutant. The baseline concentration is defined for each pollutant (and relevant averaging time) and, in general, is the ambient concentration existing at the time that the first complete PSD permit application affecting the area was submitted (i.e., the minor source baseline date). For $PM_{2.5}$, this date is October 20, 2010; for $NO_2$, this date is February 8, 1988. In order to determine the amount of increment consumed, Commonwealth obtained baseline inventories from LDEQ's Emissions Reporting and Inventory Center (ERIC).

As shown in the table below, modeling demonstrates that the Class II increment for $PM_{2.5}$ and $NO_2$ has not been consumed at any receptor location.

| Pollutant | Averaging Period | Modeled Increment Consumption ($\mu g/m^3$) | Class II Increment ($\mu g/m^3$) |
|---|---|---|---|
| $PM_{2.5}$ | 24-hour | 3.53 | 9 |
| $NO_2$ | Annual | 4.36 | 25 |

PRELIMINARY DETERMINATION SUMMARY

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

## D.    ADDITIONAL IMPACT ANALYSES

LAC 33:III.509.O requires an analysis of the impairment to visibility, soils, and vegetation that would occur as a result of the proposed facility and general commercial, residential, industrial, and other growth associated with the proposed facility.

### Visibility

The distance from the proposed facility to the nearest Class I area is over 400 kilometers, which is beyond the capability of VISCREEN. Therefore, Commonwealth set the distance from the proposed facility to a nearest Class I area to 100 kilometers for the VISCREEN model to assess potential visibility impacts. The results of the VISCREEN modeling showed no degradation of visibility would be expected.

### Soils and Vegetation

Polynuclear aromatic hydrocarbons (PAHs) are discussed in the Integrated Science Assessment for Particulate Matter. PAHs are semi-volatile compounds that may condense in the air to form PM, some of which may be deposited on the soil and vegetation. PAHs have not been shown to damage the soil, but the soil may serve as a reservoir of PAHs in equilibrium with the atmosphere. PAHs may deposit on vegetation, and to a lesser extent, plants may uptake some PAHs through their roots, although most soil PAHs are bound with organic matter and not available for root uptake. Despite the possible deposition and uptake of PAHs by vegetation, the Integrated Science Assessment concludes, "[i]nvestigations of the direct effects of PM deposition on foliage have suggested little or no effects on foliar processes," indicating that vegetation is not adversely impacted by PM at typical ambient concentrations.

Further, the project will meet all NAAQS, which are promulgated to be protective of public welfare, including protection from decreased visibility and damage to animals, crops, vegetation, and buildings. Thus, no adverse impacts are anticipated for soils and vegetation as a result of the project.

### Commercial, Residential, Industrial, and Other Growth

There will be approximately 65 permanent and 800 temporary construction jobs created as a result of the proposed facility. Because southwestern Louisiana has a large base of skilled workers knowledgeable of industrial processes (due to the number of petrochemical, petroleum refining, manufacturing, electrical generation, and other industries in the area), it is anticipated that half of the workers will be drawn from the surrounding area. The number of people that permanently relocate to the area in support of the project is expected to be minimal. There is no need for additional housing and infrastructure.

In sum, the project is not anticipated to have any significant adverse impacts on commercial, residential, industrial, or other growth in the area.

PRELIMINARY DETERMINATION SUMMARY

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841 – September 20, 2021**

E.    **ADDITIONAL REQUIREMENTS FOR SOURCES IMPACTING CLASS I AREAS**

In accordance with LAC 33:III.509.P, if LDEQ receives a PSD application for a project that "may affect" a Class I area, additional requirements may be imposed on the applicant. The meaning of the term "may affect" is interpreted by EPA policy to include all new major sources and major modifications located within 100 kilometers (km) of a Class I area. However, if emissions from a new major source or major modification located further than 100 km from a Class I area are significant, LDEQ and/or the Federal Land Manager (FLM) can ask the applicant to perform additional analyses to assess the potential impacts of such source or modification on that Class I area.

In order to determine whether a distant source or modification may affect a Class I area, LDEQ uses the Q/d approach. Q/d refers to the ratio of the sum of the net emissions increases of $PM_{10}$, $SO_2$, $NO_X$, and $H_2SO_4$ (in tons) to the distance (in kilometers) of the facility from the nearest boundary of the Class I area.

$$Q/d = \frac{PM_{10\,(NEI)} + SO_{2\,(NEI)} + NO_{X\,(NEI)} + H_2SO_{4\,(NEI)}{}^{[13]}}{Class\ I\ km}$$

In the case of Commonwealth LNG,

$$Q/d = \frac{223.93 + 63.25 + 375.63 + 0}{404} = 1.64$$

Because Q/d is less than 10, LDEQ has determined that the Commonwealth LNG will not adversely impact any air quality related value (AQRV) in the Breton National Wildlife Refuge, the nearest Class 1 area.

---

[13] If the project did not trigger a netting analysis, LDEQ inputs the project increase instead (see LAC 33:III.509.A.4). In this case, the value would be less than the pollutant's significance level.

37

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841**

### SPECIFIC CONDITIONS

1. The permittee is authorized to operate in conformity with the specifications submitted to the Louisiana Department of Environmental Quality (LDEQ) as analyzed in LDEQ's document entitled "Preliminary Determination Summary" dated September 20, 2021, subject to the emission limitations set forth in Table I of this permit and in the following specific conditions. Specifications submitted are contained in the application dated April 23, 2021, as well as additional information dated April 30, May 17, June 1, August 17, August 18, and October 11, 2021.

   Unless otherwise noted, the statistical basis for all limitations set forth in Step 5 (Select BACT) of the Preliminary Determination Summary is as follows:

| Units | Statistical Basis |
|---|---|
| ppmvd @ 15% $O_2$ | 30-day rolling average |
| lb/hr | Hourly maximum |
| TPY | Annual maximum |
| lb/MM Btu gr/scf | 30-day rolling average where a CEMS is required. Three one-hour test run average where stack testing is required. Annual average when neither a CEMS nor stack testing is required. |

2. The permittee shall install the control devices or implement the work practice standards identified in the Preliminary Determination Summary of this permit as best available control technology (BACT).

3. The permittee shall comply with the Louisiana Air Emission Permit General Conditions set forth in LAC 33:III.537.A.

**Good Combustion Practices**

4. Demonstration of compliance with good combustion practices requires monitoring flue gas oxygen content, combustion air flow, fuel consumption, flue gas temperature, and any additional parameters as recommended by the manufacturer. These parameters shall be maintained within the operating range demonstrated to maintain compliance with applicable emission limitations based on the most recent performance test, or where performance testing has not been performed, within the manufacturer's recommended operating guidelines.

**Sulfur Content**

5. Total sulfur content of the incoming natural gas feed (in gr/scf) shall be monitored and recorded quarterly and may be based on either a natural gas analysis provided by the supplier or direct sampling by the permittee.

**Storage Vessels**

6. The permittee shall monitor and record the throughput of each storage vessel subject to the terms and conditions of this permit during each calendar month. Records shall be retained onsite for 5 years.

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841**

**SPECIFIC CONDITIONS**

**Flares**

7.    For the flares listed below, the permittee shall monitor and record the lower heating value (LHV) or composition of the vent gas and the fuel gas flow rate.

| ID No. | | Description |
|--------|--------|-------------|
| EQT0007 | FLR-WF | Wet Flare (L-4009) |
| EQT0008 | FLR-DF | Dry Flare (L-4010) |
| EQT0009 | FLR-SF | Spare Flare (L-4011) |
| EQT0010 | L-4012 | Marine Flare |

Except for monitoring malfunctions, associated repairs, and required quality assurance or control activities (including calibration checks and any required adjustments), the permittee shall monitor the parameters described above at all times that the flares are receiving process vents. For purposes of determining compliance with this Specific Condition, the minimum amount of monitoring data availability shall be at least 90 percent of the flare operating time (based on a monthly average).

**Continuous Emissions Monitoring Systems (CEMS)**

8.    The permittee shall monitor and record NOx and CO emissions from the emissions units identified below using Continuous Emissions Monitoring Systems (CEMS) calibrated, operated, and maintained according to the manufacturer's specifications.

   a.    NOx CEMS shall comply with 40 CFR Part 60, Appendix B, Performance Specification 2.

   b.    CO CEMS shall comply with 40 CFR Part 60, Appendix B, Performance Specification 4.

   c.    CEMS shall be evaluated in accordance with Procedure 1 of 40 CFR 60, Appendix F.

   d.    Data availability shall be stipulated by Part 70 General Condition V of LAC 33:III.535.A.

   e.    The permittee shall also determine the $NO_2/NO_X$ in-stack ratio in conjunction with Performance Specification 2.

| ID No. | | Description |
|--------|--------|-------------|
| EQT0001 | GT-A1101 | Refrigeration Turbine A |
| EQT0002 | GT-B1101 | Refrigeration Turbine B |
| EQT0003 | GT-C1101 | Refrigeration Turbine C |
| EQT0004 | GT-D1101 | Refrigeration Turbine D |
| EQT0005 | GT-E1101 | Refrigeration Turbine E |

Commonwealth LNG
Commonwealth LNG, LLC
Cameron, Cameron Parish, Louisiana
PSD-LA-841

### SPECIFIC CONDITIONS

| ID No. | Description | |
|---|---|---|
| EQT0006 | GT-F1101 | Refrigeration Turbine F |
| EQT0013 | GCT-A | Generator Turbine A |
| EQT0014 | GCT-B | Generator Turbine B |
| EQT0015 | GCT-C | Generator Turbine C |

**Stack Testing**

9. In order to demonstrate compliance with the emission limitations of this permit, the permittee shall conduct performance tests on the emissions units identified below within 180 days after initial startup. Unless otherwise agreed to in writing by the department, conduct each test run within 20 percent of the maximum permitted load or within 10 percent of the maximum achievable load. Per LAC 33:III.913.A, provide necessary sampling ports in stacks or ducts and such other safe and proper sampling and testing facilities for proper determination of the emission of air contaminants.

   a. Submit notification to the Office of Environmental Services at least 30 days prior to a performance test in order to provide LDEQ with the opportunity to conduct a pretest meeting and/or observe the test.

   b. Use the following stack test methods from 40 CFR 60, Appendix A (unless otherwise noted): Method 5 – Determination of Particulate Matter Emissions from Stationary Sources for PM; Method 202 – Dry Impinger Method for Determining Condensable Particulate Emissions from Stationary Sources (40 CFR 51, Appendix M) for condensable PM; and Method 25A – Determination of Total Gaseous Organic Concentration Using a Flame Ionization Analyzer for VOC. Alternate stack test methods may be used with the prior approval of the Office of Environmental Services.

   c. Submit performance test results to the Office of Environmental Services within 60 days after completion of the test.

   d. Repeat performance tests every 5 years (plus or minus 6 calendar months). With respect to identical units, the permittee may request that the department approve the testing of only a representative subset rather than each unit. Any such request shall be submitted no later than 90 days before the deadline to conduct the test.

| ID No. | Description | | Pollutant(s) |
|---|---|---|---|
| EQT0001 | GT-A1101 | Refrigeration Turbine A | PM and VOC |
| EQT0002 | GT-B1101 | Refrigeration Turbine B | PM and VOC |
| EQT0003 | GT-C1101 | Refrigeration Turbine C | PM and VOC |
| EQT0004 | GT-D1101 | Refrigeration Turbine D | PM and VOC |
| EQT0005 | GT-E1101 | Refrigeration Turbine E | PM and VOC |

40

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841**

## SPECIFIC CONDITIONS

| ID No. | Description | | Pollutant(s) |
|--------|-------------|--|--------------|
| EQT0006 | GT-F1101 | Refrigeration Turbine F | PM and VOC |
| EQT0013 | GCT-A | Generator Turbine A | PM and VOC |
| EQT0014 | GCT-B | Generator Turbine B | PM and VOC |
| EQT0015 | GCT-C | Generator Turbine C | PM and VOC |

Commonwealth LNG
Commonwealth LNG, LLC
Cameron, Cameron Parish, Louisiana
PSD-LA-841

### TABLE I: MAXIMUM ALLOWABLE EMISSIONS RATES

| ID No. | | Description | Units | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | $NO_x$ | CO | VOC | GHG |
|---|---|---|---|---|---|---|---|---|---|---|
| EQT0007 | FLR-WF (GRP0001) | Wet Flare (L-4009) | lb/hr | 25.73 | 25.73 | 3.55 | 234.85 | 1277.89 | 38.43 | – |
| EQT0008 | FLR-DF (GRP0001) | Dry Flare (L-4010) | lb/hr | 31.18 | 31.18 | 2.73 | 284.53 | 1548.15 | 44.94 | – |
| EQT0009 | FLR-SF (GRP0001) | Spare Flare (L-4011) | lb/hr | 31.18 | 31.18 | 3.55 | 284.53 | 1548.15 | 44.94 | – |
| EQT0010 | L-4012 | Marine Flare | lb/hr<br>tons/year | 4.36<br>0.13 | 4.36<br>0.13 | 0.13<br>0.003 | 39.77<br>1.18 | 216.37<br>6.41 | 0.001<br>0.01 | -<br>226 |
| EQT0011 | TO-A (GRP0002) | Thermal Oxidizers A | lb/hr | 0.56 | 0.56 | 11.66 | – | – | – | – |
| EQT0012 | TO-B (GRP0002) | Thermal Oxidizers B | lb/hr | 0.56 | 0.56 | 11.66 | – | – | – | – |
| EQT0016 | G-5901 | Essential Generator | tons/year | – | – | – | – | – | – | 341 |
| EQT0017 | P-6003A | Main Firewater Pump Engine | tons/year | – | – | – | – | – | – | 54 |
| EQT0018 | P-6003B | Main Firewater Pump Engine | tons/year | – | – | – | – | – | – | 54 |
| EQT0019 | P-6003C | Main Firewater Pump Engine | tons/year | – | – | – | – | – | – | 54 |
| EQT0020 | P-6006 | Canal Firewater Pump Engine | tons/year | – | – | – | – | – | – | 58 |
| EQT0022 | T-3000 | Condensate Tank | TPY | – | – | – | – | – | 2.11 | – |
| EQT0023 | T-4013 | Mixed Amine Tank | TPY | – | – | – | – | – | < 0.01 | – |
| EQT0024 | T-4016 | Hot Oil Tank | TPY | – | – | – | – | – | 0.01 | – |
| EQT0025 | T-4029 | Propylene Glycol Tank | TPY | – | – | – | – | – | 0.01 | – |
| EQT0026 | T-4031 | Diesel 1 Tank | TPY | – | – | – | – | – | 0.01 | - |
| FUG0001 | FUG | Fugitive Emissions | TPY | – | – | – | – | – | 38.58 | 14,149 |
| GRP0001 | | Flare Cap | TPY | 16.07 | 16.07 | 1.75 | 146.70 | 798.22 | 23.09 | 296,090 |
| GRP0002 | | Thermal Oxidizer Cap | TPY | 2.13 | 2.13 | 34.04 | – | – | – | 566,344 |

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841**

**TABLE II: BACT COST SUMMARY**

| Control Alternatives - GHG | | Availability/ Feasibility | Negative Impacts | Control Efficiency (%) | Emissions Reduction (TPY) | Capital Cost ($MM) | Annualized Cost ($MM) | Average Cost Effectiveness ($/ton) | Incremental Cost Effectiveness ($/ton) |
|---|---|---|---|---|---|---|---|---|---|
| Turbines | CCS - Capture | Yes/no | 1 | 88.4 | 2,284,018 | 1,696.21 | 222.58 | 97.45 | |
| | CCS - Transport | Yes/no | 1 | 88.4 | 2,284,018 | 49.40 | 12.49 | 5.47 | |
| | CCS - Storage and Monitoring | | | | | | | 5.49 | |
| | CCS Total | | | | | | | 108.41 | |
| Thermal Oxidizers | CCS - Capture | Yes/no | 1 | 86 | 508,304 | - | - | 18.51(*) | |
| | CCS - Transport | Yes/no | 1 | 86 | 508,304 | 32.93 | 5.56 | 10.94 | |
| | CCS - Storage and Monitoring | | | | | | | 5.49 | |
| | CCS Total | | | | | | | 34.94 | |
| | | | | | | | | | |

Negative impacts: 1) economic, 2) environmental, 3) energy, 4) safety
(*) Based on *Special Report Carbon Dioxide Capture and Storage*, Intergovernmental Panel on Climate Change, 2005, https:///www.ipcc.ch/report/carbon-dioxide-capture-and-storage, accessed August 2021
[$15.00/tonnes (in 2005) adjusted to inflation factor of 1.36]

**Commonwealth LNG**
**Commonwealth LNG, LLC**
**Cameron, Cameron Parish, Louisiana**
**PSD-LA-841**

## TABLE III: AIR QUALITY ANALYSIS SUMMARY ($\mu g/m^3$)

| Pollutant | Averaging Period | Total Screening Concentration | Significant Impact Level | Significant Monitoring Concentration | Background | Maximum Modeled Concentration | Modeled + Background Concentration | NAAQS | Modeled PSD Increment Consumption | Allowable Class II PSD Increment |
|---|---|---|---|---|---|---|---|---|---|---|
| $PM_{2.5}$ | 24-hour | 2.61 | 1.2 | 4 | 19.8(a) | 2.18(b) | 21.98(b) | 35 | 3.53 | 9 |
|  | Annual | 0.169 | 0.2 |  |  |  |  | 12 |  | 4 |
| $PM_{10}$ | 24-hour | 2.76 | 5 | 10 |  |  |  | 150 |  | 30 |
|  | Annual | 0.188 | 1 |  |  |  |  | 50 |  | 17 |
| $SO_2$ | 1-hour | 11.0 | 7.8 |  | 57.1(a) | 8.14 | 65.24 | 195 |  |  |
|  | 3-hour | 10.4 | 25 |  |  |  |  | 1300 |  | 512 |
|  | 24-hour | 2.7 | 5 | 13 |  |  |  | 365 |  | 91 |
|  | Annual | 0.14 | 1 |  |  |  |  | 80 |  | 20 |
| $NO_2$ | 1-hour | 37.7 | 7.5 |  | 46.7(a) | 182 | 228.7 (c) | 189 |  |  |
|  | Annual | 3.02 | 1 | 14 | 6.6 | 4.36 | 10.96 | 100 | 4.36 | 25 |
| CO | 1-hour | 449 | 2000 |  |  |  |  | 40,000 |  |  |
|  | 8-hour | 280 | 500 | 575 |  |  |  | 10,000 |  |  |

(a) Background emissions are included in the cumulative modeling results.
(b) Includes secondary $PM_{2.5}$.
(c) At the time and date of the maximum exceedance, the facility's contribution is insignificant (0.00043 $\mu g/m^3$). Commonwealth LNG's greatest contribution to any exceedance is insignificant (0.07 $\mu g/m^3$).

## **Exhibit C – Respondents List**

| Respondents | Contact Information |
|---|---|
| Louisiana Department of Environmental Quality | Roger W. Gingles Secretary Louisiana Department of Environmental Quality 602 N. Fifth Street Baton Rouge, LA 70802 |
| Roger W. Gingles, in his official capacity as Secretary, Louisiana Department of Environmental Quality | Roger W. Gingles Secretary Louisiana Department of Environmental Quality 602 N. Fifth Street Baton Rouge, LA 70802 |